**The Honorable Judge**
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Alicia Vasconcellos. I am a retiree and the mother of Michael Vasconcellos. I am writing this letter with a full heart to respectfully provide a character reference for my son.

Michael is my second son, and I have had the privilege of knowing him his entire life and living with him for over 15 years. Over all these years, I have watched him grow into a man who carries the weight of his family on his shoulders with quiet strength, love, and unwavering dedication. He is a devoted father, husband, and son, and everything he does is rooted in care for the people he loves.

My son is someone I can depend on in every sense of the word. Whether emotionally, physically, or financially, he is always there without hesitation. No matter how heavy life becomes, he shows up—for me, for his family, and for anyone who needs him. His presence brings comfort and stability to our household.

Michael has taken care of me in ways that words cannot fully express. He has also cared for his uncle, Carlos, and stood by him with patience and compassion. Before his father passed away, Michael was by his side as he battled dementia. I watched my son help care for him during that painful time, offering support, dignity, and love when we needed it most. He also carried me through that difficult season, giving me strength when I felt I had none left.

I cannot fully express how deeply he is needed in our family. He takes care of so many people under one roof—me, his uncle, his mother-in-law, his wife, and his three children. And he does it all without complaint, without seeking recognition, and always with love, patience, and sacrifice. He is the foundation that holds our family together.

As his mother, I have seen every side of him—his struggles, his strength, and his unwavering commitment to those he loves. I can say without hesitation that he is one of the most caring, responsible, and devoted individuals I have ever known.

I respectfully ask that you take everything I have shared into full and serious consideration when

reviewing my son's character. Michael is not defined by this moment or by any single circumstance—he is defined by a lifetime of quiet sacrifice, unconditional love, and unwavering responsibility toward his family. He is the person we all rely on when life becomes difficult, the one who steadies us when everything feels uncertain, and the foundation that keeps our family together.

If he were to be taken away from us, it would not simply be an absence in our household—it would be a profound loss that would leave an emptiness in our lives that cannot be filled or replaced. The emotional impact on me, his wife, his children, and everyone who depends on him would be devastating beyond words.

I ask from the deepest part of my heart that you see him as we know him: a devoted son, a loving father, a faithful husband, and a man who has always placed the needs of others above his own. I respectfully ask for compassion in considering not just his situation, but the life, love, and family that depend entirely on his presence.

Thank you for your time, your understanding, and your consideration.

Respectfully,
Alicia Vasconcellos

**The Honorable Judge**
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Alicia Vasconcellos. I am a retiree and the mother of Michael Vasconcellos. I am writing this letter with a full heart to respectfully provide a character reference for my son.

Michael is my second son, and I have had the privilege of knowing him his entire life and living with him for over 15 years. Over all these years, I have watched him grow into a man who carries the weight of his family on his shoulders with quiet strength, love, and unwavering dedication. He is a devoted father, husband, and son, and everything he does is rooted in care for the people he loves.

My son is someone I can depend on in every sense of the word. Whether emotionally, physically, or financially, he is always there without hesitation. No matter how heavy life becomes, he shows up—for me, for his family, and for anyone who needs him. His presence brings comfort and stability to our household.

Michael has taken care of me in ways that words cannot fully express. He has also cared for his uncle, Carlos, and stood by him with patience and compassion. Before his father passed away, Michael was by his side as he battled dementia. I watched my son help care for him during that painful time, offering support, dignity, and love when we needed it most. He also carried me through that difficult season, giving me strength when I felt I had none left.

I cannot fully express how deeply he is needed in our family. He takes care of so many people under one roof—me, his uncle, his mother-in-law, his wife, and his three children. And he does it all without complaint, without seeking recognition, and always with love, patience, and sacrifice. He is the foundation that holds our family together.

As his mother, I have seen every side of him—his struggles, his strength, and his unwavering commitment to those he loves. I can say without hesitation that he is one of the most caring, responsible, and devoted individuals I have ever known.

I respectfully ask that you take everything I have shared into full and serious consideration when

reviewing my son's character. Michael is not defined by this moment or by any single circumstance—he is defined by a lifetime of quiet sacrifice, unconditional love, and unwavering responsibility toward his family. He is the person we all rely on when life becomes difficult, the one who steadies us when everything feels uncertain, and the foundation that keeps our family together.

If he were to be taken away from us, it would not simply be an absence in our household—it would be a profound loss that would leave an emptiness in our lives that cannot be filled or replaced. The emotional impact on me, his wife, his children, and everyone who depends on him would be devastating beyond words.

I ask from the deepest part of my heart that you see him as we know him: a devoted son, a loving father, a faithful husband, and a man who has always placed the needs of others above his own. I respectfully ask for compassion in considering not just his situation, but the life, love, and family that depend entirely on his presence.

Thank you for your time, your understanding, and your consideration.

Respectfully,
Alicia Vasconcellos

March 25, 2026

Dear Honorable Judge / Whom it May Concern:

My name is Victoria DeMaio, I have been an administrator and operations manager for special inspection and material testing agencies in NYC for the better part of twenty years. I am writing this letter to validate the character and integrity of my coworker, and friend, Michael Vasconcellos. I have had the pleasure of working with Michael at Certified Testing Laboratories (CTL) in the 2000's-2010's, again with him in 2022-2025 at Vibranalysis (VTI) and now at American Construction Testing Services (ACTS).

During my time of employment at CTL, I was initially an office administrator then later office manager. Michael started working with the firm performing compressive strength testing in the laboratory. During this time, he showed great work ethic, with attention to detail and operating procedures. All equipment and records were kept in pristine condition, and he took a lot of pride in his work – even when tedious and laborious. Quickly, Mike started gaining certifications to advance his career – he took all appropriate training classes, field training and tests required – and his hard work paid off – he obtained any certification he tested for. Over the next few years he trained under a gentleman named Jergen, who had been doing NDT radiography testing for longer than I would know. Jergen was a thorough and tough inspector – he had the highest standards for his inspection, associated reports, documents, & equipment - he trained Mike to be the same way. Training under Jergen made Mike a better inspector – the knowledge and experience instilled in him gave him confidence and integrity needed for that position. At his retirement Mike took over Jergen's position as lead NDT Radiographer for CTL Bronx office. He worked double shifts, nights, weekends and holidays – long hours –the operations of the inspection he was doing was strenuous – the quality of his work never faltered, and he became a key pillar of the organization.

Upon my departure at CTL, I kept in contact with Mike as a friend. I grew closer to his wife and children, and I quickly understood why he worked so hard. He has a loving and devoted wife, Debra – his kids, Jasianna, Michael Jr and Madison - are all so smart, kind and well mannered – a family worth working so hard to provide for. Mike and Debbie attended my wedding in 2018 and supported me through a divorce 4 years later. We have celebrated holidays and achievements together & supported each other through the loss of family members. The friendship I have with both is something I cherish greatly.

Around 2022 I started a role at VTI working side by side with Michael as an operations manager for special inspection and testing. Mike was one of the inspectors/managers I would call if I needed technical guidance or had questions. Again, just like at CTL, every day he displayed great integrity and pride in his work, very detailed and organized reports and records. On more than one occasions – he called out non conformances on

site, upholding building code and local law requirements with an emphasis on site and public safety. Mike often trained new employees and was always available to jump in and assist when needed. Our roles at VTI were different, but we both carried huge workloads, as did many upper management staff at the organization. His high standards never wavered despite pressure from ownership or contractors/clients alike. He provided peer review for other special inspectors and CWI on staff – working closely with the director on structural steel inspections, often on his own time. One specific occurrence comes to mind in 2025 – a project on Amsterdam Ave, NYC – upon initial inspection Mike called out structural steel work not accordance to design or building code standards – which could have had a potential for unsafe conditions regarding framing of the structure - Mike halted the work on site – and worked with design team, contractors and VTI staff to implement remedial work and reinspection for the unsafe and unsatisfactory conditions. Even when push back was heard from the GC/owner - Mike stood his ground and VTI staff all stood behind him – because we knew what it was – we knew the man, his work ethic and integrity – he was a trusted member of the team. He continued to track the site inspections and communicate with the inspector on site to ensure appropriate fixes were made, even though that was not a requirement of his position – he was doing it to make sure it was done correctly.

