His mother is one of the kindest and most genuine people I have ever met, and it is clear how proud she is of the man her son has become. It is equally clear how much she depends upon him. Their relationship is built on love, trust, and mutual respect, and Michael has continuously demonstrated his commitment to ensuring that she is cared for and supported in every way possible.

I have also witnessed the impact that these proceedings have had on his extended family. The stress, uncertainty, and emotional burden have not been limited to Michael alone. His mother, uncle, and mother-in-law have all experienced the hardship associated with these circumstances. They worry deeply about the future and about the possibility of losing someone who plays such an important role in their lives.

What stands out to me is that Michael never viewed caring for these family members as an inconvenience. Even while balancing a demanding career, supporting his wife, raising three children, and meeting countless other obligations, he always found time to take care of the people who depended on him. That level of commitment says a great deal about his character.

When evaluating Michael as a person, I believe it is important to recognize that he is not only a husband, father, and provider, but also a devoted son, grandson, brother, son-in-law, caregiver, advocate, and source of support for multiple generations of family members. Throughout the more than twenty years that I have known him, I have consistently observed him place the needs of others before his own and willingly shoulder responsibilities that many people would avoid.

In my opinion, the way Michael has cared for his mother, his uncle, his mother-in-law, and the many people who rely upon him provides some of the strongest evidence of his true character. His actions over the course of decades have demonstrated compassion, loyalty, selflessness, and a deep sense of responsibility toward the people he loves. Those qualities are not reflected by isolated allegations or accusations; they are reflected by a lifetime of consistent conduct and service to his family.

**My Families Relationship with Michael and my personal relationship with him**

One of the reasons I feel qualified to speak about Michael's character is because our friendship has extended far beyond the workplace. Over the course of more than twenty years, Michael has been one of the most loyal and dependable friends I have ever had.

No matter what challenge I faced in life, whether personal, family-related, or professional, Michael was always there. If I needed advice, support, or simply someone to listen, I knew I could call him, and he would answer. That reliability is something I have experienced consistently throughout the entire time I have known him.

Some of my fondest memories involve the countless hours Michael and I spent together both inside and outside of work. We often talked for hours about our families, careers, and our shared passion for New York Giants football. Those conversations reflected a friendship built on trust, mutual respect, and a genuine investment in one another's lives. Over time, that friendship grew into something much larger. Our families became deeply connected through backyard barbecues, pool parties, holiday gatherings, birthdays, and countless family celebrations. Our children grew up around one another, and we shared many of life's most important moments side by side. What began as a professional relationship developed into a lifelong friendship and a bond between our families that has lasted for more than two decades.

What also stands out to me is how much Michael and I pushed one another to become better men, husbands, fathers, and professionals. There were countless mornings when we would be on the phone before sunrise, sometimes as early as five o'clock in the morning, discussing the challenges that awaited us at work that day, sharing advice, troubleshooting problems, and encouraging one another to continue progressing in our careers and in life.

Many of those conversations had little to do with work itself. More often, they centered around our responsibilities as fathers, our goals as husbands, the futures we wanted for our families, and how we could continue improving ourselves. We continuously challenged and encouraged one another to be better providers, better role models, and better people.

Over the years, Michael has embraced that responsibility exactly as I knew he would. He has been a positive presence in Gianna's life and has always treated her as if she were one of his own children. His relationship with her demonstrates the same kindness, patience, and encouragement that he shows to his own family.

Likewise, Michael has developed an equally special relationship with my other daughter, Isabella. She has always gravitated toward him, and he has always taken a genuine interest in her life, her accomplishments, and her well-being. Anyone who has spent time around our families can immediately recognize the affection and mutual respect they share.

The level of trust my family has placed in Michael is perhaps best reflected by my decision to ask him to become the Godfather of my daughter, Gianna. As a father, there are few more meaningful decisions than determining who you trust to help guide and influence your children's lives. Michael has consistently lived up to that responsibility. Both Gianna and Isabella know him not merely as my friend, but as a trusted, dependable, and caring figure in their lives. That type of trust is earned through decades of consistent actions, integrity, and reliability.

**Final Words and Respectful Request for Consideration**

Your Honor,

I understand that this Court has the responsibility of evaluating the facts, applying the law, and determining an appropriate sentence based upon the evidence before it. I write this letter not to challenge that process, but to provide the Court with insight into the individual I have known personally and professionally for more than twenty years.

Throughout this statement, I have attempted to share the facts and observations that I personally know to be true. I have witnessed Michael build a career through hard work, determination, education, and perseverance. I watched him start at the lowest level of our industry and work his way into highly respected positions through years of dedication and sacrifice. I watched him mentor others, including those who eventually assumed positions he once held. I watched him become a devoted husband, a loving father, a trusted son, a caregiver to family members who rely upon him, and one of the most loyal friends I have ever known.

The Court has heard allegations and reviewed evidence pertaining to a specific period in Michael's life. I can only speak to the totality of the man I have known for more than two decades. That man is not defined solely by a single chapter of his life. He is defined by the thousands of decisions he made before these proceedings ever began, decisions that consistently placed his family, friends, employees, and loved ones ahead of himself.

While I fully recognize that individuals must be held accountable for their actions and decisions, I respectfully ask the Court to consider the difference between a man whose entire life was devoted to wrongdoing and a man who spent decades building a respectable life, supporting his family, helping others, and contributing positively to those around him.

The Michael Vasconcellos I know is not a danger to society. He is a husband whose wife depends upon him, a father whose children look to him for guidance, a son who cares for his elderly mother, a family member who supports multiple generations under one roof, and a friend whose loyalty has never wavered. The people described throughout this letter are not abstract considerations. They are real people whose lives have already been profoundly affected by these proceedings.

If faith, fairness, and the principles of justice mean anything, I hope Michael is ultimately judged by the whole of his life rather than the worst moments associated with it. I respectfully ask that any punishment imposed be proportional to Michael's actual conduct and personal involvement, and that the Court consider the extraordinary impact his absence would have on his wife, children, mother, extended family, and the many people who depend upon him each day.

I declare under penalty of perjury that the statements contained in this letter are true and correct to the best of my knowledge, information, and belief, and are based upon my personal observations and experiences.

**Thank you for your time, consideration, and service to the administration of justice.**

**Respectfully submitted,**

**Timothy Demaio**

**Former Senior Project Manager: Certified Testing Laboratories (2004-2017)**

**Former Vice President: Vibranalysis Inc (2017-2025)**

**President/Chief Operating Officer: American Construction Testing Services (2025 to Present)**

**Cell:9179684286**

**Email: tdemaio@americancts.com**

**3842 Cordwood Lane**

**Seaford, NY 11783**

Karima Bajaña
Stamford, CT

April 12, 2026

The Honorable Judge
US District Court
300 Quarropas St
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos Dear Honorable Judge,

My name is Karima Bajaña, and I am a First Grade Special Education Teacher at PS 132 in the Bronx. I am writing this letter to respectfully provide a character reference for Michael Vasconcellos. Michael is my husband Rusty's younger cousin, and I have had the privilege of knowing him personally for the past 27 years.