I once again get the pleasure of working with Mike at ACTS – and even through all this hardships inflicted on him– his work is still the highest quality I have seen in my years in the industry. He is still the person I call on for questions and guidance, and I trust his knowledge, integrity and good moral character to this day. He still stands up to site personnel when work is not up to his standards – he still holds his head high everyday regardless of this burden that has been put on him – as he should.

I can say wholeheartedly that he is one of the most trusted and skilled inspectors I have worked with in my career and any entity that would wish to remove him from this role would be doing the city of NY no justice.

As a husband, father and friend – he is loyal, understanding and supportive. He is an example of hard work and integrity to all who surround him. Any entity that would wish to remove him from this role – father, husband, friend and hard working man in society - would be doing the world no justice.

I humbly and respectfully request the courts to take what I have written here in consideration when reviewing the situation this letter is intended for – as I am a first hand witness to the integrity of Michael Vasconcellos, as an inspector and as a man.

I am holding faith in the judicial system of this great country that any investigation will get to the truth here – Mike is one of the good ones.

If allowed, I am willing to speak about my experiences and observations of Michael Vasconcellos under oath. I am available via phone or email should there be any questions regarding my statements or opinions listed within.

Respectfully submitted

Victoria DeMaio

Victoria DeMaio

7185092252

victoriacdemaio@gmail.com

Nicholas DiCairano
3/20/2026

7692 Fairbanks CT. Hanover, MD 21076
nicholasdicairano24@gmail.com

To the Honorable Judge,

Good morning. My name is Nicholas DiCairano, and I am writing this letter in support of Mr. Michael Vasconcellos. Michael is my father-in-law, and I have known him for three years. From the first day I met him, I felt as though I was treated like a member of the family. Over the years of knowing Michael, I can confidently say that he is an extremely caring, honest, generous, hardworking, dedicated, and family-driven individual.

I have seen Michael countless times working on reports for his job after hours at home, which shows his true dedication to his career. I have never once heard him complain about his work, and he shows up every single day in order to continue providing for his family. Not only does he provide for his wife and children, but he also supports his mother, uncle, and mother-in-law, who all live with him. Michael has never allowed me or my wife to pay for any bill while we are with him, as he always covers 100% of whatever we are doing, showing his kindness and generosity.

Michael's summer weekends are often consumed by his son's very demanding baseball schedule, which requires significant time, money, and support. Not only is it expensive to participate in this level of baseball due to travel and team fees, but it also requires a great deal of commitment to attend all of the games and events. Michael never misses any of his son's games and spends nearly all of his summer weekends traveling to various places to support his son's love for baseball.

I witnessed this firsthand in the summer of 2024 when Michael's son had a tournament in Florida. Not only did Michael ensure his son was able to attend, but he also included my wife and me in the trip and covered all travel expenses so we could be there as well. This demonstrates Michael's dedication to his family and his selflessness. Michael's daughter also participates in competitive cheerleading, which requires just as much time, money, and dedication. Despite this, Michael still makes sure he is able to attend all of her events and support her fully.

Michael's continued presence and support within his family is an absolute necessity for everyone around him. Between now and June of 2027, Michael has three major life events to attend: his oldest daughter's wedding in July 2026, his son's high school graduation in June 2027, and his youngest daughter's middle school graduation in June 2026.

Thank you for taking the time to read my letter. I hope that it serves as a testimony to Michael's true character and highlights the importance of his continued presence within his family.

The Honorable Judge Cathy Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

Re: Character Reference Letter - Michael Vasconcellos

To the Honorable Judge

My name is Debra Vasconcellos, and I am writing this letter on behalf of my husband, Michael Vasconcellos. We have been married for 18 years and together for a total of 22 years. I am not only his wife, but his best friend, his partner in life, and the person who has had the privilege of knowing his heart and character better than anyone.

My husband is the backbone of our family. He is the person we depend on, the person who keeps us together, and the person who has always worked hard to provide for and protect the people he loves. He is a devoted husband, a loving father, a caring son, and someone who has always been there for his family when they needed him.

Our children mean everything to him. He has always been an active and loving father, and his presence in their lives cannot be replaced. This year is especially important for both of our children. Our youngest daughter is entering her first year of high school, which is a major milestone in her life. She needs her father beside her as she enters this new chapter, helping her navigate the challenges, changes, and uncertainty that come with growing up. She needs his encouragement, his guidance, his protection, and simply the reassurance of knowing that her dad is there.

Our son is entering his senior year of high school—a once-in-a-lifetime milestone. This should be a year filled with memories, accomplishments, preparation for his future, and celebrating how far he has come. His father deserves to be there to see him through this important year, to encourage him, support him, and share these moments with him. Our son needs his father during this pivotal time in his life.

Our oldest daughter has recently been married and is now beginning to build her own family. This is a beautiful new chapter in her life, and she and her growing family need the love, support, and presence of her parents as they continue forward. She is building her life with her husband, who served this country honorably and has an honorable discharge from the United States Army. Their family represents service, sacrifice, and commitment, and we want to be there to support them as they grow.

Our daughter is also a dedicated school teacher who works with special needs children. She gives so much of herself every day to care for and educate children who require patience, compassion, and understanding. We are incredibly proud of her and the work she does, and we want to continue being a strong support system for her as she continues this important and meaningful career.

As parents, we have always worked hard to raise our children to be responsible, respectful, and productive members of society. We are proud of the adults they have become, and it is clear that the values of hard work, service, and family have carried into their lives.

As their mother, it breaks my heart to think about our children having to experience these milestones without their father by their side. These are moments that cannot be repeated. There are only so many first days of high school, only one senior year, and only one opportunity for a father to stand beside his children during these important life events.

My husband is also a provider and caregiver for more than just our immediate family. He helps care for my mother, his mother, and his elderly uncle. These are people who depend on him for support, assistance, and care. He carries these responsibilities because he is a good man who believes that family takes care of family. He has never been the type of person to walk away when someone needs him.

He has always put others before himself. Whether it is making sure our children have what they need, supporting me, helping an elderly family member, caring for his mother, or simply being there when someone needs a shoulder to lean on, he gives of himself without hesitation.

I understand that the circumstances that have brought us here are serious, and I am not asking anyone to ignore them. I am simply asking that my husband be considered as a whole person and not defined solely by the circumstances before the Court. Please consider the man he has been to his family and the people who rely upon him every single day.

He is my best friend. He is the person I turn to when life is difficult, the person I celebrate with when life is good, and the person who has stood beside me through everything. The thought of losing his presence in our home and in our children's lives is devastating.

Our family depends on him emotionally, physically, and financially. His absence would create an enormous hardship for all of us, but especially for our children. They are at ages where they need their father's guidance and support more than ever. They should be able to experience these important moments of their lives with their dad present—moments that they will remember for the rest of their lives.

I respectfully ask that you consider his character, his role as a husband and father, his responsibilities as a provider, and the many family members who depend upon him. Please consider the positive contributions he has made to our family and the impact his absence would have on all of us.

I know the man my husband is. I know his heart. I know the sacrifices he has made for our family and the love he has for his children. He is not perfect, as none of us are, but he is a good man who loves his family deeply and who has spent his life taking care of the people around him.

Our family needs him. Our children need their father. His mother needs his son. My mother needs his help. His elderly uncle needs his care. And I need my husband and my best friend.

I sincerely hope that the Court will take all of these circumstances into consideration and recognize the tremendous impact any separation from him would have on our family.

Thank you for taking the time to read my letter, for considering my husband as a whole person, and for considering the lives of all those who depend upon and love him.

Respectfully,

Debra Vasconcellos

**The Honorable Judge Cathy Seibel**
United States District Court
300 Quarropas Street
White Plains, NY 10601

August 11, 2026

**Re: Michael Vasconcellos**

Dear Judge Seibel:

My name is Edwin Hopkins, and I am writing on behalf of Michael Vasconcellos. I have known Michael for approximately six years through our work together at both Vibranalysis (VTI) and, currently, American Construction Testing Services (ACTS). At both companies, I have served as the Primary Inspector for structural welding inspections, among other inspection categories. At our current company, ACTS, I also serve as the Technical Director of the Special Inspection Agency. I am a licensed Professional Engineer in New York State. During that time, I have had the opportunity to work closely with Michael and to know him both as a colleague and as a person.