Having watched Michael grow up over nearly three decades, I have seen firsthand the incredible dedication he has to his family. He is a deeply loyal, giving, and family-oriented man who has always prioritized the well-being of his loved ones. Michael consistently goes above and beyond to provide care; he currently lives with and helps care for his mother and his uncle, just as he steadfastly supported his father when he was alive.

Furthermore, he shares his home with his wife and two of his three children, while also splitting his time to reside with and support his mother-in-law. He is an intricate, indispensable pillar of his family's daily life.

As an educator, I place a high value on parental involvement, and Michael is an exemplary, supportive father. He is a hardworking community man who is highly active in every aspect of his children's education and athletic lives. From consistently attending their sporting events to supporting their daily routines, he is always present, offering guidance, love, and unwavering encouragement.

Beyond his profound devotion to his family, Michael has grown into a well-rounded, outgoing, and deeply dependable individual. I know him to be someone who takes his responsibilities to those around him incredibly seriously. He approaches his commitments—whether at home, supporting his children, or helping his extended family—with a steadfast sense of loyalty and a strong work ethic.

Based on the 27 years I have known him, I wholeheartedly stand by Michael's character as a loyal husband, dedicated father, devoted son, and steadfast family man. I respectfully ask that the Court take my perspective of his life and character into consideration.

Thank you for your time and thoughtful consideration.

Respectfully submitted,
Karima Bajaña

Brendan O'Connor
312 11th Ave, Apt # 24 D
New York, NY 10001

10 Aug 2026

To the Honorable Judge Cathy Seibel

RE: Character reference for Michael Vasconcellos

Dear Judge Seibel,

I am pleased to write this letter on behalf of Michael Vasconcellos. I worked with Michael for several years at Vibranalysis/VTI, which gave me the opportunity to observe his professionalism, work ethic, and character over an extended period. As a CFO, I could always count on Michael for the correct details, timely data and appropriate input to make the company better and provide value to our clients.

Michael has always held himself to a very high standard. In a professional environment, he was responsible, trustworthy, and committed to doing things the right way. He approached his work with seriousness and integrity and consistently demonstrated the kind of professional standards that earn the respect and confidence of the people around him.

What stands out equally, however, is Michael's character outside of his professional responsibilities. He is a devoted family man who places enormous value on his relationships and responsibilities to his family. His loyalty to the people in his life and his willingness to be there for others have always been evident to those who know him.

Over the years, I have found Michael to be principled, respectful, and sincere. He is someone I have trusted both personally and professionally, and I consider him to be a man of strong moral character. As a former Marine myself, I value integrity and honesty and believe Michael has these characteristics and is a great asset to our community. I would welcome him into my platoon any day / for any mission.

I understand the seriousness of providing a character statement, and I would not offer this assessment lightly. Based upon the years I have known and worked alongside Michael, I have a great deal of respect for him and believe his longstanding character, professionalism, and commitment to his family are important considerations.

I appreciate your time and consideration. I am certainly available to discuss further with yourself or others.

Sincerely,

Brendan O'Connor
(917) 642 9095
Oconnor917@gmail.com

Character Reference for Michael Vasconcellos

United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Carlos Bajana. I am a retiree and the uncle of Michael Vasconcellos. I am writing this letter to respectfully provide a character reference for Michael.

I have been living with Michael for the past 15 years, and during that time I have seen firsthand the kind of person he is. He is a caring, responsible, and respectful man who always puts his family first.

Michael has always been there for me, providing both emotional and financial support, and making sure I am taken care of. He also supports his mother financially and ensures that her needs are met. He shows the same level of care and dedication to everyone in his household. He is a hardworking individual who takes pride in providing for his family and being present for them every day.

He treats everyone with kindness and respect, and he is someone you can always depend on. His strong character, compassion, and sense of responsibility are clear in the way he lives his life.

Based on my personal experience, I can confidently say that Michael is a good and trustworthy person. I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Carlos Bajana

Christina Echandy
21 Varna Lane
Mahopac, NY 10541
516-497-9029
Cechandy425@yahoo.com

March 31, 2026

To the Honorable Judge,

I am writing to you in support of Michael Vasconcellos. I have known Michael for several years as a close friend of his wife, and through that relationship I have had the opportunity to observe his character and the way he lives his life, particularly in his role as a husband, father, and member of his family.

Michael is a devoted father to his three children—Jasianna, M[redacted], and M[redacted]. He is deeply involved in their lives and consistently demonstrates what it means to be a present and supportive parent. I have personally witnessed the dedication he has shown to his son M[redacted]'s passion for baseball, always making the effort to attend games, practices, and support his growth.

He is equally involved in his daughters' lives. Michael makes it a priority to attend his daughter's cheer competitions and games, showing up with encouragement and pride. He is also a strong source of guidance and support for his older daughter, Jasianna, consistently providing her with the care, encouragement, and stability she needs as a young woman. His presence in their lives reflects a deep commitment to helping each of his children grow with confidence and support.

Michael is also a hardworking provider who has consistently put his family first. He has worked long and often late hours to ensure that his family is cared for and supported. His work ethic and sense of responsibility are evident in the way he prioritizes the well-being and stability of those who depend on him.

Beyond his immediate family, Michael has shown remarkable compassion and generosity. He opened his home to both his mother and his uncle, providing them with a safe, stable, and comfortable place to live. This speaks volumes about his sense of responsibility and willingness to care for others in times of need.

Michael also creates a warm and welcoming environment for those around him. My own children have spent time in his home under the care of his wife, and they have always been treated as if they were part of the family. That kind of kindness and inclusion reflects the values that Michael and his household live by every day.

I understand the seriousness of the circumstances before the Court, and I do not take this letter lightly. However, I believe it is important to share that Michael is a caring, responsible, and family-oriented individual who has consistently demonstrated love, support, and generosity toward others. He has strong ties to his family and plays a significant role in their lives.

Thank you for taking the time to consider my perspective. I respectfully ask that you take Michael's character, his dedication to his family, and his positive impact on those around him into consideration. Please feel free to contact me if any additional information is needed.

Respectfully,

Christina Echandy

03/23/2026

12 Delmar Rd, Jersey City, New Jersey 07305

The Honorable Judge US District Court

Re: Character Reference for Michael Vasconcellos

My name is Lorenzo Reyes, and I have been a construction special inspector since 2016. I met Mike Vasconcellos around 2020. Since then, we have worked together as coworkers at Vibranalisys Inc. and American Construction Testing Services, conducting various special inspections across medium to high-rise buildings throughout New York City.

During the time I have known him, Mike Vasconcellos has consistently demonstrated qualities including reliability, hard work, respectfulness, integrity, and more. He is truly the type of person that any company would value and retain as an employee.