I am aware that Michael is currently before the Court. I do not intend to comment on the legal issues involved. I am writing simply to provide the Court with my personal experience with Michael and the character I have observed during the years I have known him.

In my experience, Michael has consistently been honest and dependable. He is someone who takes responsibility, helps his coworkers, works hard, and can be trusted. In both my Primary Inspector and Technical Director roles, a significant level of trust must be placed in the inspectors who serve as our eyes and ears in the field. When I sign off on a welding inspection, I rely upon the observations, judgment, and integrity of the inspectors performing that work. What I want to impress upon the Court is that whenever a situation arose in which I questioned the integrity or workmanship of a contractor, Michael was the inspector I wanted on site to ensure that the work was performed properly.

There have been many instances in which Michael reached out to me to report an issue at a job site or to advise me that a contractor was not following the required standards. He consistently stood firm that he would not sign off on work that did not comply with the Building Code and applicable industry standards, including those published by AWS (American Welding Society) and AISC (American Institute of Steel Construction). He did not do this for recognition; it was simply consistent with the person and professional I have known him to be.

Over the years, I have come to regard Michael as someone I trust and depend upon, as well as someone who cares about his family and coworkers. I cannot stress how valuable someone with those qualities is to an inspection agency.

I understand the seriousness of appearing before the Court, and I do not take lightly the purpose of this letter. I can only speak from my own experience, but the person I have known for the past six years has been a model inspector and someone I continue to trust to perform his job with diligence and professionalism. I respectfully ask that the Court consider my experience with Michael as part of its consideration of him as a whole person.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

**Edwin Hopkins, P.E.**
Technical Director
American Construction Testing Services
ehopkins@americancts.com

March 31, 2026

Gloria DeMaio
1833 Tenbroeck Avenue
Bronx, NY 10461

To whom it may concern:

I am writing to wholeheartedly attest to the integrity, moral character, and ethical conduct of Michael Vasconcellos, whom I have known for more than 25 years in both personal and professional capacities.

Throughout the time I have known Michael, he has consistently demonstrated honesty, fairness, and a deep sense of responsibility. His decisions are guided by strong principles, and he approaches every situation with respect, empathy, and a commitment to doing what is right--even when it is not the easiest path.

I was there with Michael when he applied for a mortgage after working with our company for 10 years. I wrote a letter of recommendation and certified his wages at that time.

I was there when he needed reference letters to gain parental custody of his daughter, Jasianna Vasconcellos. He achieved full custody of his daughter on 9/25/2013.

In both challenging and routine circumstances, throughout all these years, I have seen Michael show unwavering reliability and trustworthiness. He treats others with dignity, honors his commitments and maintains transparency in his actions. These qualities have earned Michael the respect of colleagues, friends and community members alike.

I have no hesitation in affirming that Michael is a person of exceptional moral standing and integrity. I am confident that he will continue to uphold these values in all future endeavors.

If you require any further information, please feel free to contact me at (718) 801-1821.

Respectfully submitted,

Gloria DeMaio

Isolina Santiago

6S Stoughton Place
Bergenfield, NJ 07621

August 6, 2026

Dear Honorable Judge,

I am writing on behalf of my cousin-in-law, Michael Vasconcellos. My name is Isolina Santiago, and I have known Michael for 27 years since he resided in the Bronx, New York. Throughout our acquaintance, Michael has

consistently demonstrated strong family values and integrity. He is a kind, loving, and respectful individual.

Michael relocated his family to Mahopac, New York, to provide them with a superior quality of life. He not only supports his wife and children but also his parents and uncle. Notably, Michael has provided a loving home to two children who were not biologically his during his time in the Bronx. These children were the siblings of his daughter, and he took them

into his home, assisting in their upbringing from a young age.

Michael possesses a generous and open-hearted nature. He has always made me feel as if I were a direct descendant of his bloodline, rather than an in-law. He would frequently invite me and my family to his home, even when he was not present. This was primarily to allow my children to utilize his pool during the summer months. Michael dedicates a significant portion of his time to his family, providing support to his

children in various sports activities.

I firmly stand by Michael Vasconcellos. He is a compassionate and responsible individual. Should you require any further clarification, please do not hesitate to contact me at IsolinaSantiago9@gmail.com.

Sincerely,
Isolina Santiago

Sent from my iPhone

Jennifer Gomez
Senior Special Inspector
American Concrete Testing Services
646-413-9206
jegove03@gmail.com

March 6, 2026

To the Honorable Judge:

**Re: Character Reference for Mr. Mike Vasconcellos**

Your Honor:

My name is Jennifer Gomez, and I am a Senior Special Inspector in New York City with a focus on construction materials testing and code compliance. I am writing this letter in support of my coworker, Mr. Mike Vasconcellos, whom I have known and worked with closely since August 2023 in the field of special inspections. During this time, I have had numerous opportunities to observe his character and professional conduct on multiple construction projects across New York City.

## Professional Relationship and Context

I first met Mr. Vasconcellos when we began working together as special inspectors on projects involving masonry, ECC (engineered cementitious composites), waterproofing, and welding-related scopes of work. In our profession, strict adherence to the New York City Building Code, ASTM standards, and approved plans is essential to safeguard public safety, and I have consistently seen Mike treat these obligations with seriousness and integrity. He is not someone who cuts corners; instead, he is meticulous in verifying that work in the field complies with the building code, applicable standards, and project specifications before any element is accepted.

# Specific Examples of Professional Conduct and Character

## 510 Gates Avenue, Brooklyn – Masonry Special Inspections

One project where his diligence was especially evident was 510 Gates Avenue in Brooklyn, where we were involved in masonry special inspections. Over the course of that job, the masonry subcontractor changed several times due to repeated non-conformance items, many of which Mike personally identified and documented through his inspections. Rather than overlooking issues, he consistently brought them to the attention of the appropriate parties, worked with the contractor and design team to resolve discrepancies, and ensured corrective actions were implemented so the work ultimately met code and specification requirements.

## 70-35 113th Street, Queens – Welding Inspections (Support of Excavation)

Another example is our work at 70-35 113th Street in Queens, where Mike has been responsible for overseeing welding inspections related to the support of excavation (SOE) system, including waler beams and piles. On that project, I have observed him actively monitoring welding operations, verifying proper connections, and coordinating with the contractor whenever he identified concerns about weld quality, fit-up, or conformance to the approved details. He approaches these situations calmly and professionally, focused on ensuring that the work is safe and compliant rather than assigning blame.

## 1415 Ogden Avenue, Bronx – ECC, Masonry, and Waterproofing

We have also worked together at 1415 Ogden Avenue in the Bronx on ECC, masonry, and waterproofing inspections, where Mike again demonstrated a strong work ethic and attention to detail. He is thorough in his field observations, careful with his documentation, and willing to stay on site as long as necessary to complete the required inspections properly. When he encounters a condition that is

unclear or atypical, he does not make assumptions; instead, he promptly reaches out to colleagues, supervisors, or the design team to obtain clarification, which reflects his humility and commitment to doing the right thing rather than the easy thing.

## Character Assessment

From my perspective, Mr. Vasconcellos's character is defined by responsibility, integrity, and a genuine concern for doing his job correctly, which in our line of work directly impacts the safety and well-being of the public. He demonstrates a high level of dependability: he is punctual, responsive, and consistently follows through on his obligations, even when projects are demanding or conditions in the field are challenging. He is also respectful and professional in his interactions with contractors, clients, and colleagues, often helping to de-escalate tense situations by focusing on solutions and clear communication.

Mike does not hesitate to ask for help or seek clarification when he needs it, which I view as a strength rather than a weakness. This willingness to reach out demonstrates both professional maturity and a commitment to excellence. He works collaboratively with clients and contractors to solve problems and ensure that construction activities meet all applicable guidelines and specifications.

## Conclusion

I am aware that the circumstances leading to this letter are serious, and I do not take lightly the responsibility of writing to the Court. My intent is not to minimize any legal matters before you, but to provide an honest and transparent account of the person I have come to know through working with Mr. Vasconcellos over the past two and a half years. Based on my direct experience, I believe he is someone who takes his responsibilities seriously, is capable of self-reflection and growth, and benefits from the support of a professional community that values compliance, integrity, and continuous improvement.