I have personally observed Mike Vasconcellos performing his duties during work hours. Whenever a job has been done incorrectly, he brings it to the attention of the person in charge to ensure it is fixed or restarted. He never allows poor job performance to go unaddressed.

We all this been said, I consider Mike V. as a value person for this industry and for the society.

Lorenzo reyes

Marcos Gonzalez
861 Revere Ave 2FL
Bronx New York 10465
(917) 471-7206
Mg8292@gmail.com

03/26/2026

Dear Honorable Judge,

My name is Marcos Gonzalez and I am writing this letter to respectfully provide a character reference for my brother-in-law, Michael Vasconcellos. I understand this letter may be reviewed by the Court, and I am providing it as a truthful statement based on my personal knowledge and long-term relationship with him.

I have known Michael Vasconcellos for 14 years when I first met my wife ,Gabrielle Gonzalez. And during that time I have had the opportunity to witness his character and have him become a part of my extended family.He is a hardworking, responsible, and respectful man who has always prioritized his family and the well-being of those around him.

One of the most important qualities I can speak on is his generosity and willingness to help others. Michael has always been the type of person who gives without being asked and who steps up when someone is in need. He has never hesitated to offer support, guidance, or help in any way possible. When I needed help he was always the first person to offer me a helping hand especially when others turned me down.

From early on, Michael consistently made sure that I was okay. He treated me like his own family, not just by words but through his actions. He offered mentorship and guidance, and he always encouraged me to stay focused and work toward building a better future for me and my wife. He pushed me to pursue my education and to make decisions that would lead to stability and success. There were many times in my life where his support and direction made a real difference in my life.

In addition to emotional support, Michael has also been someone who has stepped in to help provide when needed. Whether it was helping with advice, or simply making sure I had what I needed. Michael has always offered me a friendship and generosity that I could count on no matter what.

Most importantly, Michael is a devoted husband and father. He loves his wife and children deeply and is actively involved in their lives. He provides stability, support, and structure for his family and leads by example. He also has a strong bond with my sons (his nephews) he always goes out of his way to make sure they're happy, every holiday we spend together as a family is the best of memories they will always cherish.

Based on everything I have personally seen and experienced, I can confidently state that Michael Vasconcellos is a man of strong character. He is generous, loyal, hardworking, and committed to his family. He has had a positive influence on my life and on the lives of many others, and I respectfully ask that the Court take his character and dedication into consideration.

Thank you for your time and consideration. If the Court requires any additional information, I am willing to provide it.

Respectfully submitted,

Marcos Gonzalez

Gabrielle Gonzalez
861 Revere Ave 2FL
Bronx, New York 10465
347-366-5668
Email: Gabriellegonzalez109@gmail.com

03/26/2026

Dear Honorable Judge,

My name is Gabrielle Gonzalez and I am writing this letter to respectfully provide a character reference for my brother in law Michael Vasconcellos. I understand that this letter may be considered by the Court, and I am providing it from the heart and my experience of his character

I have known Michael Vasconcellos since I was about 11 years old when he became a part of our family. Throughout that time, he has consistently demonstrated strong character, responsibility, and dedication to his family. He has played a significant role in my life and has been one of the most dependable and supportive individuals I have ever known. He is a brother to me truly and has always showed me so much kindness and compassion.

From a young age, Michael has always encouraged me to stay on a positive path. He has motivated me to take my education seriously, to make better decisions, and to work toward building a better future for myself and my family. His guidance and support have had a major impact on the person I am today, and I truly believe I would not have made the progress I have in life without his influence. He has always pushed me to become a better person and has been a consistent source of support. In addition to his support for me personally, Michael is an extremely caring man to everyone around him. He has always shown a strong sense of humility. He takes pride in working honestly and supporting his family.

Most importantly, Michael is a devoted husband and father. He is very involved in the lives of his wife and children, and it is clear that his family is his top priority. He is loving and supportive, he takes his role as a father seriously. He provides emotional support, guidance, and structure for his children, and he sets an example of responsibility and dedication in the home but it doesn't just end there. He is also a positive and meaningful presence in the lives of his nephews. My children, he has always shown love and concern for them and has consistently been someone they can look up to as a God Father and Uncle.

Based on my personal experience with Michael Vasconcellos, I can confidently say that he is a respectful, caring, and family-oriented individual who has contributed positively to the lives of those around him. I respectfully ask the Court to consider the strong character, big heart and commitment to family that he has consistently demonstrated over the many years I have known him.

Thank you for your time and consideration. If the Court has any questions or needs any additional information, I am willing to provide further clarification.

Respectfully submitted,

Gabrielle Gonzalez

Rosie Scavello-Palazzo
5 Farmor Lane
Carmel, N.Y. 10512
March 11, 2026

To the Honorable Judge,

Michael Vasconcellos is a dear friend of mine. We became friends thirteen years ago. We were introduced to each other by a mutual friend and over the years I have had the opportunity to know him very well. Throughout the years, Mike has always been someone who goes out of his way to help others. There were times when he offered to take my children to their sports practices when I was unable to get them there myself. That kind of generosity and willingness to help others is simply part of who he is.

During the Covid pandemic, when I lost my grandmother, I was going through an extremely difficult time. Mike was there for me and my family when we needed support the most. He spoke with sincere empathy, kindness, and genuine compassion, helping us to find the strength to get through that difficult time.

Mike is also a devoted father who takes great pride in his family. I often saw this when my husband coached his son's baseball team. Mike was always present, encouraging his son and the other players, and showing the kind of patience and positivity that makes him a great role model for children.

Based on all the years I have known him, I can confidently say that Mike is a kind, dependable, and compassionate person who truly cares about others. I hope the Court will take into consideration the character and integrity he has consistently demonstrated throughout the time I have known him. Whoever knows him personally would say what a great guy he is. He is a family man with a big heart.

Respectfully and most sincerely,

Rosie Scavello-Palazzo

Lisa Gomes

1425 Troy Ave.

Brooklyn, NY 11203

Email: lisaagomes@yahoo.com

(917) 889-1443

August 7, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Judge Seibel:

I am writing this letter on behalf of my dear friend, Michael Vasconcellos, to share my personal experience with him and the kind of person I have known him to be, despite the serious allegations he is currently facing.

I have known Michael for approximately ten years. During that time, I have come to know him as a true gentleman who is kind, respectful, dependable, and sincere. He is a person who stands by his word, and his enthusiasm for helping others has led him to make many positive contributions to those around him and to our community.

I am aware of the charges Michael is facing and understand the seriousness of the circumstances before the Court. I also understand that his actions have had serious consequences. With respect for the Court and the legal process, I humbly ask that you consider Michael's character, his history of helping others, and his willingness to take responsibility and learn from this experience when determining the appropriate sentence.