It has been my professional privilege to work alongside Mr. Vasconcellos, and I respectfully ask that the Court take into account the positive qualities, work ethic, and integrity I have described when evaluating his character. Should the Court or counsel require any additional information or wish to verify my statements, I am willing to make myself available and can be reached at the contact information provided above.

Respectfully submitted,

Jennifer Gomez
Senior Special Inspector
American Concrete Testing Services

AMERICAN CONSTRUCTION TESTING SERVICES

55 BRUCKNER BOULEVARD | BRONX, NY 10454 | 718.993.2940 OFFICE

**Honorable Judge Cathy Seibel**
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Michael Vasconcellos**

Dear Judge Seibel:

My name is Joshua Weissman, and I am the Founder and CEO of American Construction Testing Services LLC. I am writing on behalf of Michael Vasconcellos, whom I have known personally and professionally for approximately fifteen years. I understand the seriousness of the circumstances that bring Michael before the Court, and I respectfully ask that you consider my experiences with him and the person I have known for so many years when determining his sentence.

I first met Michael approximately fifteen years ago when I began using CTL Labs for construction inspection and testing services. Michael was an inspector there and later worked at Vibranalysis, where I continued to have the opportunity to work with him. Over those many years, I came to know Michael not only as an exceptionally knowledgeable construction professional, but as a person I trusted and respected.

When I founded ACTS, Michael ultimately became part of our team. Today, he is an integral part of our company.

Michael has spent years building an extraordinary level of knowledge and credentials within the construction inspection industry. He holds numerous licenses and certifications that are extremely important to the work we perform. His experience cannot simply be replaced by hiring another employee. More importantly, however, Michael brings something that cannot be reflected on a license or résumé: reliability, integrity in his day-to-day dealings, humility, and an exceptional work ethic.

In all the years I have known Michael, I have found him to be one of the kindest and most humble people I have encountered in business. He is not someone who seeks attention or recognition. He comes to work, does his job, helps the people around him, and takes his responsibilities seriously. He has earned the respect of his coworkers and of the people in our industry who have worked alongside him.

My relationship with Michael over these fifteen years has also allowed me to know him beyond the workplace. He is a devoted husband and an exceptional father to his son and daughters. His family is at the center of his life. He also carries responsibilities beyond his immediate household and helps care for and support members of his extended family. There are many people who depend upon Michael—not simply financially, but for his presence, guidance, and support.

AMERICAN CONSTRUCTION TESTING SERVICES

55 BRUCKNER BOULEVARD | BRONX, NY 10454 | 718.993.2940 OFFICE

---

I recognize that the Court must consider matters far beyond my personal experiences with Michael, and I do not intend to minimize the seriousness of the case before you. I can only speak truthfully about the man I have known for approximately fifteen years. The Michael Vasconcellos I know is hardworking, humble, generous, dependable, and deeply committed to his family.

I also want the Court to know that Michael has a place at ACTS and a professional future with our company. He is valued here, and should the Court permit him the opportunity to return to his family, his career, and his community, I intend to continue supporting him and providing him with meaningful employment. He will have structure, responsibility, and people around him who care about his success.

I respectfully ask the Court, to the extent permitted under the law and the circumstances of this case, to exercise as much leniency as possible in sentencing Michael. I know that any period of incarceration will have consequences not only for Michael, but for his wife, his children, his extended family, and those who depend upon him.

Thank you for taking the time to consider my perspective and for allowing me the opportunity to speak about Michael's character.

Respectfully,

**Joshua Weissman**
Founder & CEO
American Construction Testing Services LLC
jweissman@americancts.com

917.509.1696

March 30, 2026

To W[redacted]ay Concern,

I am [redacted]nted to hear the [redacted]tions about my colleague and friend, Michael Vasc[redacted]am a season[redacted]tor specializing in non-destructive testing and struct[redacted]ci[redacted]l inspections[redacted] the privilege to been employed and performed these[redacted]o[redacted]s at numero[redacted]ion agencies in NYC – including Certified Testing Labs [redacted]analysis - and [redacted]th Vasconcellos at both entities.

I have[redacted]ed radiography[redacted]ns on steam and gas pipe welds with Michael on Con E[redacted]ojects as the Le[redacted]ography Inspector, which is assistant to higher Level[redacted]aphers, in this c[redacted] Mike – estimated time frame being between 2015-2022.[redacted]itnessed his me[redacted]work ethic and adherence to the requirements and regula[redacted]local agencies [redacted] have seen him work hours on end, spending time worki[redacted]ese organization[redacted]ime away from his wife and children. I have first hande[redacted]h him maintain i[redacted] time of pressure and always lead with honesty and safety[redacted]uipment was alwa[redacted]rated, clean and organized. His high safety stand[redacted]me, himself, the c[redacted]or, site crew and public were always top priority and maint[redacted]lot only did he im[redacted] these standards and practices, but he taught me to me – [redacted]till adhere to toda[redacted]inspector.

As a c[redacted]r Mike has always[redacted]loyal, caring and trustworthy man. He has always suppo[redacted]l believed In me, [redacted] me under his wing [redacted]

Over t[redacted]Mike and I's relat[redacted]rned to a friendship, our families have enjoyed celeb[redacted]nd gatherings tog[redacted]comes from an honest, hard working set of paren[redacted]stilled strong ethi[redacted]tegrity in him as a man. He is a supportive and loving[redacted]to his wife, Debbi[redacted]ving and caring father to his children, Jasi, M[redacted] and M[redacted]

[redacted]

Please[redacted] to[redacted]ontact me re[redacted]ny statements - 929-531-0393

[redacted] Jon Rocco Maldonado

AFFIDAVIT OF JON ROCCO MALDONADO

STATE OF NEW YORK

) ss.:

COUNTY OF BRONX

I, JON ROCCO MALDONADO, being duly sworn, depose and state as follows:

1. I am an adult individual residing at 3151 RANDALL AVENUE, BRONX NY 10465.

2. I submit this Affidavit based upon my own personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

3. I am providing this Affidavit in connection with the matter of MICHAEL VASCONCELLOS, NAME OF COURT AND DOCKET NUMBER UNKNOWN

4. I am willing to appear and testify under oath regarding the matters set forth below.

5. The facts known to me are as follows:

5.1. I WAS ASSISTANT RADIOGRAPHER TO MICHAEL VASCONCELLOS AND PERFORMED NDT RADIOGRAPHIC INSPECTIONS WITH HIM ON WELDS FOR GAS AND STEAM PIPES IN NYC AND SURROUNDING AREAS, WHILE EMPLOYEED BY CERTIFIED TESTING LABS & VIBRANALYSIS. I HAVE WITNESSED VASCONCELLOS FOLLOW ALL STANDARDS AND REGULATIONS WHILE PERFORMING THESE INSPECTIONS.

5.2. I HAVE WITNESSED MICHAEL VASCONCELLOS CALL OUT DEFICIENCIES IN WELDS/FAIL INSPECTIONS ON WELDS AND REQUIRE CONTRACTORS TO FIX AND REWELD THESE DEFICIENCES UNTIL STANDARDS WERE MET AT BOTH CTL AND VTI

5.3. I HAVE NEVER SEEN MICHAEL VASCONCELLOS FALSIFY ANY DOCUMENTS OR TEST RESULTS IE FILM, REPORTS

5.4. I HAVE NEVER SEEN MICHAEL ACCEPT PERSONAL COMPENSATION FINANCIAL OR PROFESSIONAL FROM ANY ENTITY. HIS ONLY COMPENSATION WAS HIS PAY FROM HIS EMPLOYER FOR WORK PERFORMED

[redacted]

6. I am making this Affidavit voluntarily, truthfully, and under oath for possible use by counsel in the above-referenced case.

I affirm under oath that the foregoing statements are true and correct to the best of my knowledge, information, and beliefs.

JON ROCCO MALDONADO

Sworn to before me this

30 day of March, 2026

Notary Public

My Commission Expires:

Victoria DeMaio
Notary Public - State of New York
No. 01DE6233455
Qualified in Bronx County
My Commission Expires 12/27/2026

M[redacted]
43 Rodcris drive
Mahopac NY 10541

To the Honorable Judge,
Us District Court
300 Quarropas St
White Plains NY 10601

I am writing this letter in support of my dad, Michael Vasconcellos. My name is M[redacted] V[redacted], and I am his youngest daughter. To me, my dad is more than just a parent—he is my protector, my role model, and the person who has shaped me into who I am today. He is loving, selfless, and someone I have always been able to count on, no matter what.