Michael is a well-mannered and caring person, and I sincerely believe that he has the capacity to learn from this experience and make better choices moving forward. I believe he is capable of making amends and continuing to contribute positively to his family, his community, and society.

I respectfully ask that you take this character reference into consideration before making your decision. I hope Michael will have the opportunity to demonstrate through his future actions that he has learned from this experience and is committed to making a positive difference.

Thank you for your time and consideration.

Respectfully,

**Lisa Gomes**

Marlon Gomes
1425 Troy Ave.
Brooklyn, NY 11203
Email: marlontgomes@yahoo.com
(347) 533-3475

August 7, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Judge Seibel:

My name is Marlon Gomes, and I am writing on behalf of Michael Vasconcellos, whom I have had the privilege of knowing for more than ten years. During that time, I have come to deeply respect Michael for his character, integrity, and commitment to those around him.

Michael is an honest, responsible, and compassionate person. As a neighbor and friend, I have witnessed his dedication to his family, friends, and community. In particular, I have seen his commitment to volunteering at our local food bank, where his efforts have earned him the respect and appreciation of those he has helped.

Over the years, I have also seen Michael grow as a person and demonstrate resilience when facing life's challenges. He actively seeks to improve himself by listening to mentors, participating in community workshops, and reflecting on his actions. His genuine desire to better himself is evident in the way he approaches both his responsibilities and his relationships with others.

Your Honor, I recognize the gravity of the circumstances before the Court and fully respect the seriousness of the legal process. I humbly ask that you also consider the positive qualities that have defined Michael throughout the years I have known him. He has expressed genuine remorse for his actions and is committed to making amends, learning from this experience, and moving forward in a positive direction.

I sincerely believe that Michael has the ability to grow from this experience and continue making meaningful contributions to his family and community, as he has done in the past.

Thank you for your time and consideration.

Respectfully,

**Marlon Gomes**

August 12, 2026

The Honorable Judge Cathy Seibel
United States District Court
300 Quarropas Street
White Plains NY 10601

Dear Judge Seibel:

I am writing in support of Michael Vasconcellos and to provide my personal perspective on his character. I had the opportunity to work closely with Michael for several years at Vibranalysis, and during that time, I came to know him not only as a colleague, but as a person whose character and values I greatly respect.

Throughout the years I worked with Michael, he consistently demonstrated extremely high moral and professional standards. He is honest, dependable, hardworking, and someone who takes his responsibilities seriously. Michael has always conducted himself with integrity, and I have known him to treat coworkers, clients, and others around him with respect and consideration.

Beyond his professional character, Michael is an exceptionally family-oriented person. His family has always been extremely important to him, and the way he speaks about and prioritizes the people he loves has always reflected the type of person he is. He is loyal, caring, and deeply committed to those closest to him.

In my experience, Michael is the type of person others can rely upon. I have always regarded him as someone of extremely high character, strong values, and sound judgment. The Michael I have known over the years is a good person who cares deeply about his family, his work, and the way he treats other people.

I am grateful for the opportunity to share my experience with Michael and respectfully ask that my perspective on his character be taken into consideration.

Sincerely,

Corey E. Rossman
Corey Rossman

**Phillip Chevasco**

**1056 River RD, New Milford NJ 07646**

**08/06/2026**

Honorable Judge,

I am writing this letter on behalf of my cousin Michael A. Vasconcellos in support of his character. I have known him my entire life, and throughout the years I have come to know him as a kind, respectful, and dependable person who genuinely cares about his family and the people around him.

While I understand the seriousness of the matter before the Court, I also know that this situation does not define who he is as a person. He has always treated others with respect, shown compassion when people needed help, and demonstrated a strong sense of responsibility toward those he loves.

Our family has always been able to rely on him. He is someone who is willing to lend a helping hand without expecting anything in return, and he has consistently shown good character through his actions. I believe he has learned from this experience and is committed to making positive choices moving forward.

I respectfully ask the Court to consider the person I have known for so many years. I truly believe he has the character, integrity, and support system necessary to continue being a productive member of the community.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Phillip Chevasco

March 30, 2026

To whom it may concern,

Between the years of 2014 - 2020, I had the privilege of working with Michael Vasconcellos. During this time, I witnessed him act as a senior inspector, a lab leader and a mentor. Michael was an integral part of my own growth as an inspector and an overall professional. He always promoted an environment of constant learning among the team and encouraged the sharing of knowledge between the inspection disciplines. I believe we all became better inspectors because of it. On a personal note, I consider Michael Vasconcellos a friend. He is a dedicated husband and father and will always have my respect.

Sincerely,

Stephen Winley

Frank Fanelli
100 Diplomat Drive 1M
Mount Kisco NY 10549

Dear Honorable Judge,

My name is Frank Fanelli and I have been an employee for the Village of Scarsdale for 18 years.

I have been friends with Micheal Vasconcellos for 10 years. In this time I have become very good friends with him and his family. Mike is a respectful, genuine and kind person. He not only takes care of his family, as well his mother and mother in law.

I met Mike because our sons played baseball together. We quickly became friends and I learned the type of person Mike was. He showed great interest in his children, family and friends. He always helped our son and other children on the team. He became a good friend of mine and I have had many opportunities to observe his character. Mike is a kind and helpful person that puts forth great effort in all he takes part in. He has become a very close friend of mine and has helped me out on numerous occasions.

I think Micheal is a very good and genuine person. He is honest and hardworking. He puts forth great effort in all he does, including providing for his family. Please take my observations and opinion of Micheal into consideration.

Thank you for your consideration.

Regards,

Frank Fanelli

From: **Lisa Cafarelli <lcafarelli4@gmail.com>**
Date: Thu, Mar 12, 2026 at 6:47 PM
Subject: Mike
To: Lisa Cafarelli <lcafarelli4@gmail.com>

To the Honarable Judge,
I am writing this letter to provide my strong character reference for Michael Vasconcellos. I have known Mike since 2016, when he and his wife moved to this area with their three children. I had known his wife previously when we lived in the Bronx, and when we relocated here, we reconnected. From that point forward, my husband and I developed a close friendship with their family, and we have remained close ever since.
Over the past several years, our families have spent a great deal of time together. We have shared holidays, supported one another through life events, and trusted each other with the care of our children. Through these experiences, I have had the opportunity to see firsthand the type of person Mike truly is in both his family life and his relationships with others.
Mike is a devoted father, a supportive husband, and a dependable friend. He is the type of person who consistently shows up for the people in his life and goes above and beyond when someone needs help. I have personally witnessed how involved he is with his children, particularly with their sports and activities. He takes great pride in being present for them and supporting their growth and development.
In our own family, Mike has always been someone we could rely on. Whether it was helping with our children, offering support during busy times, or simply being there when a friend needed assistance, he has consistently demonstrated integrity, responsibility, and a strong moral character.
Having known Mike for nearly a decade, I can say without hesitation that he is a hardworking and dedicated family man who cares deeply about his children and his community. His character, reliability, and commitment to his family are qualities I have observed consistently over the years.
I respectfully offer my full support for Mike and hope that this letter provides some insight into the kind of person he truly is. If any additional information is needed, I would be happy to provide it.