My father has dedicated his life to our family. Through every challenge, he has remained strong for us. He has given us stability, love, and guidance, and because of him, I have grown up feeling safe and supported. Everything he does is for us, and I truly believe we would not be the people we are today without him.

I have watched my dad work tirelessly to provide for our family, staying up late into the night just to make sure we have everything we need. No matter how exhausted he was, he never let it take away from being present in our lives. He never missed a moment that mattered. He was at every one of my brother's baseball games and practices, and he always made time for me and my sister's cheerleading competitions and football games. No matter if we won or lost, he was always there, cheering us on with pride.

What means the most to me is how he has always believed in us, even when we didn't believe in ourselves. He constantly reminded us that we could do anything we set our minds to. He gave us confidence, strength, and the courage to keep going. Those are lessons I will carry with me forever.

My dad is not only an incredible father, but also someone who cares deeply for everyone around him. I have seen him take care of his family—his mother, his uncle, and his mother-in-law—with so much love and patience. Even when he was tired, he always showed up for them. That is just the kind of person he is.

I look up to my dad in every way. He is the person I hope to become. I have seen him struggle, but I have never seen him give up. He continues to push forward for our family, and that strength inspires

me every day.

My dad has always been there for me—not just to s[redacted]port me, but to guide me. He encourages me to do better, especially in school, and always remin[redacted] me of my potential. No matter what I am going through, I know I can count on him for comfort, adv[redacted]e, and unconditional love.

His presence in my life and in my siblings' lives is s[redacted]ething that cannot be replaced. I am about to start high school this September, my sister is getti[redacted] married this July, and my brother will graduate in 2027. These are moments that mean everything [redacted] us, and we need our dad there beside us.

I understand the seriousness of the situation, and I say this with the utmost respect. But I ask that you please look at who my father truly is—a devoted husband, a loving father, and a man who has given everything to his family. His absence would leave a hole in our lives that could never be filled.

My dad is not just part of my life—he is the center of it. The thought of losing his presence in my everyday life is something that breaks my heart. I respectfully ask that you consider how deeply he is needed, not just as a father, but as the foundation of our family.

Respectfully,
M[redacted] V[redacted]

Jasianna Vasconcellos
7692 Fairbanks Court
Hanover, Maryland 21076
347-798-4535
Jasiannav13@gmail.com

13, March 2026

To the Honorable Judge,

I am writing this letter in support of my father, Michael Vasconcellos. My name is Jasianna Vasconcellos, and I am his daughter. I have had the privilege of witnessing firsthand the kind of person and parent he is for the past 24 years.

My father has always been a deeply caring, selfless, and dedicated individual. He raised not only me and my two younger siblings, but also stepped in to raise my two older siblings who are not biologically his. He has never treated any of us differently and has always provided love, stability, and guidance to each of us. His commitment to family is something I have seen consistently throughout my life.

He has always worked incredibly hard to support our family. I have personally seen him spend long hours completing work responsibilities and work reports, doing whatever it takes to provide for us. Despite these demands, he has always made time to be present in our lives. He attended countless events, never missing one, including every baseball practice and game my younger brother Michael has had and my sister and I's cheer performances showing up no matter how tired or busy he was with a smile always ready to support us.

Beyond our immediate family, my father has always gone out of his way to help others. He is the type of person who offers support without being asked and consistently puts others before himself. His actions have shown me what it means to be compassionate, dependable, and responsible.

On a personal level, my father has had a profound impact on who I am today. During a difficult period in my life in my early college years, I struggled and made poor choices. Throughout that time, he remained a constant source of support, never giving up on me and always guiding me back in the right direction. His patience and belief in me helped me grow into the person I am today.

His presence in our lives remains incredibly important every day. I am getting married this coming July, and his support during this milestone means everything to me. Additionally, my younger brother Michael will be graduating high school in June 2027, and my baby sister Madison is about to begin high school this September. These are critical moments where his guidance and presence as a father are deeply needed.

While I understand the seriousness of the situation before the Court, I respectfully ask that you consider the full picture of who my father is. His dedication to his family, his consistent work ethic, and the positive influence he has had on those around him. He has always strived to do right by his family and community, and I truly believe he will continue to be a positive and meaningful presence in the lives of those around him, he means the world to my family and me. His role within our family is significant, and his absence would have a meaningful and lasting impact on all of us.

Thank you for taking the time to read my letter and consider my perspective. If you need any additional information, I am more than willing to provide it.

Anthony Martinez

7 Columbus Drive

Carmel, NY 10512

Martinez10710@gmail.com

(914) 329-7304

Character Reference for Michael Vasconcellos

To the Honorable Judge,

My name is Anthony Martinez. I am a retired public safety officer and a retired correction officer. I am also a husband and the father of three children. I am writing this letter to offer my character reference for Michael Vasconcellos.

I first met Michael in 2017 when our sons played travel baseball together. At that time, my family and I had just moved to the community. Michael immediately welcomed us and helped us become familiar with the area by recommending local restaurants, family activities, and places for our children to enjoy. His kindness and willingness to help made a lasting impression on me and my family. Over time, our friendship grew, and although I am older than Michael, I have come to regard him much like a younger brother.

Throughout the years I have known Michael, he has consistently demonstrated that he is a loyal, dependable, and hardworking individual. He is a devoted husband and a loving father who places great importance on his family. I have personally witnessed the care and dedication he has shown not only to his wife and children, but also to his aging mother and his mother-in-law. His willingness to support and care for his family members speaks highly of his character.

My family and I have spent considerable time with Michael and his family, including vacations together, and I have seen firsthand the positive and attentive way he interacts with his children. He is a present and supportive father who takes great pride in his role as a parent. Michael is also a man of integrity and honesty, qualities that I respect deeply.

In addition to my personal experiences with Michael, he has earned a positive reputation among those who know him in our community. He is widely regarded as a

respectful, responsible, and family-oriented individual who is always willing to help others.

Based on my many years of experience in public safety and corrections, I have had the opportunity to observe and evaluate people from many walks of life, and in my opinion, Michael is a man of strong character who strives to do the right thing.

I respectfully ask the Court to take Michael's character, dedication to his family, and the many positive qualities he demonstrates in his daily life into consideration. I believe he is a good man who cares deeply for his family and community.

Thank you for your time and consideration. Should the Court require any additional information, I would be more than willing to be contacted using the information provided above.

Respectfully,

Anthony Martinez

Derek Auman

210 West Saylor Street

Atlas, PA 17851

(718)-715-5058[redacted]

To whom it ma[redacted]

I have had the [redacted] knowing [redacted] s [redacted] rsonally since 2016. During that time he and I worked togeth[redacted] arate in[redacted] or[redacted] wide variety of projects. My role at these companies was[redacted] NDT (N[redacted] g)[redacted] chnician. Throughout that time he was the NDT manager, and [redacted] on I repo[redacted] w[redacted] ork came up, or when an unexpected situation arose or guida[redacted] ded on h[redacted]

I found his tech[redacted] edge to [redacted] of[redacted] sionalism of a very high standard, and his personal manners to be [redacted] He was [redacted] lv[redacted] ys call if an issue came up, and both his continuous ava[redacted] consiste[redacted] t [redacted] oved very valuable to me personally, as well as to our clients and [redacted] ies we v[redacted] ce[redacted] that he treated everyone at our company with this same amit[redacted] sionalism[redacted]

I was quite dis[redacted] I heard [redacted] c[redacted] ny regarding the Con Edison work, and even more so when [redacted] are that [redacted] t[redacted] ael may have had something to do with it. It seemed entire[redacted] racter fo[redacted]

In any case, wh[redacted] ourt ma[redacted] k[redacted] you provide Michael with the means to make any necessary [redacted] hile re[redacted] n[redacted] is family. He has three children whom I know from many pe[redacted] otes are [redacted] d[redacted] n he has always supported to the utmost of his ability.[redacted]

Signed,

Derek Auman [redacted] 3/8/2026

March 16, 2026

Juan Gonzalez Jr.
300 E. 138 Street #4B
Bronx, NY 10454
551-574-6718
Email: icemanjr1514@gmail.com

The Honorable Judge
U.S. District Court
300 Quarropas St.
White Plains, NY 10601

Re: Character reference for Michael Vasconcellos

Dear Honorable Judge,

I am providing this reference letter for Michael Vasconcellos. I have known Michael since 2012, when he was hired to work for the company we worked for at that time. Mike was a Lab Manager, and I was a concrete inspector. Michael and I worked together at assigned work sites and at the lab. Michael always showed up to work and always went above and beyond to get his job done. In my experience working with Michael, I can honestly say that he is a reliable, responsible and honest person.