Sincerely,
Lisa Cafarelli
917-921-8951
Lcafarelli4@gmail.com

STAINLESS STEEL WELDING SERVICE, CORP.
Gerald H. Weiner, Owner
P. O. Box 506
High Falls, N. Y. 12440
Cell: 917-836-4687
Fax: 845-687-8972
Email: gerald@nyccertifiedwelding.com

The Honorable Judge Cathy Seibel

RE: MICHAEL VASCONCELLOS

June 8, 2026

Dear Judge Seibel,

I have been acquainted on a professional level with Mr. Michael Vasconcellos for close to 20 years. I am a professional, self employed, licensed welder. Primarily I weld pipe (gas and steam) and structural steel. My welds must be flawless and of the highest quality.

Over the course of those 20 years Mr. Vasconcellos x-rayed many of my pipe welds and ultrasonically inspected many of my structural steel welds.

I have always found him to be the consummate professional in his work. If he were to discover a flaw in the weld, no matter how minor, he would have me grind out the flaw and re-weld the area and he would then re-inspect to be sure that the weld was in compliance with industry standards. I knew that I had to be at the top of my game if he were going to inspect me as another inspector might give me a pass on a minor flaw. But not Mr. Vasconcellos.

I also know that on a personal level he was a very loving and caring son, especially when dealing with his ailing father. I believe that his father was ill for an extended period of time and that Michael was always there for him.

As a parent, I know that Michael has been very involved with his son's baseball. I think that his son might be a baseball prodigy and Michael could not be more

supportive. I believe that his son will probably go on to be a great major league star, due in large measure to his father's support.

I can not honestly say that I know much else about his fam[redacted]ut I would have to assume, based upon what I do know of him, that he [redacted]e a caring parent to any other children he might have, as well as a devo[redacted]d caring husband.

I have very little knowledge of the crimes he may have bee[redacted]ed with. But what I do know of him is that he is a very honest and profess[redacted]an [redacted]

Sincerely,

Gerald H. Weiner

US District Court
300 Quarropas St
White Plains NY, 10601

Honorable Judge

My name is Giovanni Vasconcellos writing to this court on the behalf of my Cousin Michael Vasconcellos .
My cousin and I grew up as first generation
Americans in the Bronx NY. Our parents are hard working, loving, honest people who taught us to follow their great example. Growing up in the Bronx was not easy. You see a lot of suspicious people, things and situations. But having great family support helped us navigate these early years. Now as adults we carry the same attributes of our parents in raising our children.
We have strived to show them love, respect and honesty.
Michael is a great Husband. He and his wife Debbie have a marriage that everyone should pray for.
They are happy, humble and loving.,
Michael is a fantastic father. His eldest daughter from a previous relationship has lived with him her whole life. Recently finished college. Not only her but her maternal siblings lived with him for many years becoming my family also. His two children with Debbie are also well rounded good kids. Michael and Debbie are hands on, present parents. The kids are both into sports and school activities. Very time consuming.
Practice, games, travel, choir & performances.
Michael and Debbie don't miss any opportunity to see their kids happy.
Michael is also a big part of our whole family. Growing up his parents' house was where most family gatherings happened. Birthdays, holidays and BBQs.
Michael keeps this tradition alive. He and Debbie open their home to all of us. Parties, holidays or just pop up visits are always welcomed. His home is just that a home. They remodeled the basement for his Mother and Uncle to have their own space. His mother in law lives with them also.
In short Michael is a great husband, an amazing father, a loving son and a fantastic family man.
I hope this court takes these fine attributes in to account when listening to Michael's case.
Thank you for your time and attention.

Sincerely
Giovanni Vasconcellos

March 11, 2026

Dear Honorable Judge,

I have had the pleasure of knowing Michael Vasconcellos in a personal and p[redacted]fessional manner over the last 25 years. Initially, I met him as a partner to my cousin, Debra, [redacted] the early 2000s. Then, I had the pleasure to be co-worker with him at Certified Testing Laboratories, Inc. for approximately 5 years during 2009-2014.

As a friend and family man, Mike has always been loyal and trustworthy. I have seen him be a dutiful husband to Debra and a loving father to his three children, Jasianna, M[redacted], and M[redacted]. There has been more than one occasion in my life where I called on Mike for help, whether it be to help tend to a flat tire or in need of a friend's listening ear.

I was glad to get to join him as a co-worker at CTL for about 5 years – during this time he was performing compressive strength tests on concrete specimens in the laboratory, and I was the driver who picked up these specimens daily. Because of our roles, I often witnessed him perform these tests and maintain the equipment to perform them. He was always very accurate and precise in his testing and reporting; he maintained the lab and its equipment immaculately and upheld very high safety and housekeeping standards. Mike was often the person a new inspector would turn to for training or if they had any issues. Onsite Mike carried himself with integrity and professionalism and held true to his high standards as an inspector and upheld all requirements set forth by the local agencies,

It is my pleasure to call Mike a friend and I can attest that he is a great man, with high moral standards. Should you have any questions regarding this letter, please do not hesitate to contact me at 917-731-2520.

Thank you,

James Schollhamer

March 7, 2026

RE: Character Letter for Michael Vasconcellos

To Whom it May Concern,

I have known Michael Vasconcellos for almost 10 years. We have been co-workers together with two different construction testing and inspection agencies since approximately 2016. During this time, I have noticed he is a good worker, very professional in his role as an inspector and the training he provided to me has helped me to develop into a better inspector, which has improved my career.

I have also had the pleasure of sharing social time with him, his family and friends at his home and other outings. I have seen him to be a devoted family man – always taking care of his wife and children.

Michael has shown nothing but strong character and integrity over the years, and I am proud to have him as a friend and co-worker.

Should you have any questions regarding this letter or which to speak directly, I can be contacted at 917-774-8647.

Sincerely,

Dioris Duarte

August 10, 2026

The Honorable Judge Seibel
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge Seibel,

My name is Karina Bajana, and I am writing this letter on behalf of my cousin, Michael Vasconcellos, whom I have known his entire life. Michael is my little cousin, and because our family has always been very close, I have had the opportunity to know him not simply as a relative, but as a son, father, husband, and caregiver to the people he loves.

I understand the seriousness of the circumstances that have brought Michael before the Court, and I do not write this letter to minimize those circumstances. Rather, I respectfully hope to offer the Court a fuller picture of the person I have known throughout my life and the family that depends so heavily upon him.

Family has always been at the center of Michael's life. He was raised by a father who was an honest and hardworking man and who took tremendous pride in his family. His father instilled in both of his children the importance of family, hard work, honesty, and being there for the people who depend on you. Although his father is sadly no longer with us, I believe those values have remained an important part of the foundation of Michael's life.