On a personal level of friendship, Michael is a loving son, husband, father, and friend. Mike took care of his father during the hardest time of his life. He lost his father to Alzheimer's a few years ago, and he would call me to vent, and I would listen to how much he missed his father. Now he takes care of his mother, while also being a husband and father to his 2 daughters, and a son. Mike dedicates his free time to his family and community. He tries to help anyone that is in need.

I believe that Michael is a person of strong principles and integrity, and I have no doubt that he will continue to do so moving forward. Knowing Mike for many years I support him for his character as a man, son, father, and friend. I hope that the court reads and takes this Character of reference into consideration.

Thank you for your time.

Respectfully,

Juan Gonzalez Jr.

**08/04/2026**

**ATTN: The Honorable Judge Cathy Seibel**

United States District Court

300 Quarropas Street

White Plains, NY 10601

**RE: Michael Vasconcellos**

To Whom It May Concern:

I am writing on behalf of Michael Vasconcellos, who I have had the privilege of knowing personally for more than a decade. I understand the seriousness of writing a letter such as this, and I do not do so lightly.

There are court filings, allegations, arguments, and facts that will be considered by people far more qualified than I am to speak to the legal issues in this case. I am not writing to tell the Court how to interpret those matters. I am writing because behind all of those documents is a human being, and I hope Michael is also given the opportunity to be seen through the life he has actually lived and the person he has consistently shown himself to be. Anyone would be fortunate to know a man like Mike!

Michael became a father at a young age, at a time when neither he nor his daughter's mother was truly prepared for parenthood. Yet Michael did not run from that responsibility. He embraced it and stepped up and became the father that little girl needed by taking full custody of her.

Later, after meeting his wife, they built a family together and had two more beautiful children. While his wife stayed home to raise their three children, Mike also accepted the enormous responsibility of being the family's primary provider. His sense of responsibility did not stop with his children.

Michael opened his home to his own parents and to his mother-in-law. Multiple generations of one family are relying on him, not just financially, but for stability, security, and the reassurance that someone would continue showing up when things became difficult.

It may be easy to summarize that by saying that Michael "supports his family." But I ask anyone reading this to really consider what that means. Imagine carrying the knowledge every morning that your children, your spouse, your parents, and your in-laws are depending on you. Imagine knowing that if you

fail to show up, the consequences reach far beyond yourself... Michael has carried that responsibility for decades.

I have watched him take professional risks, change careers with my husband and face uncertainty, and continue moving forward because people depended upon him. He has demonstrated his character not through promises, but through the consistency of his actions.

Perhaps the most personal testament I can give to Michael's character is that he is the godfather to my youngest daughter.

As a mother, there are very few decisions I take more seriously than deciding whom I trust to be a meaningful presence in my children's lives. I would never have entrusted Michael with that role if I questioned his integrity, his character, his judgment, or the kind of example he would set for my daughter.

Words can be used to paint almost any picture of a person. But a decade of actions is much harder to dismiss. It shows character, reliability and integrity.

The Michael I know is a father who stepped up when it would have been easier to step away. A husband who assumed the responsibility of providing for his family. A best friend who has shown up for my husband repeatedly and my own mother in law consistently. He is a son and son-in-law who opened his home to aging parents rather than leaving their care to someone else. He is a godfather whom my husband and I trust with my own child. And he is a man who has spent years trying to demonstrate to his own children, that hard work, responsibility, and showing up for the people who depend on you matters most ! That is why the possibility of Michael being incarcerated is so devastating to contemplate....

The punishment would not fall upon Michael alone. His children would lose the daily presence of their father. His wife would lose her partner and the person upon whom their household has depended on. His parents and mother-in-law would loose a significant source of their stability and support. His children would experience consequences from circumstances they had no role in creating. And my husband who loose his right hand since day one.

I cannot speak to every transaction, conversation, or decision involved in this case because I was not there, and I would never pretend otherwise. What I can speak upon is a man I have known for more than ten years.

I know his character. I know how he treats his family. I know the responsibilities he has voluntarily carried. I know the people who depend on him.

And I am confident that the Michael I know is not a man I believe would knowingly throw away his family, his future, and everything he has worked to build.

It is deeply painful to watch Michael and his family carry the weight of this situation. My sincere hope is that this letter does not simply become another page in a file. I hope that whoever reads it will pause long enough to see the person behind the case, the father, husband, best friend, son, son-in-law, godfather, provider, and friend that those of us who actually know.

I respectfully ask that, when decisions are made regarding Michael and his future, the totality of the man standing before you be considered, as well as the profound effect incarceration would have upon the innocent family members who depend upon him.

I stand behind Michael's character without hesitation, and I sincerely hope he is given the opportunity to continue being the father, husband, provider, and man his family needs him to be.

Thank you for taking the time to read my words and, more importantly, for considering the human being and the family behind this case.

Respectfully,

**Monica DeMaio**

To The Honorable Judge,

I am writing on behalf of my cousin, Michael Vasconcellos, a man I have known my entire life and someone I hold in the highest regard.

When I think about who Michael is at his core, I don't think about this moment— I think about the way he has lived his life every day up until it. I think about a man who gets up early, works hard, and carries the weight of responsibility without complaint. I think about a father who has built his life around providing for and protecting his three children, making sure they have not only what they need, but what they deserve.

Michael is the kind of man who shows up. Not just when it's easy, but when it's hard. He is steady, dependable, and present in his children's lives in a way that truly matters. He teaches them through his actions—how to work hard, how to treat people with respect, and how to stand by your family no matter what. His role as a father is not just something he takes pride in—it is who he is.

In our family, he has always been someone others can rely on. He is protective, loyal, and generous with his time and support. When someone needs help, he does not hesitate. He steps in quietly, without looking for recognition, simply because it is the right thing to do. That is the man I know.

I understand the seriousness of the charges he is facing, and I do not take that lightly. But I also know that a person is more than the worst moment of their life. Michael has spent years building a life defined by hard work, responsibility, and dedication to his family. Those qualities are real, and they have shaped the lives of the people around him—especially his children, who look up to him and depend on him every day.

He is not a man who runs from responsibility. He is someone who faces it, carries it, and learns from it. I believe in his character, and I believe in his ability to move forward with integrity.

Most importantly, I believe in the role he plays as a father and husband and son. His children, wife and mother need him. They rely on his guidance, his presence, and his strength. Removing him from their lives would not just impact him—it would deeply affect three young lives who depend on him as their foundation.

Thank you for taking the time to consider this letter and the full character of the man I know. I hope it provides a clear and honest picture of who Michael truly is.

Sincerely,
James Weinheimer

# Reference for Michael Vasconcellos

**FROM:**

Diana Delgado
Diana.delgado.996@gmail.com
Phone: 718-200-0390

**03/13/2026**

To whom this may concern:

I am writing to you today to introduce myself. My name is Diana Delgado, and I have worked with Michael Vasconcellos on multiple occasions.

I first met Mr. Vasconcellos in 2015 at Certified Testing Laboratory, where he was a colleague. We worked together there for approximately three years. I have consistently found Mr. Vasconcellos to be highly responsible and meticulous in his reports, and his work never generated client complaints. Mr. Vasconcellos is exceptionally dependable; he was always willing to answer questions, even outside of normal business hours.

Furthermore, I worked with Mr. Vasconcellos again at Vibranalysis starting in 2023 until his last day with the company, and I can assure you that his professional qualities remained constant. He significantly assisted me in learning and understanding Special Inspection procedures and general jobsite inquiries at Vibranalysis. He is an excellent teacher, demonstrating both patience and comprehensive knowledge from which one can learn a great deal.