This was especially evident during his father's battle with Alzheimer's disease. Michael was there for his father during an incredibly difficult and painful period for our entire family. He also provided strength and support to his mother as she faced the heartbreaking decline and eventual loss of her husband. His willingness to take on those responsibilities demonstrated to me how deeply committed he is to his family.

Today, that responsibility continues. Michael is the primary caregiver and provider for his elderly mother and his senior uncle. They rely on him not only financially, but for the everyday support, assistance, and sense of security that comes from knowing someone is there to care for them. His absence would therefore affect not only Michael, but two older members of our family who have come to depend greatly upon him.

Michael is also a devoted father who loves his children deeply. Whatever mistakes have led him to this moment, I sincerely believe that those mistakes do not represent the entirety of the man I have known throughout my life. I have known Michael as someone who loves his family, accepts responsibility for those who depend on him, and has been present during some of our family's most difficult moments.

I respectfully ask the Court to consider Michael as a whole person when determining his sentence—the mistakes that brought him before the Court, certainly, but also the many years of his life that preceded

them, the family values with which he was raised, the people who depend upon him today, and his ability to move forward from this experience and live according to those values.

I know that Michael must face the consequences of his actions. At the same time, I respectfully ask the Court, to the extent it deems appropriate, to show him compassion and leniency. I truly believe Michael has the capacity to learn from this experience, rebuild his life, and continue being a source of love, care, and support to his children, his mother, his uncle, and the rest of our family.

Thank you for taking the time to read my letter and for considering my perspective as someone who has known and loved Michael for his entire life.

Respectfully,

Karina Bajana

**Karina Bajana**

Kristi A. Fanelli
100 Diplomat Drive 1M
Mount Kisco NY 10549

Dear Honorable Judge,

My name is Kristi Fanelli and I have been an educator in the Clarkstown Central School District for over 20 years.

I am writing to you as a character witness for Mr. Micheal Vasconcellos. My family and I have been acquainted with Micheal, his wife and family for approximately 10 years. We initially met through baseball, which our sons played together on the same team. From that, we became close friends with the Vasconcellos family.

Throughout our friendship with Micheal, he has shown nothing but the utmost respect and devotion to those around him and his family. He is a dedicated father and husband. Micheal is an honest and trustworthy friend and we consider him to be an important part of our lives.

Micheal is a devoted and caring father. He is present at all events as well as practices. He has been a positive role model for our son as well. He has been kind and helpful to our son and family.

We socialize with him and his family often and he has shown respect, care and kindness to us at all times. Micheal is a fun loving individual that truly cares about those that he surrounds himself with. His devotion to his family and friends is remarkable. He is a hard worker and puts forth the greatest effort in all he does and takes part in.

I am asking that you take my observations and interaction with Michael into consideration.

He is a very positive person and deserves to be recognized for his trustworthiness, kindness, devotion and caring.

Best Regards,
Kristi Fanelli

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Leonidas Rodriguez, and I have been employed by the West Side Federation for the past 23 years. I am writing to respectfully provide a character reference for Michael Vasconcellos, whom I have known for over 23 years.

During this time, I have had the opportunity to closely observe Michael's character, both within his family and in the community. He is a devoted husband and father who treats his wife and children with love, respect, and care. He is also deeply committed to his extended family, including his mother, uncle, and mother-in-law, all of whom live with him. He consistently shows them kindness, patience, and support.

I have also personally seen how he interacts with my two grandchildren, who are his niece and nephew. He treats them with genuine affection and care, as if they were his own children. At every family gathering or event, Michael is present, bringing a positive attitude, respect for others, and a warm smile.

In addition to his strong family values, Michael is a hardworking individual who takes his responsibilities seriously. He works diligently to provide for his family and is always there to support them emotionally and financially.

Based on my long relationship with Michael, I can confidently say that he is a person of integrity, compassion, and strong moral character. I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,
Leonidas Rodriguez

To: The Honorable Judge

From: Luis Melendez
17 Greenway Terrace North
Mahopac N.Y 10541

Date: March 14, 2026

Subject: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

I am writing this letter to provide a formal character reference for my close friend and relative, Michael Vasconcellos. I have known Michael for 30 years; he is my wife's cousin, but over the decades, he has become much more like a brother to me.

Michael is the definition of a "family man." His commitment to his household is unparalleled. Currently, he manages a multi-generational home, providing daily care and support for his mother, his uncle, and his mother-in-law, all of whom live under his roof. It takes a person of immense patience and selflessness to shoulder that level of responsibility, and Michael does so without complaint.

Our relationship was further strengthened through our shared time in the Mahopac, NY community. We served together as coaches for our children's baseball teams. Through years of practices and games, I watched Michael mentor young athletes with a very specific philosophy. He didn't just teach them how to play the game; he taught them how to navigate life with:

Integrity: Doing the right thing even when no one is watching.

Respect: Treating teammates, opponents, and officials with dignity.

Discipline: Understanding that hard work and consistency are the keys to success.

Having watched our children grow up together, I can say with certainty that Michael is a man of high moral character. He is dependable, hardworking, and deeply rooted in his values. He is the type of person who shows up when things get difficult and leads by example.

I recommend Michael Vasconcellos without reservation. If you require any further information regarding his character or our history together, please feel free to contact me.

Sincerely,

Luis Melendez
(718) 415-7952
B19L1919@gmail.com

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Makayla Vasconcellos. I am 16 years old, and I am writing to provide a character reference for my uncle, Michael Vasconcellos.

My uncle Michael means a lot to me. He is always there for me, and I can always count on him. He is loving, caring, and makes me feel supported. Whenever I visit, he goes out of his way to make me feel happy and welcome, even doing small things like making s'mores for me.

He is also always there for my cousins, supporting them in anything they need. He shows love and patience to everyone in our family. In addition, he takes care of my grandmother and my grand-uncle, which shows how responsible and caring he is.

To me, he is the best uncle I could ask for. I truly believe he is a good person with a kind heart, and I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Makayla Vasconcellos

March 31, 2026

To Whom It May Concern,

"I am pleased to provide this character reference for Michael Vasconcellos. Michael has long been known within our community as a person of integrity, reliability, and generosity. He is truly a pillar of society and someone who consistently demonstrates strong moral character.

Michael has devoted a great deal of his personal time volunteering within the local school system, particularly through coaching youth sports. In doing so, he has served as a positive role model for many young people, teaching them not only the fundamentals of the sport but also the values of teamwork, discipline, respect, and perseverance. His willingness to give back to the community and support the development of children speaks volumes about his character.

On a personal level, Michael has also been a trusted friend of our family for many years. He is dependable, supportive, and always willing to lend a helping hand when someone is in need. His kindness, honesty, and sense of responsibility make him someone that others naturally look up to and rely on.