Sincerely,

Diana Delgado

Rusty Bajaña
Stamford, CT

April 1[redacted]026

The Ho[redacted]rable Judge
US Dis[redacted]t Court
300 Qu[redacted]ropas St
White [redacted]s, NY 10601

Re: Ch[redacted]ter Reference for Michael Vasconcellos Dear Honorable Judge,

My na[redacted] Rusty Bajaña. I am 52 years old, a small business owner, and a lifelong resident of this reg[redacted] I am writing this letter to provide a character reference for my younger cousin, Michae[redacted]sconcellos, whom I have known and cared for throughout his entire life—a span of 43 years.

Growin[redacted] together, I watched Michael's parents and our extended family instill in him the core values [redacted]define our heritage: a relentless work ethic and the belief that family is the founda[redacted]of everything. I have seen Michael carry these traits forward into his own life. Even starting[redacted]mily at a young age, he embraced his responsibilities with maturity, working tireless[redacted] support his household just as our elders did when they first arrived in this country.

Throug[redacted] the last four decades, Michael and I have shared a bond built on open commu[redacted]tion and mutual respect. I have always tried to be a steady presence for him and his wife, D[redacted]e, offering the kind of support and perspective that comes with being the "big cousin." I[redacted]every interaction, I see a man who is compassionate, giving, and deeply devoted to the peace[redacted]nd security of his home.

Michael i[redacted] central pillar of our family, particularly as he provides daily care for his elderly mother a[redacted] uncle. His presence is also vital to his children as they reach significant life stages. His daug[redacted]er is graduating from the eighth grade this year and preparing for high school, while his 16-ye[redacted]-old son is just two years away from his own high school graduation. Furthermore, his eldes[redacted]aughter is celebrating her wedding this summer—a milestone that means the world to our fa[redacted]y.

Our famil[redacted]olds a deep respect for the United States and the values this country stands for, which is [redacted]lected in our history and the fact that Michael's future son-in-law currently serves in the milita[redacted]

The thou[redacted]t of Michael being absent for his children's graduations, his daughter's wedding, or the care [redacted]his aging relatives is a tragedy that our family finds difficult to bear. To lose his

presence during such a pivotal year for his children would be a devastating blow to the family unit he works so hard to maintain.

I truly appreciate the Court's willingness to read my letter and consider the essential role Michael plays in our lives. I hope my perspective provides a clear picture of the dedicated family man I know him to be.

Respectfully,
Rusty Bajaña

**The Honorable Judge Cathy Seibel**

**United States District Court**

**300 Quarropas Street**

**White Plains, NY 10601**

**August 11, 2026**

**Re: Michael Vasconcellos Sentencing Hearing**

My name is **Timothy Demaio.** I am submitting this letter as both a character reference for **Michael Vasconcellos** and a statement regarding matters within my personal knowledge that relate to the allegations presently before the Court.

I understand the seriousness of these proceedings and am providing the information contained in this letter based upon my own personal observations, professional experience, and direct interactions with Mr. Vasconcellos over many years.

**Professional Background**

I have worked in the construction inspection, testing, and non-destructive testing industry for more than twenty years.

From 2004 through 2017, I was employed by Certified Testing Laboratories, where I ultimately served in a senior management capacity overseeing daily operations. From February 2017 through March 2025, I served as Vice President of Vibranalysis, where my responsibilities included oversight of inspection and testing laboratory operations, project management, personnel supervision, and quality assurance functions.

Throughout my career, I have been involved in projects requiring compliance with New York City Building Code requirements, infrastructure inspection programs, special inspections, non-destructive testing, and quality control services for both public and private clients.

I have known Michael for more than twenty years as his supervisor, colleague, friend, mentor, and family friend, and the opinions expressed in this letter are based on thousands of hours of personal and professional interaction.

"I want to make clear that I am not writing to dispute Michael's guilty plea or to suggest that he should not be held accountable for his own conduct. My purpose is simply to provide the Court with truthful information based upon my personal knowledge and observations so that Michael's individual role, character, and circumstances may be considered as accurately and completely as possible."

**Michael Vasconcellos' Career Progression and Professional Development**

I believe it is important for the Court to understand the professional path that Michael Vasconcellos followed throughout his career, as it provides important context regarding both his character and his role during the period relevant to these allegations.

I first hired Michael in approximately 2011 at Certified Testing Laboratories as an entry-level Concrete Laboratory Testing Assistant. At that time, his responsibilities were primarily limited to processing concrete samples, maintaining laboratory operations, and performing the routine tasks typically assigned to an employee entering the industry. He began at the lowest level of the profession and did not possess any special status, authority, or advanced certifications.

From the outset of his employment, Michael distinguished himself through an exceptional work ethic, reliability, and a genuine desire to learn the industry. He consistently reported to work on time, accepted additional responsibilities when offered, and actively sought opportunities to develop new skills and advance professionally. As a result of these qualities, he quickly progressed into positions of greater responsibility.

One opportunity that particularly interested Michael was industrial radiography. At that time, the company's radiographic operations were being managed by an experienced Level II Radiographer. Michael expressed a strong interest in entering that field and repeatedly sought opportunities to learn the trade. Initially, those efforts were met with resistance, and the employee responsible for the department showed little interest in training a successor. Nevertheless, Michael remained persistent. Through his continued dedication, professionalism, and work ethic, he eventually earned the opportunity to become a radiography assistant and begin learning the discipline firsthand.

Once given that opportunity, Michael fully committed himself to mastering the profession. He attended radiation safety courses, completed formal training requirements, accumulated the necessary field experience, and successfully obtained his Level I Radiography certification. He continued advancing his qualifications through additional education, testing, and practical experience until he achieved his Level II Radiography certification and was ultimately entrusted with increasing responsibilities within the department.

Following the retirement of his predecessor, Michael assumed the role of lead radiographer and Radiation Safety Officer. In that capacity, he was responsible for managing radiation safety requirements, maintaining regulatory compliance, and performing radiographic examinations on utility infrastructure projects. During this period, he earned a strong reputation among clients and project personnel for his technical competence and

reliability. According to my observations, his work was routinely well received and c[redacted]and for the services being provided.

O[redacted] of X-rays for welds on Con E[redacted]his technical knowledge and q[redacted]tive Testing certifications and a[redacted]ld. Between the years 2018- 2[redacted]dvancement available within the r[redacted]ent professional track.

R[redacted] in radiography, Michael began p[redacted]to higher-level inspection and q[redacted]obtaining credentials through o[redacted]l), the International Code C[redacted]hese certifications represented a m[redacted]ecognition throughout the c[redacted]g-term opportunities.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



Vasconcellos Exhibit 1 of 2

[redacted]

[redacted]



**Vasconcellos Exhibit 1 of 2**

[redacted]

[redacted]

**<u>Michael Vasconcellos and His Role as a Father</u>**

While I have discussed Michael's professional career and accomplishments, I believe it is equally important for the Court to understand the person I have known outside of work for more than twenty years.

Over the course of our friendship, I have come to know Michael not only as a coworker and industry professional, but as a devoted husband, dedicated father, and family-oriented man whose life revolves around providing for and supporting the people he loves.

Th[redacted]ughout the many years I have known him, one c[redacted]stent trait has always stood out: M[redacted]ael has always put his family first. Every career [redacted]e he made, every overtime shift he ac[redacted]pted, every certification he pursued, and every [redacted]ifice he made professionally was done with the goal of creating opportunities and stability for his wife and children.

Michael is the father of three children, and I have personally witnessed the extraordinary amount of time, effort, and energy he has invested in raising them. His identity has never been defined solely by his career. More than anything, he has always taken pride in being a father.

His oldest son, M[redacted], is approaching [redacted]h school graduation and has developed into a talented student-athlete with tremendous [redacted]ential both academically and athletically. What I find particularly remarkable is that Michael's involvement in his son's life was never limited to simply attending games or offering occasional support. He has been actively involved throughout every stage of M[redacted]'s baseball career, beginning with youth baseball and continuing through travel teams, showcases, tournaments, and competitive programs.

I personally watched Michael dedicate countless hours to helping his son pursue his goals. No matter the circumstances, he always found a way to ensure that M[redacted]'s travel baseball expenses, tournament fees, private instruction, specialized coaching, and training programs were covered so that his son would have every opportunity to succeed. Michael invested a significant portion o[redacted]s hard-earned income into his son's development and routinely traveled long distanc[redacted]o games, showcases, and tournaments, often spending entire weekends on the road si[redacted]ly to be there. More importantly, he was never just a parent writing checks from the sidelines. He was a mentor, coach, teacher, and constant source of encouragement who remained personally invested in every stage of his son's growth, celebrating the successes, helping him through disappointments, and guiding him both as a young athlete and as a young man.