Without hesitation, I can say that Michael Vasconcellos is an asset to our community and a person whose character reflects the very best qualities of integrity, compassion, and dedication."

Sincerely,

K Caramihai

Karen Caramihai

20 Albert Lane

Mahopac, NY 10541

# Character Reference Letter

April 01, 2026

To Whom It May Concern,

I am writing this letter in support of my long-time friend, Michael Vasconcellos. I have had the privilege of knowing Michael for over ten years, and during that time he has consistently proven himself to be a person of strong character, honesty, and integrity. Throughout our friendship, Michael has always been a dependable and trustworthy individual. He places great value on family, friendships, and community, and he demonstrates those values through his actions every day. Michael has always shown kindness, loyalty, and a willingness to help others whenever they are in need. Over the years I have seen firsthand the respect he shows to those around him and the positive impact he has on the people in his life. He is someone who leads by example and carries himself with responsibility and compassion. I can confidently say that Michael Vasconcellos is a person of excellent character and I am proud to call him a friend. I strongly support him and recommend him without hesitation. Sincerely,

Naidi Caramihai
20 Albert Lane
Mahopac, NY 10541

The Honorable Judge
United States District Court

300 Quarropas Street

White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Mario Vasconcellos, and I have been a plumber with Local Plumbers No. 1 for the past 29 years. I am writing to respectfully provide a character reference for my brother, Michael Vasconcellos, whom I have known for 44 years.

Michael is an exceptional father, husband, and son. He is also my closest friend. As a father and

husband, he is deeply committed to his family and consistently supports his wife and three children in every way he can. He always makes time for them and works hard to provide for their needs.

Michael is also very devoted to our extended family. He helps take care of our mother, our uncle, and his mother-in-law whenever they need support. He has always been someone I can turn to for advice and help during difficult times.

In addition, Michael is a hardworking individual. Our parents instilled in us the importance of hard work from a young age, and Michael has carried that value throughout his life. He is also a wonderful and caring uncle to my two children.

I respectfully ask the Court to consider Michael's strong character, dedication to his family, and work ethic.

Sincerely,

Mario Vasconcellos

M[redacted]
43 Rodcris drive
Mahopac NY 10541

To the Honorable Judge,
Us District Court
300 Quarropas St
White Plains NY 10601

My father has always been an incredible man and the biggest role m[redacted]del in my life. My name is M[redacted]., and I am proud to be the son of Michael Vasconcellos. From the time I [redacted]as young, he made it clear that nothing would ever come before his family. No matter how busy life became, he was always there for me. Whether I needed help, advice, or simply someone to listen, he never hesitated. I have always known I could count on him, and that sense of security is something that means more to me than I can fully put into words.

One of the things that means the most to me is that he never missed the moments that mattered. Every single baseball game, every important moment in my life—he was there. I could always look into the stands and see him, cheering me on with pride. Just knowing he was there gave me confidence, comfort, and strength. It reminded me that no matter what I faced, I was never alone. I always had someone in my corner who believed in me unconditionally.

But my dad is more than just a supportive father—he is my best friend. He has taught me, through his actions, what it truly means to be a good person. He has shown me how to work hard, how to care for others, and how to stand by the people you love no matter what. The lessons he has given me and the time he has invested in me have shaped who I am today, and they will stay with me for the rest of my life.

As I look ahead, I think about the moments that are still to come. I will be graduating in June 2027, and that is one of the most important milestones in my life. The thought of my father not being there to see me walk across that stage, not being there to share that moment with me, is truly devastating. It is something that weighs heavily on my heart every day. He has never missed the moments that mattered—and I cannot imagine having to face the most important one of all without him there beside me.

I am deeply grateful for everything my father has done for me and continues to do. He is not only a great man, but my greatest source of strength, love, and guidance. He is the foundation of my life.

Without him, there is a void that nothing and no one could ever fill.

I respectfully ask that you see him not only for the situation before the court, but for the father, mentor, and man he has always been to me. The impact of his absence would not just be difficult—it would be life-changing in a way I struggle to even put into words. My father is everything to me, and I am asking from the deepest part of my heart that you allow him to remain in my life.

Respectfully,
Michael Vasconcellos Jr.

James R. Sullivan Jr.

1331 Grand St. Apt 609

Hoboken, NJ 07030

Email: jimsullivan80@gmail.com

(508) 740-2658

March 16, 2026

The Honorable Judge

US District Court

300 Quarropas St.

White Plains, NY 10601

Re: Character Reference for Michael Vasconellos

Dear Honorable Judge,

My name is James Sullivan Jr, and I am writing this letter to provide a character reference for Michael Vasconcellos. I have known Michael for approximately 5 years, initially as a colleague at Vibranalysis dba VTI Labs and subsequently as a close personal friend. Having worked alongside him in a high-pressure professional environment, I have had ample opportunity to observe his integrity and his dedication to those around him.

**Professionalism and Integrity**
In my experience, Michael defines professionalism. During our time at VTI Labs, he was often the person colleagues turned to when faced with inspection dilemmas or complex projects. I personally observed his honesty during my time at the company, when he offered mentorship and training to other inspectors and engineers as well as volunteering while the firm was understaffed. His commitment to doing the right thing while having a full and high-pressure schedule earned him the respect of the entire team.

**Mentorship and Leadership**
Beyond his individual tasks, Michael has always been a natural mentor. He consistently went out of his way to guide junior staff members, including myself. He did this without expectation of reward, simply because he believes in helping others reach their full potential. His patience and willingness to share his knowledge speak volumes about his selfless character.

**Current Character and Growth**
Since the onset of the current legal matter, I have seen Michael handle the situation with the same level of responsibility and integrity he brings to his work. He continue[redacted] to work hard[redacted]ily and be there for his family, friends and coworkers every single day [redacted]

**Conclusion**
I know for a fact that Michael Vosconcellos is a man of exceptional charact[redacted]—someone w[redacted]o is honest, dependable, and deeply invested in the success of others. I remain f[redacted]supportive [redacted] him and am confident that he will continue to be a valuable asset to his professi[redacted]nd his community. [redacted]

Thank you for your time and for considering my perspective. Please do not [redacted]tate to cont[redacted]t me at **(508) 740-2658** if you have any further questions.
Sincerely,

James R. Sullivan Jr.

Stacey Martinez

7 Columbus Drive

Carmel, NY 1051

Email: stabrianthai@yahoo.com

(914)329-7303

March 6, 2026

The Honorable Judge

US District Court

300 Quarropas St

White Plains NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Stacey Martinez, and I have been an educator in the Yonkers Public School District for the past 30 years. I am writing this letter to respectfully provide a character reference for Michael Vasconcellos, whom I have known for approximately nine years.

I first met Michael when my family moved to Mahopac and our sons played Little League baseball together. Over the years, our families became close friends, which allowed me to observe Michael in many aspects of his daily life.