As someone who has watched this relationship develop over many years, I can say without hesitation that M[redacted]'s growth, confidence, discipline, and athletic achievements have

been heavily influenced by his father's involvement. The bond they share is exceptionally close, and Michael has been one of the primary guiding influences in his son's life.

For that reason, I believe the impact of Michael's absence would extend far beyond the consequences imp[redacted] upon him personally. It would have a profound effect on his family, particularly on a you[redacted]man who is approaching one of the most important transitional periods of his life. M[redacted] stands at a point where decisions regarding graduation, higher education, a[redacted]and his future are becoming increasingly important, and his father has been one of the central sources of guidance and support throughout that journey.

The devotion Michael has shown to his children over the course of their lives prov[redacted]s, in my opinion, one of the clearest[redacted]ections of his character and the values by whi[redacted]e has always lived.

**Michael's Relationship with His Daughter, M[redacted]**

Michael's devotion as a father extends equally t[redacted]s daughter, M[redacted]. Over the years, I have had the opportunity to observe their relatio[redacted]ip closely, and it is clear to me that he is one of the most important figures in her life.

Like many young daughters, M[redacted] views her father as her hero. Whether it is a school event, cheerleading competition, soccer game, dance recital, or any of the many activities she participates in throughout the year, Michael makes it a pri[redacted]ity to be there. I have personally seen him spend countless hours in bleachers, aud[redacted]riums, gymnasiums, and athletic fields simply to support and encourage her.

What stands out most is that Michael's involvement goes far beyond attendance. He takes a genuine interest in M[redacted]'s accomplishments, celebrates her successes, helps her work through challenge[redacted] consistently provides the guidance, stability, and encouragement that every child needs. His presence in h[redacted]ife is not occasional; it is constant.

As M[redacted]enters her teenage years, she is developing i[redacted]a kind, respectful, and well-round[redacted]young woman with tremendous potential. Much of that reflects the values, supp[redacted]and example Michael has provided as her father. During a stage of life when young people face increasing social, academic, and personal pressures, Michael continues to be a source of reassurance, protection, and direction.

I have no doubt that his absence would have a significant impact on M[redacted]. Beyond the emotional hardship, she would lose the daily guidance, encourageme[redacted]sense of security that her father has always provided. Their bond is exceptionally close, and I believe

his continued presence in her life remains important to her confidence, development, and overall well-being as she transitions into adulthood.

**Michael's Relationship with His Daughter, Jassiana**

I had the privilege of attending her wedding in Maryland at the end of July with my family. Watching Michael on that day provided another example of how important family is to him. It was evident how much pride he felt seeing his daughter begin her future with her husband. Like many newly married couples, they hope to establish a home, build a future together, and eventually raise children of their own. Michael looks forward to being part of those milestones as a father and, one day, as a grandfather. I believe his presence, guidance, and support will continue to be important as Jassiana navigates adulthood, marriage, and future parenthood.

As someone who has known Michael for many years, I believe his daughter still relies upon his advice, guidance, and support. While she is now an independent adult beginning her own family, the bond between them remains strong. I have no doubt that she wants her father present as she navigates the challenges and joys that accompany marriage, parenthood, and the responsibilities of adult life.

**Michael's Marriage to Debbie and His Commitment to His Family**

Perhaps the greatest testament to Michael's character is the life he has built with his wife, Debbie, and their children.

I have known Michael and Debbie for more than twenty years and have had the unique opportunity to witness their relationship from the very beginning. I was present during the early stages of their courtship, watched their relationship grow, saw them marry, build a home together, and raise a family. Having observed their relationship over the course of more than two decades, I can say without hesitation that Michael's devotion to his wife and family has been one of the defining characteristics of his life.

Throughout their marriage, Michael embraced the role of provider and worked tirelessly to ensure his family was cared for. He routinely accepted overtime assignments, worked long hours, obtained additional certifications, and advanced his career not for personal recognition, but for the benefit of his wife and children. The sacrifices he made professionally allowed Debbie to remain home and devote herself fully to raising their family.

Because of Michael's hard work and commitment, Debbie was able to be present for every stage of their children's lives. She was able to drive them to school each morning, prepare their lunches, attend school functions, support their activities, and provide the daily care

and stability that every child deserves. She was able to create a home where family dinners were shared together, where the children always had a parent available when needed, and where family remained the central focus of everyday life.

It is important to understand that this lifestyle did not occur by chance. Michael willingly accepted the responsibility of working additional hours, weekends, nights, and overtime assignments so Debbie could remain at home and focus on raising their children. The family benefited tremendously from that arrangement. Their children grew up with a parent available each day to transport them to school, prepare meals, attend school functions, supervise activities, and provide the stability that every child deserves. Michael never complained about the burden of being the primary financial provider because he viewed supporting his family as his most important responsibility.

In many ways, Michael and Debbie built their family as a true partnership. Michael carried the burden of providing financially, often through demanding hours and significant personal sacrifice, while Debbie devoted herself to raising their children and creating a loving home environment. Together they created the foundation that allowed their children to grow into the remarkable young adults they are becoming today.

Over the years, I have witnessed a marriage built upon mutual respect, loyalty, trust, and genuine love for one another. Michael has always spoken about Debbie with admiration and appreciation. He has never viewed his role as merely earning a paycheck. Rather, he has consistently viewed himself as responsible for protecting, supporting, and providing for the people he loves most.

What has been particularly difficult to witness is the tremendous emotional toll that these proceedings have taken on Debbie. While Michael has undoubtedly suffered professionally and personally, I believe Debbie has carried an enormous burden of her own throughout this ordeal.

Over the past several years, I have seen firsthand the fear, anxiety, uncertainty, and emotional exhaustion that she has endured. I have watched her struggle through countless sleepless nights, overwhelming stress, recurring worry, and the constant fear of losing the man who has been her husband, partner, and best friend for more than two decades.

The emotional impact on Debbie cannot be measured solely by legal consequences or financial hardship. For years she has lived with uncertainty about the future of her family and the possibility of losing the person she relies upon most. Anyone who knows Debbie can see how deeply she loves her husband and how profoundly this situation has affected her.

**<u>Michael's Support of His Mother, Extended Family, and Caregiving Responsibilities</u>**

Another aspect of Michael's life that I believe is important for the Court to understand is the level of responsibility he has carried for members of his extended family for many years.

I have personally witnessed Michael provide ongoing financial, emotional, and practical support to his mother, Elissa Vasconcellos, his uncle, Juan Carlos, and his mother-in-law, affectionately known within the family as "Big Deb." These are not occasional acts of kindness. Rather, they represent a longstanding commitment that has become a regular and significant part of his daily life.

Michael's home has long served as more than a residence for his immediate family. It has also been a place of stability and security for extended family members who depend on him. In many respects, Michael serves as the financial foundation for those who rely upon him, ensuring that their needs are met and that they have the support and resources necessary to live comfortably and with dignity.

I have personally observed Michael takes responsibility for many of the tasks that others might overlook. He transports family members to doctor's appointments, assists them with navigating healthcare issues, communicates with physicians when necessary, and helps coordinate medical care. Because both his mother and uncle have limited English proficiency, Michael frequently serves as their advocate and interpreter, ensuring they understand medical instructions, appointments, and important decisions affecting their health and well-being.

His support extends far beyond medical matters. Michael regularly drives them to church, assists with errands, carries groceries, handles household needs, takes out garbage, and performs countless other tasks that have become part of his routine for many years. During the winter months, I have watched him shovel walkways and clear entrances so that family members can safely enter and leave home. These are simple acts, but they reflect the consistent care and attention he gives to the people who depend on him.

What makes these efforts particularly meaningful is that Michael never treats them as burdens or obligations. He performs these acts willingly and without complaint because, in his view, family members take care of one another. That principle has guided his actions throughout the entire time I have known him.

His relationship with his mother, Elissa Vasconcellos, is especially moving. Following the passing of his father, Michael became one of the primary sources of support and stability in her life. For years, he has been her protector, advocate, caregiver, and source of strength. I have witnessed him provide a level of care, attention, and devotion that goes far beyond what many people would reasonably be expected to do.