During the time I have known him, Michael has consistently demonstrated that he is a devoted husband, father, and family member. He is deeply committed not only to his wife and children but also to his extended family. Michael regularly helps care for his mother as well as his wife Debbie's mother, showing a strong sense of responsibility, compassion, and dedication to family.

I have personally witnessed the way Michael interacts with his children. He is a loving, supportive, and involved father who plays an active role in their lives. Whether attending travel baseball games, cheerleading events, or other activities, he consistently prioritizes being present for his children and supporting their interests and achievements. He

provides both guidance and encouragement while teaching them the importance of responsibility and respect.

Michael is also a hardworking and dependable individual who takes great pride in supporting his family. He is someone who can always be relied upon and consistently demonstrates loyalty, integrity, and generosity with his time. He is the type of person who willingly helps others and stands by friends and family when they need support.

In addition to being a dedicated family man, Michael maintains a positive outlook and encourages those around him to do the same. His kindness, character, and willingness to help others have made him a valued friend to my husband, my children, and me.

Based on the years that I have known Michael, I strongly support him and stand by his character as a man, husband, father, son, and friend. I respectfully ask that the Court take my perspective of his character into consideration.

Thank you for your time and consideration.

Respectfully submitted,

Stacey Martinez

April 4, 2026

To the Honorable Judges,

I am writing to you on behalf of my cousin, Michael Vasconcellos, with a full and genuine heart. It is hard to put into words the kind of man he is, because he means so much to so many people, especially to his family.

Most importantly, Michael is a devoted father to his three children. Everything he does begins and ends with them. He is the kind of father who has always and continues to show up, whether it's for baseball games, graduations and now the wedding of his oldest daughter. He provides not only financially, but emotionally, offering love, stability and guidance. He takes care of his elderly mother as well as his mother in law. He is the epitome of a family man. His children adore him, and it is clear to anyone who knows him that they feel safe, supported, and deeply loved by him.

Beyond his role as a father, Michael has always been a pillar of strength in our family. He would give the shirt off his back to help anyone, family or friends, who need him. He is dependable, compassionate, and generous with his time and energy. When someone is in need, he is one of the first people to step in without even a question. He has always taken pride as a provider, not just in the financial sense but as someone others can lean on.

While I understand the seriousness of the situation he is facing at the moment, I feel that it is important that his character be seen in its entirety. The man I know is kind-hearted, hardworking, and deeply committed to doing right by the people he loves. He has always carried himself with integrity in his personal life and has worked tirelessly to create a stable, structured and loving environment for his children and wife.

This situation does not define who he is as a person, a father, or member of this family. He is so much more than this moment. He is someone who deserves understanding, compassion and the opportunity to continue to be present for his family, who need him immensely.

Thank you for taking time to read this letter and consider the full character of Michael Vasconcellos. I hope it offers a meaningful glimpse into the man we all know and love.

Sincerely,
Samantha Snyder Weinheimer
Special Education Teacher

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is N[redacted], and I am 14 years old. I am w[redacted]ting this letter to provide a character reference for [redacted] Vasconcellos.

My uncle is the greatest uncle I could ever ask for. He is alwa[redacted] there for me, whether we are playing sports together or going on trips. My favorite memorie[redacted]with him are when we go[redacted]hing. No matter what I need, he is always there to support me. He sho[redacted] the same love and care[redacted]my cousins and my grandmother as well.

He is a kind, caring, and dependable person, and I am grateful to have him in my life.

Thank you for your time and consideration.

Sincerely,
N[redacted]

Oliver Luke

1175 Dean Street

Brooklyn, NY 11216

Oliverluke9@gmail.com

(718) 812-4517

August 2, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge Seibel:

I am writing to you today as a personal character reference for Michael Vasconcellos. I understand that the Court is now considering Michael's sentencing, and I believe it is important for the Court to understand his character from my perspective as a friend who has known him for eight years.

Over the time I have known Michael, I have witnessed him to be a person of good moral character. He has consistently shown himself to be hardworking, trustworthy, and reliable.

Despite the charges Michael is facing, I firmly believe that his actions are not a true reflection of his overall character or the person I have come to know over the past eight years.

Thank you for your time and consideration.

Respectfully,

Oliver Luke

John Valentino
1432 Narragaset Rd
Mohegan Lake, NY 10547
March 17, 2026

To the Honorable Judge,

I am writing in support of my friend, Michael Vasconcellos, to offer some perspective on his character, the person I have come to know, and the qualities that I believe are important to consider.

Mike and I are both fathers committed to supporting our children. We met about three years ago because both our sons play baseball. Throughout this time, I have known Mike to be a good, hardworking guy, loyal to his family and the people around them – whether they are close friends or acquaintances. He's always willing to help and support others. When I first met Mike, I was hosting an event for my DJing business. Even though we hadn't known each other for long, he came out with his wife to show support. That's just one example of how Mike is.

I respectfully ask that you consider Mike's character and how this will impact his family. Happy to provide any additional information as needed.

Sincerely,
John Valentino
646-523-2139
Jvalentino237@aol.com

The Honorable Judge

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Sari Pena, and I am 47 years old. I am writing this letter to provide a character reference for my brother-in-law, Michael Vasconcellos, whom I have known for 23 years.

Michael is a caring, loving, and supportive person to his entire family. I have personally seen the way he cares for his mother, his uncle, his mother-in-law, his wife, and his three children. He is both financially and emotionally supportive, always putting his family first.

I also see how he treats my children—with kindness, patience, and genuine care. He is always there for them, just as he is for everyone in his family.

Michael is a dependable and compassionate man, and I am grateful to know him as part of my family.

Thank you for your time and consideration.

Sincerely,

Sari Pena

# To the Attorney at Law

My name is Debbie DiCairano and Mr. Michael Vasconcellos is the father of my daughter in law Jasianna. I first met Mr. Vasconcellos approximately two years ago.

I would describe him as an honest, hard working man who puts his family first. He fixed his house up so that his elderly mom, uncle and mother in law can live with him. He also has his wife Debbie and young kids Michael and Madison living there and makes sure they are always well taken care of.

While I haven't known Michael that long I can tell he's a good man who we enjoy spending time with and glad to have him as part of our family.

Sincerely,
Debbie DiCairano

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Valery Cabrera. I am a stay-at-home mother, and I am writing to provide a character reference for Michael Vasconcellos, whom I have known for 23 years. He is my step-uncle.

Over the years, I have had the opportunity to see Michael's character both within our family and in everyday life. He is a caring, respectful, and dependable person who always puts his family first.

Michael is deeply devoted to his family and is always present at family gatherings, treating everyone with kindness and respect. He is especially supportive of those around him and is someone you can always count on in times of need.

He is also a hardworking individual who takes pride in providing for his family. His strong values, compassion, and sense of responsibility are evident in everything he does.

Based on my experience, I can confidently say that Michael is a person of good character, and I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Valery Cabrera