**The Honorable Judge**
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Alicia Vasconcellos. I am a retiree and the mother of Michael Vasconcellos. I am writing this letter with a full heart to respectfully provide a character reference for my son.

Michael is my second son, and I have had the privilege of knowing him his entire life and living with him for over 15 years. Over all these years, I have watched him grow into a man who carries the weight of his family on his shoulders with quiet strength, love, and unwavering dedication. He is a devoted father, husband, and son, and everything he does is rooted in care for the people he loves.

My son is someone I can depend on in every sense of the word. Whether emotionally, physically, or financially, he is always there without hesitation. No matter how heavy life becomes, he shows up—for me, for his family, and for anyone who needs him. His presence brings comfort and stability to our household.

Michael has taken care of me in ways that words cannot fully express. He has also cared for his uncle, Carlos, and stood by him with patience and compassion. Before his father passed away, Michael was by his side as he battled dementia. I watched my son help care for him during that painful time, offering support, dignity, and love when we needed it most. He also carried me through that difficult season, giving me strength when I felt I had none left.

I cannot fully express how deeply he is needed in our family. He takes care of so many people under one roof—me, his uncle, his mother-in-law, his wife, and his three children. And he does it all without complaint, without seeking recognition, and always with love, patience, and sacrifice. He is the foundation that holds our family together.

As his mother, I have seen every side of him—his struggles, his strength, and his unwavering commitment to those he loves. I can say without hesitation that he is one of the most caring, responsible, and devoted individuals I have ever known.

I respectfully ask that you take everything I have shared into full and serious consideration when

reviewing my son's character. Michael is not defined by this moment or by any single circumstance—he is defined by a lifetime of quiet sacrifice, unconditional love, and unwavering responsibility toward his family. He is the person we all rely on when life becomes difficult, the one who steadies us when everything feels uncertain, and the foundation that keeps our family together.

If he were to be taken away from us, it would not simply be an absence in our household—it would be a profound loss that would leave an emptiness in our lives that cannot be filled or replaced. The emotional impact on me, his wife, his children, and everyone who depends on him would be devastating beyond words.

I ask from the deepest part of my heart that you see him as we know him: a devoted son, a loving father, a faithful husband, and a man who has always placed the needs of others above his own. I respectfully ask for compassion in considering not just his situation, but the life, love, and family that depend entirely on his presence.

Thank you for your time, your understanding, and your consideration.

Respectfully,
Alicia Vasconcellos

March 25, 2026

Dear Honorable Judge / Whom it May Concern:

My name is Victoria DeMaio, I have been an administrator and operations manager for special inspection and material testing agencies in NYC for the better part of twenty years. I am writing this letter to validate the character and integrity of my coworker, and friend, Michael Vasconcellos. I have had the pleasure of working with Michael at Certified Testing Laboratories (CTL) in the 2000's-2010's, again with him in 2022-2025 at Vibranalysis (VTI) and now at American Construction Testing Services (ACTS).

During my time of employment at CTL, I was initially an office administrator then later office manager. Michael started working with the firm performing compressive strength testing in the laboratory. During this time, he showed great work ethic, with attention to detail and operating procedures. All equipment and records were kept in pristine condition, and he took a lot of pride in his work – even when tedious and laborious. Quickly, Mike started gaining certifications to advance his career – he took all appropriate training classes, field training and tests required – and his hard work paid off – he obtained any certification he tested for. Over the next few years he trained under a gentleman named Jergen, who had been doing NDT radiography testing for longer than I would know. Jergen was a thorough and tough inspector – he had the highest standards for his inspection, associated reports, documents, & equipment - he trained Mike to be the same way. Training under Jergen made Mike a better inspector – the knowledge and experience instilled in him gave him confidence and integrity needed for that position. At his retirement Mike took over Jergen's position as lead NDT Radiographer for CTL Bronx office. He worked double shifts, nights, weekends and holidays – long hours –the operations of the inspection he was doing was strenuous – the quality of his work never faltered, and he became a key pillar of the organization.

Upon my departure at CTL, I kept in contact with Mike as a friend. I grew closer to his wife and children, and I quickly understood why he worked so hard. He has a loving and devoted wife, Debra – his kids, Jasianna, M.V. Jr and M.V. - are all so smart, kind and well mannered – a family worth working so hard to provide for. Mike and Debbie attended my wedding in 2018 and supported me through a divorce 4 years later. We have celebrated holidays and achievements together & supported each other through the loss of family members. The friendship I have with both is something I cherish greatly.

Around 2022 I started a role at VTI working side by side with Michael as an operations manager for special inspection and testing. Mike was one of the inspectors/managers I would call if I needed technical guidance or had questions. Again, just like at CTL, every day he displayed great integrity and pride in his work, very detailed and organized reports and records. On more than one occasions – he called out non conformances on

site, upholding building code and local law requirements with an emphasis on site and public safety. Mike often trained new employees and was always available to jump in and assist when needed. Our roles at VTI were different, but we both carried huge workloads, as did many upper management staff at the organization. His high standards never wavered despite pressure from ownership or contractors/clients alike. He provided peer review for other special inspectors and CWI on staff - working closely with the director on structural steel inspections, often on his own time. One specific occurrence comes to mind in 2025 - a project on Amsterdam Ave, NYC - upon initial inspection Mike called out structural steel work not accordance to design or building code standards - which could have had a potential for unsafe conditions regarding framing of the structure - Mike halted the work on site - and worked with design team, contractors and VTI staff to implement remedial work and reinspection for the unsafe and unsatisfactory conditions. Even when push back was heard from the GC/owner - Mike stood his ground and VTI staff all stood behind him - because we knew what it was - we knew the man, his work ethic and integrity - he was a trusted member of the team. He continued to track the site inspections and communicate with the inspector on site to ensure appropriate fixes were made, even though that was not a requirement of his position - he was doing it to make sure it was done correctly.

I once again get the pleasure of working with Mike at ACTS – his work is still the highest quality I have seen in my years in the industry. He is still the person I call on for questions and guidance, and I trust his knowledge, integrity and good moral character to this day. He still stands up to site personnel when work is not up to his standards.

I can say wholeheartedly that he is one of the most trusted and skilled inspectors I have worked with in my career.

As a husband, father and friend – he is loyal, understanding and supportive. He is an example of hard work and integrity to all who surround him.

I humbly and respectfully request the courts to take what I have written here in consideration when reviewing the situation this letter is intended for – as I am a first hand witness to the integrity of Michael Vasconcellos, as an inspector and as a man.

If allowed, I am willing to speak about my experiences and observations of Michael Vasconcellos under oath. I am available via phone or email should there be any questions regarding my statements or opinions listed within.

Respectfully submitted

Victoria DeMaio

7185092252

victoriacdemaio@gmail.com

Nicholas DiCairano
3/20/2026

7692 Fairbanks CT. Hanover, MD 21076
nicholasdicairano24@gmail.com

To the Honorable Judge,

Good morning. My name is Nicholas DiCairano, and I am writing this letter in support of Mr. Michael Vasconcellos. Michael is my father-in-law, and I have known him for three years. From the first day I met him, I felt as though I was treated like a member of the family. Over the years of knowing Michael, I can confidently say that he is an extremely caring, honest, generous, hardworking, dedicated, and family-driven individual.

I have seen Michael countless times working on reports for his job after hours at home, which shows his true dedication to his career. I have never once heard him complain about his work, and he shows up every single day in order to continue providing for his family. Not only does he provide for his wife and children, but he also supports his mother, uncle, and mother-in-law, who all live with him. Michael has never allowed me or my wife to pay for any bill while we are with him, as he always covers 100% of whatever we are doing, showing his kindness and generosity.

Michael's summer weekends are often consumed by his son's very demanding baseball schedule, which requires significant time, money, and support. Not only is it expensive to participate in this level of baseball due to travel and team fees, but it also requires a great deal of commitment to attend all of the games and events. Michael never misses any of his son's games and spends nearly all of his summer weekends traveling to various places to support his son's love for baseball.

I witnessed this firsthand in the summer of 2024 when Michael's son had a tournament in Florida. Not only did Michael ensure his son was able to attend, but he also included my wife and me in the trip and covered all travel expenses so we could be there as well. This demonstrates Michael's dedication to his family and his selflessness. Michael's daughter also participates in competitive cheerleading, which requires just as much time, money, and dedication. Despite this, Michael still makes sure he is able to attend all of her events and support her fully.

Michael's continued presence and support within his family is an absolute necessity for everyone around him. Between now and June of 2027, Michael has three major life events to attend: his oldest daughter's wedding in July 2026, his son's high school graduation in June 2027, and his youngest daughter's middle school graduation in June 2026.

Thank you for taking the time to read my letter. I hope that it serves as a testimony to Michael's true character and highlights the importance of his continued presence within his family.

The Honorable Judge Cathy Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

Re: Character Reference Letter - Michael Vasconcellos

To the Honorable Judge

My name is Debra Vasconcellos, and I am writing this letter on behalf of my husband, Michael Vasconcellos. We have been married for 18 years and together for a total of 22 years. I am not only his wife, but his best friend, his partner in life, and the person who has had the privilege of knowing his heart and character better than anyone.

My husband is the backbone of our family. He is the person we depend on, the person who keeps us together, and the person who has always worked hard to provide for and protect the people he loves. He is a devoted husband, a loving father, a caring son, and someone who has always been there for his family when they needed him.

Our children mean everything to him. He has always been an active and loving father, and his presence in their lives cannot be replaced. This year is especially important for both of our children. Our youngest daughter is entering her first year of high school, which is a major milestone in her life. She needs her father beside her as she enters this new chapter, helping her navigate the challenges, changes, and uncertainty that come with growing up. She needs his encouragement, his guidance, his protection, and simply the reassurance of knowing that her dad is there.

Our son is entering his senior year of high school—a once-in-a-lifetime milestone. This should be a year filled with memories, accomplishments, preparation for his future, and celebrating how far he has come. His father deserves to be there to see him through this important year, to encourage him, support him, and share these moments with him. Our son needs his father during this pivotal time in his life.

Our oldest daughter has recently been married and is now beginning to build her own family. This is a beautiful new chapter in her life, and she and her growing family need the love, support, and presence of her parents as they continue forward. She is building her life with her husband, who served this country honorably and has an honorable discharge from the United States Army. Their family represents service, sacrifice, and commitment, and we want to be there to support them as they grow.

Our daughter is also a dedicated school teacher who works with special needs children. She gives so much of herself every day to care for and educate children who require patience, compassion, and understanding. We are incredibly proud of her and the work she does, and we want to continue being a strong support system for her as she continues this important and meaningful career.

As parents, we have always worked hard to raise our children to be responsible, respectful, and productive members of society. We are proud of the adults they have become, and it is clear that the values of hard work, service, and family have carried into their lives.

As their mother, it breaks my heart to think about our children having to experience these milestones without their father by their side. These are moments that cannot be repeated. There are only so many first days of high school, only one senior year, and only one opportunity for a father to stand beside his children during these important life events.

My husband is also a provider and caregiver for more than just our immediate family. He helps care for my mother, his mother, and his elderly uncle. These are people who depend on him for support, assistance, and care. He carries these responsibilities because he is a good man who believes that family takes care of family. He has never been the type of person to walk away when someone needs him.

He has always put others before himself. Whether it is making sure our children have what they need, supporting me, helping an elderly family member, caring for his mother, or simply being there when someone needs a shoulder to lean on, he gives of himself without hesitation.

I understand that the circumstances that have brought us here are serious, and I am not asking anyone to ignore them. I am simply asking that my husband be considered as a whole person and not defined solely by the circumstances before the Court. Please consider the man he has been to his family and the people who rely upon him every single day.

He is my best friend. He is the person I turn to when life is difficult, the person I celebrate with when life is good, and the person who has stood beside me through everything. The thought of losing his presence in our home and in our children's lives is devastating.

Our family depends on him emotionally, physically, and financially. His absence would create an enormous hardship for all of us, but especially for our children. They are at ages where they need their father's guidance and support more than ever. They should be able to experience these important moments of their lives with their dad present—moments that they will remember for the rest of their lives.

I respectfully ask that you consider his character, his role as a husband and father, his responsibilities as a provider, and the many family members who depend upon him. Please consider the positive contributions he has made to our family and the impact his absence would have on all of us.

I know the man my husband is. I know his heart. I know the sacrifices he has made for our family and the love he has for his children. He is not perfect, as none of us are, but he is a good man who loves his family deeply and who has spent his life taking care of the people around him.

Our family needs him. Our children need their father. His mother needs his son. My mother needs his help. His elderly uncle needs his care. And I need my husband and my best friend.

I sincerely hope that the Court will take all of these circumstances into consideration and recognize the tremendous impact any separation from him would have on our family.

Thank you for taking the time to read my letter, for considering my husband as a whole person, and for considering the lives of all those who depend upon and love him.

Respectfully,

Debra Vasconcellos

**The Honorable Judge Cathy Seibel**
United States District Court
300 Quarropas Street
White Plains, NY 10601

August 11, 2026

**Re: Michael Vasconcellos**

Dear Judge Seibel:

My name is Edwin Hopkins, and I am writing on behalf of Michael Vasconcellos. I have known Michael for approximately six years through our work together at both Vibranalysis (VTI) and, currently, American Construction Testing Services (ACTS). At both companies, I have served as the Primary Inspector for structural welding inspections, among other inspection categories. At our current company, ACTS, I also serve as the Technical Director of the Special Inspection Agency. I am a licensed Professional Engineer in New York State. During that time, I have had the opportunity to work closely with Michael and to know him both as a colleague and as a person.

I am aware that Michael is currently before the Court. I do not intend to comment on the legal issues involved. I am writing simply to provide the Court with my personal experience with Michael and the character I have observed during the years I have known him.

In my experience, Michael has consistently been honest and dependable. He is someone who takes responsibility, helps his coworkers, works hard, and can be trusted. In both my Primary Inspector and Technical Director roles, a significant level of trust must be placed in the inspectors who serve as our eyes and ears in the field. When I sign off on a welding inspection, I rely upon the observations, judgment, and integrity of the inspectors performing that work. What I want to impress upon the Court is that whenever a situation arose in which I questioned the integrity or workmanship of a contractor, Michael was the inspector I wanted on site to ensure that the work was performed properly.

There have been many instances in which Michael reached out to me to report an issue at a job site or to advise me that a contractor was not following the required standards. He consistently stood firm that he would not sign off on work that did not comply with the Building Code and applicable industry standards, including those published by AWS (American Welding Society) and AISC (American Institute of Steel Construction). He did not do this for recognition; it was simply consistent with the person and professional I have known him to be.

Over the years, I have come to regard Michael as someone I trust and depend upon, as well as someone who cares about his family and coworkers. I cannot stress how valuable someone with those qualities is to an inspection agency.

I understand the seriousness of appearing before the Court, and I do not take lightly the purpose of this letter. I can only speak from my own experience, but the person I have known for the past six years has been a model inspector and someone I continue to trust to perform his job with diligence and professionalism. I respectfully ask that the Court consider my experience with Michael as part of its consideration of him as a whole person.

Thank you for taking the time to read my letter and consider my perspective.

Respectfully,

**Edwin Hopkins, P.E.**
Technical Director
American Construction Testing Services
ehopkins@americancts.com

March 31, 2026

Gloria DeMaio
1833 Tenbroeck Avenue
Bronx, NY 10461

To whom it may concern:

I am writing to wholeheartedly attest to the integrity, moral character, and ethical conduct of Michael Vasconcellos, whom I have known for more than 25 years in both personal and professional capacities.

Throughout the time I have known Michael, he has consistently demonstrated honesty, fairness, and a deep sense of responsibility. His decisions are guided by strong principles, and he approaches every situation with respect, empathy, and a commitment to doing what is right--even when it is not the easiest path.

I was there with Michael when he applied for a mortgage after working with our company for 10 years. I wrote a letter of recommendation and certified his wages at that time.

I was there when he needed reference letters to gain parental custody of his daughter, Jasianna Vasconcellos. He achieved full custody of his daughter on 9/25/2013.

In both challenging and routine circumstances, throughout all these years, I have seen Michael show unwavering reliability and trustworthiness. He treats others with dignity, honors his commitments and maintains transparency in his actions. These qualities have earned Michael the respect of colleagues, friends and community members alike.

I have no hesitation in affirming that Michael is a person of exceptional moral standing and integrity. I am confident that he will continue to uphold these values in all future endeavors.

If you require any further information, please feel free to contact me at (718) 801-1821.

Respectfully submitted,

Gloria DeMaio

Isolina Santiago

6S Stoughton Place
Bergenfield, NJ 07621

August 6, 2026

Dear Honorable Judge,

I am writing on behalf of my cousin-in-law, Michael Vasconcellos. My name is Isolina Santiago, and I have known Michael for 27 years since he resided in the Bronx, New York. Throughout our acquaintance, Michael has

consistently demonstrated strong family values and integrity. He is a kind, loving, and respectful individual.

Michael relocated his family to Mahopac, New York, to provide them with a superior quality of life. He not only supports his wife and children but also his parents and uncle. Notably, Michael has provided a loving home to two children who were not biologically his during his time in the Bronx. These children were the siblings of his daughter, and he took them

into his home, assisting in their upbringing from a young age.

Michael possesses a generous and open-hearted nature. He has always made me feel as if I were a direct descendant of his bloodline, rather than an in-law. He would frequently invite me and my family to his home, even when he was not present. This was primarily to allow my children to utilize his pool during the summer months. Michael dedicates a significant portion of his time to his family, providing support to his

children in various sports activities.

I firmly stand by Michael Vasconcellos. He is a compassionate and responsible individual. Should you require any further clarification, please do not hesitate to contact me at IsolinaSantiago9@gmail.com.

Sincerely,
Isolina Santiago

Sent from my iPhone

Jennifer Gomez
Senior Special Inspector
American Concrete Testing Services
646-413-9206
jegove03@gmail.com

March 6, 2026

To the Honorable Judge:

**Re: Character Reference for Mr. Mike Vasconcellos**

Your Honor:

My name is Jennifer Gomez, and I am a Senior Special Inspector in New York City with a focus on construction materials testing and code compliance. I am writing this letter in support of my coworker, Mr. Mike Vasconcellos, whom I have known and worked with closely since August 2023 in the field of special inspections. During this time, I have had numerous opportunities to observe his character and professional conduct on multiple construction projects across New York City.

## Professional Relationship and Context

I first met Mr. Vasconcellos when we began working together as special inspectors on projects involving masonry, ECC (engineered cementitious composites), waterproofing, and welding-related scopes of work. In our profession, strict adherence to the New York City Building Code, ASTM standards, and approved plans is essential to safeguard public safety, and I have consistently seen Mike treat these obligations with seriousness and integrity. He is not someone who cuts corners; instead, he is meticulous in verifying that work in the field complies with the building code, applicable standards, and project specifications before any element is accepted.

# Specific Examples of Professional Conduct and Character

## 510 Gates Avenue, Brooklyn – Masonry Special Inspections

One project where his diligence was especially evident was 510 Gates Avenue in Brooklyn, where we were involved in masonry special inspections. Over the course of that job, the masonry subcontractor changed several times due to repeated non-conformance items, many of which Mike personally identified and documented through his inspections. Rather than overlooking issues, he consistently brought them to the attention of the appropriate parties, worked with the contractor and design team to resolve discrepancies, and ensured corrective actions were implemented so the work ultimately met code and specification requirements.

## 70-35 113th Street, Queens – Welding Inspections (Support of Excavation)

Another example is our work at 70-35 113th Street in Queens, where Mike has been responsible for overseeing welding inspections related to the support of excavation (SOE) system, including waler beams and piles. On that project, I have observed him actively monitoring welding operations, verifying proper connections, and coordinating with the contractor whenever he identified concerns about weld quality, fit-up, or conformance to the approved details. He approaches these situations calmly and professionally, focused on ensuring that the work is safe and compliant rather than assigning blame.

## 1415 Ogden Avenue, Bronx – ECC, Masonry, and Waterproofing

We have also worked together at 1415 Ogden Avenue in the Bronx on ECC, masonry, and waterproofing inspections, where Mike again demonstrated a strong work ethic and attention to detail. He is thorough in his field observations, careful with his documentation, and willing to stay on site as long as necessary to complete the required inspections properly. When he encounters a condition that is

unclear or atypical, he does not make assumptions; instead, he promptly reaches out to colleagues, supervisors, or the design team to obtain clarification, which reflects his humility and commitment to doing the right thing rather than the easy thing.

## Character Assessment

From my perspective, Mr. Vasconcellos's character is defined by responsibility, integrity, and a genuine concern for doing his job correctly, which in our line of work directly impacts the safety and well-being of the public. He demonstrates a high level of dependability: he is punctual, responsive, and consistently follows through on his obligations, even when projects are demanding or conditions in the field are challenging. He is also respectful and professional in his interactions with contractors, clients, and colleagues, often helping to de-escalate tense situations by focusing on solutions and clear communication.

Mike does not hesitate to ask for help or seek clarification when he needs it, which I view as a strength rather than a weakness. This willingness to reach out demonstrates both professional maturity and a commitment to excellence. He works collaboratively with clients and contractors to solve problems and ensure that construction activities meet all applicable guidelines and specifications.

## Conclusion

I am aware that the circumstances leading to this letter are serious, and I do not take lightly the responsibility of writing to the Court. My intent is not to minimize any legal matters before you, but to provide an honest and transparent account of the person I have come to know through working with Mr. Vasconcellos over the past two and a half years. Based on my direct experience, I believe he is someone who takes his responsibilities seriously, is capable of self-reflection and growth, and benefits from the support of a professional community that values compliance, integrity, and continuous improvement.

It has been my professional privilege to work alongside Mr. Vasconcellos, and I respectfully ask that the Court take into account the positive qualities, work ethic, and integrity I have described when evaluating his character. Should the Court or counsel require any additional information or wish to verify my statements, I am willing to make myself available and can be reached at the contact information provided above.

Respectfully submitted,

Jennifer Gomez
Senior Special Inspector
American Concrete Testing Services

AMERICAN CONSTRUCTION TESTING SERVICES

55 BRUCKNER BOULEVARD | BRONX, NY 10454 | 718.993.2940 OFFICE

**Honorable Judge Cathy Seibel**
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Michael Vasconcellos**

Dear Judge Seibel:

My name is Joshua Weissman, and I am the Founder and CEO of American Construction Testing Services LLC. I am writing on behalf of Michael Vasconcellos, whom I have known personally and professionally for approximately fifteen years. I understand the seriousness of the circumstances that bring Michael before the Court, and I respectfully ask that you consider my experiences with him and the person I have known for so many years when determining his sentence.

I first met Michael approximately fifteen years ago when I began using CTL Labs for construction inspection and testing services. Michael was an inspector there and later worked at Vibranalysis, where I continued to have the opportunity to work with him. Over those many years, I came to know Michael not only as an exceptionally knowledgeable construction professional, but as a person I trusted and respected.

When I founded ACTS, Michael ultimately became part of our team. Today, he is an integral part of our company.

Michael has spent years building an extraordinary level of knowledge and credentials within the construction inspection industry. He holds numerous licenses and certifications that are extremely important to the work we perform. His experience cannot simply be replaced by hiring another employee. More importantly, however, Michael brings something that cannot be reflected on a license or résumé: reliability, integrity in his day-to-day dealings, humility, and an exceptional work ethic.

In all the years I have known Michael, I have found him to be one of the kindest and most humble people I have encountered in business. He is not someone who seeks attention or recognition. He comes to work, does his job, helps the people around him, and takes his responsibilities seriously. He has earned the respect of his coworkers and of the people in our industry who have worked alongside him.

My relationship with Michael over these fifteen years has also allowed me to know him beyond the workplace. He is a devoted husband and an exceptional father to his son and daughters. His family is at the center of his life. He also carries responsibilities beyond his immediate household and helps care for and support members of his extended family. There are many people who depend upon Michael—not simply financially, but for his presence, guidance, and support.

AMERICAN CONSTRUCTION TESTING SERVICES

55 BRUCKNER BOULEVARD | BRONX, NY 10454 | 718.993.2940 OFFICE

I recognize that the Court must consider matters far beyond my personal experiences with Michael, and I do not intend to minimize the seriousness of the case before you. I can only speak truthfully about the man I have known for approximately fifteen years. The Michael Vasconcellos I know is hardworking, humble, generous, dependable, and deeply committed to his family.

I also want the Court to know that Michael has a place at ACTS and a professional future with our company. He is valued here, and should the Court permit him the opportunity to return to his family, his career, and his community, I intend to continue supporting him and providing him with meaningful employment. He will have structure, responsibility, and people around him who care about his success.

I respectfully ask the Court, to the extent permitted under the law and the circumstances of this case, to exercise as much leniency as possible in sentencing Michael. I know that any period of incarceration will have consequences not only for Michael, but for his wife, his children, his extended family, and those who depend upon him.

Thank you for taking the time to consider my perspective and for allowing me the opportunity to speak about Michael's character.

Respectfully,

**Joshua Weissman**
Founder & CEO
American Construction Testing Services LLC
jweissman@americancts.com

917.509.1696

March 30, 2026

To Whom It May Concern,

I am disappointed to hear these accusations about my colleague and friend, Michael Vasconcellos. I am a seasoned inspector specializing in non-destructive testing and structural special inspections and have the privilege to been employed and performed these inspections at numerous inspection agencies in NYC – including Certified Testing Labs and Vibranalysis - and worked with Vasconcellos at both entities.

I have performed radiography inspections on steam and gas pipe welds with Michael on Con Edison projects as the Level 1 Radiography Inspector, which is assistant to higher Level Radiographers, in this case, it was Mike – estimated time frame being between 2015-2022. I have witnessed his meticulous work ethic and adherence to the requirements and regulations of local agencies and law. I have seen him work hours on end, spending time working for these organizations, taking time away from his wife and children. I have first handedly seen him maintain integrity in time of pressure and always lead with honesty and safety. His equipment was always calibrated, clean and organized. His high safety standards for me, himself, the contractor, site crew and public were always top priority and maintained. Not only did he implement these standards and practices, but he taught me to me – which I still adhere to today as an inspector.

Over the years Mike and I's relationship turned to a friendship, our families have enjoyed celebrations and gatherings together, He comes from an honest, hard working set of parents who instilled strong ethics and integrity in him as a man. He is a supportive and loving partner to his wife, Debbie and a loving and caring father to his children, Jasi, M.V. Jr. and M.V.

Please feel free to contact me regarding my statements - 929-531-0393

Jon Rocco Maldonado

AFFIDAVIT OF JON ROCCO MALDONADO

STATE OF NEW YORK

) ss.:

COUNTY OF BRONX

I, JON ROCCO MALDONADO, being duly sworn, depose and state as follows:

1. I am an adult individual residing at 3151 RANDALL AVENUE, BRONX NY 10465.

2. I submit this Affidavit based upon my own personal knowledge and, if called as a witness, I could and would testify competently to the facts stated herein.

3. I am providing this Affidavit in connection with the matter of MICHAEL VASCONCELLOS, NAME OF COURT AND DOCKET NUMBER UNKNOWN

4. I am willing to appear and testify under oath regarding the matters set forth below.

5. The facts known to me are as follows:

5.1. I WAS ASSISTANT RADIOGRAPHER TO MICHAEL VASCONCELLOS AND PERFORMED NDT RADIOGRAPHIC INSPECTIONS WITH HIM ON WELDS FOR GAS AND STEAM PIPES IN NYC AND SURROUNDING AREAS, WHILE EMPLOYEED BY CERTIFIED TESTING LABS & VIBRANALYSIS. I HAVE WITNESSED VASCONCELLOS FOLLOW ALL STANDARDS AND REGULATIONS WHILE PERFORMING THESE INSPECTIONS.

5.2. I HAVE WITNESSED MICHAEL VASCONCELLOS CALL OUT DEFICIENCIES IN WELDS/FAIL INSPECTIONS ON WELDS AND REQUIRE CONTRACTORS TO FIX AND REWELD THESE DEFICIENCES UNTIL STANDARDS WERE MET AT BOTH CTL AND VTI

5.3. I HAVE NEVER SEEN MICHAEL VASCONCELLOS FALSIFY ANY DOCUMENTS OR TEST RESULTS IE FILM, REPORTS

5.4. I HAVE NEVER SEEN MICHAEL ACCEPT PERSONAL COMPENSATION FINANCIAL OR PROFESSIONAL FROM ANY ENTITY. HIS ONLY COMPENSATION WAS HIS PAY FROM HIS EMPLOYER FOR WORK PERFORMED

6. I am making this Affidavit voluntarily, truthfully, and under oath for possible use by counsel in the above-referenced case.

I affirm under oath that the foregoing statements are true and correct to the best of my knowledge, information, and beliefs.

[signature]

JON ROCCO MALDONADO

Sworn to before me this

30 day of March, 2026

[signature]

Notary Public

My Commission Expires: ________

Victoria DeMaio
Notary Public - State of New York
No. 01DE6233455
Qualified in Bronx County
My Commission Expires 12/27/2026

M.V.
43 Rodcris drive
Mahopac NY 10541

To the Honorable Judge,
Us District Court
300 Quarropas St
White Plains NY 10601

I am writing this letter in support of my dad, Michael Vasconcellos. My name is M.V., and I am his youngest daughter. To me, my dad is more than just a parent—he is my protector, my role model, and the person who has shaped me into who I am today. He is loving, selfless, and someone I have always been able to count on, no matter what.

My father has dedicated his life to our family. Through every challenge, he has remained strong for us. He has given us stability, love, and guidance, and because of him, I have grown up feeling safe and supported. Everything he does is for us, and I truly believe we would not be the people we are today without him.

I have watched my dad work tirelessly to provide for our family, staying up late into the night just to make sure we have everything we need. No matter how exhausted he was, he never let it take away from being present in our lives. He never missed a moment that mattered. He was at every one of my brother's baseball games and practices, and he always made time for me and my sister's cheerleading competitions and football games. No matter if we won or lost, he was always there, cheering us on with pride.

What means the most to me is how he has always believed in us, even when we didn't believe in ourselves. He constantly reminded us that we could do anything we set our minds to. He gave us confidence, strength, and the courage to keep going. Those are lessons I will carry with me forever.

My dad is not only an incredible father, but also someone who cares deeply for everyone around him. I have seen him take care of his family—his mother, his uncle, and his mother-in-law—with so much love and patience. Even when he was tired, he always showed up for them. That is just the kind of person he is.

I look up to my dad in every way. He is the person I hope to become. I have seen him struggle, but I have never seen him give up. He continues to push forward for our family, and that strength inspires

me every day.

My dad has always been there for me—not just to support me, but to guide me. He encourages me to do better, especially in school, and always reminds me of my potential. No matter what I am going through, I know I can count on him for comfort, advice, and unconditional love.

His presence in my life and in my siblings' lives is something that cannot be replaced. I am about to start high school this September, my sister is getting married this July, and my brother will graduate in 2027. These are moments that mean everything to us, and we need our dad there beside us.

I understand the seriousness of the situation, and I say this with the utmost respect. But I ask that you please look at who my father truly is—a devoted husband, a loving father, and a man who has given everything to his family. His absence would leave a hole in our lives that could never be filled.

My dad is not just part of my life—he is the center of it. The thought of losing his presence in my everyday life is something that breaks my heart. I respectfully ask that you consider how deeply he is needed, not just as a father, but as the foundation of our family.

Respectfully,
M.V.

Jasianna Vasconcellos
7692 Fairbanks Court
Hanover, Maryland 21076
347-798-4535
Jasiannav13@gmail.com

13, March 2026

To the Honorable Judge,

I am writing this letter in support of my father, Michael Vasconcellos. My name is Jasianna Vasconcellos, and I am his daughter. I have had the privilege of witnessing firsthand the kind of person and parent he is for the past 24 years.

My father has always been a deeply caring, selfless, and dedicated individual. He raised not only me and my two younger siblings, but also stepped in to raise my two older siblings who are not biologically his. He has never treated any of us differently and has always provided love, stability, and guidance to each of us. His commitment to family is something I have seen consistently throughout my life.

He has always worked incredibly hard to support our family. I have personally seen him spend long hours completing work responsibilities and work reports, doing whatever it takes to provide for us. Despite these demands, he has always made time to be present in our lives. He attended countless events, never missing one, including every baseball practice and game my younger brother M.V. Jr. has had and my sister and I's cheer performances showing up no matter how tired or busy he was with a smile always ready to support us.

Beyond our immediate family, my father has always gone out of his way to help others. He is the type of person who offers support without being asked and consistently puts others before himself. His actions have shown me what it means to be compassionate, dependable, and responsible.

On a personal level, my father has had a profound impact on who I am today. During a difficult period in my life in my early college years, I struggled and made poor choices. Throughout that time, he remained a constant source of support, never giving up on me and always guiding me back in the right direction. His patience and belief in me helped me grow into the person I am today.

His presence in our lives remains incredibly important every day. I am getting married this coming July, and his support during this milestone means everything to me. Additionally, my younger brother M.V. Jr. will be graduating high school in June 2027, and my baby sister M.V. is about to begin high school this September. These are critical moments where his guidance and presence as a father are deeply needed.

While I understand the seriousness of the situation before the Court, I respectfully ask that you consider the full picture of who my father is. His dedication to his family, his consistent work ethic, and the positive influence he has had on those around him. He has always strived to do right by his family and community, and I truly believe he will continue to be a positive and meaningful presence in the lives of those around him, he means the world to my family and me. His role within our family is significant, and his absence would have a meaningful and lasting impact on all of us.

Thank you for taking the time to read my letter and consider my perspective. If you need any additional information, I am more than willing to provide it.

Anthony Martinez

7 Columbus Drive

Carmel, NY 10512

Martinez10710@gmail.com

(914) 329-7304

Character Reference for Michael Vasconcellos

To the Honorable Judge,

My name is Anthony Martinez. I am a retired public safety officer and a retired correction officer. I am also a husband and the father of three children. I am writing this letter to offer my character reference for Michael Vasconcellos.

I first met Michael in 2017 when our sons played travel baseball together. At that time, my family and I had just moved to the community. Michael immediately welcomed us and helped us become familiar with the area by recommending local restaurants, family activities, and places for our children to enjoy. His kindness and willingness to help made a lasting impression on me and my family. Over time, our friendship grew, and although I am older than Michael, I have come to regard him much like a younger brother.

Throughout the years I have known Michael, he has consistently demonstrated that he is a loyal, dependable, and hardworking individual. He is a devoted husband and a loving father who places great importance on his family. I have personally witnessed the care and dedication he has shown not only to his wife and children, but also to his aging mother and his mother-in-law. His willingness to support and care for his family members speaks highly of his character.

My family and I have spent considerable time with Michael and his family, including vacations together, and I have seen firsthand the positive and attentive way he interacts with his children. He is a present and supportive father who takes great pride in his role as a parent. Michael is also a man of integrity and honesty, qualities that I respect deeply.

In addition to my personal experiences with Michael, he has earned a positive reputation among those who know him in our community. He is widely regarded as a

respectful, responsible, and family-oriented individual who is always willing to help others.

Based on my many years of experience in public safety and corrections, I have had the opportunity to observe and evaluate people from many walks of life, and in my opinion, Michael is a man of strong character who strives to do the right thing.

I respectfully ask the Court to take Michael's character, dedication to his family, and the many positive qualities he demonstrates in his daily life into consideration. I believe he is a good man who cares deeply for his family and community.

Thank you for your time and consideration. Should the Court require any additional information, I would be more than willing to be contacted using the information provided above.

Respectfully,

Anthony Martinez

Derek Auman

210 West Saylor Street

Atlas, PA 17851

(718)-715-5058

To whom it may concern:

I have had the pleasure of knowing Michael Vasconcellos personally since 2016. During that time he and I worked together at two separate inspection companies on a wide variety of projects. My role at these companies was as a Level 2 NDT (Non-destructive testing) technician. Throughout that time he was the NDT manager, and was the person I reported to whenever new work came up, or when an unexpected situation arose or guidance was needed on how to proceed.

I found his technical knowledge to be quite deep, his professionalism of a very high standard, and his personal manners to be exceptional. He was a person you could always call if an issue came up, and both his continuous availability and consistently sound judgement proved very valuable to me personally, as well as to our clients and the companies we worked for. I also noticed that he treated everyone at our company with this same amity and professionalism.

In any case, whatever the court may decide, I humbly ask that you provide Michael with the means to make any necessary restitution while remaining in the company of his family. He has three children whom I know from many personal anecdotes are his pride and joy, and whom he has always supported to the utmost of his ability. He is not a danger to the community, and incarceration would serve little purpose other than disrupting the lives of many good people. It is my hope that the court will see clear to provide a resolution that balances the need for justice with the greatest possible degree of clemency for my friend and coworker, Michael Vasconcellos.

Signed,

Derek Auman 3/8/2026

March 16, 2026

Juan Gonzalez Jr.
300 E. 138 Street #4B
Bronx, NY 10454
551-574-6718
Email: icemanjr1514@gmail.com

The Honorable Judge
U.S. District Court
300 Quarropas St.
White Plains, NY 10601

Re: Character reference for Michael Vasconcellos

Dear Honorable Judge,

I am providing this reference letter for Michael Vasconcellos. I have known Michael since 2012, when he was hired to work for the company we worked for at that time. Mike was a Lab Manager, and I was a concrete inspector. Michael and I worked together at assigned work sites and at the lab. Michael always showed up to work and always went above and beyond to get his job done. In my experience working with Michael, I can honestly say that he is a reliable, responsible and honest person.

On a personal level of friendship, Michael is a loving son, husband, father, and friend. Mike took care of his father during the hardest time of his life. He lost his father to Alzheimer's a few years ago, and he would call me to vent, and I would listen to how much he missed his father. Now he takes care of his mother, while also being a husband and father to his 2 daughters, and a son. Mike dedicates his free time to his family and community. He tries to help anyone that is in need.

I believe that Michael is a person of strong principles and integrity, and I have no doubt that he will continue to do so moving forward. Knowing Mike for many years I support him for his character as a man, son, father, and friend. I hope that the court reads and takes this Character of reference into consideration.

Thank you for your time.

Respectfully,

Juan Gonzalez Jr.

**08/04/2026**

**ATTN: The Honorable Judge Cathy Seibel**

United States District Court

300 Quarropas Street

White Plains, NY 10601

**RE: Michael Vasconcellos**

To Whom It May Concern:

I am writing on behalf of Michael Vasconcellos, who I have had the privilege of knowing personally for more than a decade. I understand the seriousness of writing a letter such as this, and I do not do so lightly.

There are court filings, allegations, arguments, and facts that will be considered by people far more qualified than I am to speak to the legal issues in this case. I am not writing to tell the Court how to interpret those matters. I am writing because behind all of those documents is a human being, and I hope Michael is also given the opportunity to be seen through the life he has actually lived and the person he has consistently shown himself to be. Anyone would be fortunate to know a man like Mike!

Michael became a father at a young age, at a time when neither he nor his daughter's mother was truly prepared for parenthood. Yet Michael did not run from that responsibility. He embraced it and stepped up and became the father that little girl needed by taking full custody of her.

Later, after meeting his wife, they built a family together and had two more beautiful children. While his wife stayed home to raise their three children, Mike also accepted the enormous responsibility of being the family's primary provider. His sense of responsibility did not stop with his children.

Michael opened his home to his own parents and to his mother-in-law. Multiple generations of one family are relying on him, not just financially, but for stability, security, and the reassurance that someone would continue showing up when things became difficult.

It may be easy to summarize that by saying that Michael "supports his family." But I ask anyone reading this to really consider what that means. Imagine carrying the knowledge every morning that your children, your spouse, your parents, and your in-laws are depending on you. Imagine knowing that if you

fail to show up, the consequences reach far beyond yourself... Michael has carried that responsibility for decades.

I have watched him take professional risks, change careers with my husband and face uncertainty, and continue moving forward because people depended upon him. He has demonstrated his character not through promises, but through the consistency of his actions.

Perhaps the most personal testament I can give to Michael's character is that he is the godfather to my youngest daughter.

As a mother, there are very few decisions I take more seriously than deciding whom I trust to be a meaningful presence in my children's lives. I would never have entrusted Michael with that role if I questioned his integrity, his character, his judgment, or the kind of example he would set for my daughter.

Words can be used to paint almost any picture of a person. But a decade of actions is much harder to dismiss. It shows character, reliability and integrity.

The Michael I know is a father who stepped up when it would have been easier to step away. A husband who assumed the responsibility of providing for his family. A best friend who has shown up for my husband repeatedly and my own mother in law consistently. He is a son and son-in-law who opened his home to aging parents rather than leaving their care to someone else. He is a godfather whom my husband and I trust with my own child. And he is a man who has spent years trying to demonstrate to his own children, that hard work, responsibility, and showing up for the people who depend on you matters most ! That is why the possibility of Michael being incarcerated is so devastating to contemplate....

The punishment would not fall upon Michael alone. His children would lose the daily presence of their father. His wife would lose her partner and the person upon whom their household has depended on. His parents and mother-in-law would loose a significant source of their stability and support. His children would experience consequences from circumstances they had no role in creating. And my husband who loose his right hand since day one.

I cannot speak to every transaction, conversation, or decision involved in this case because I was not there, and I would never pretend otherwise. What I can speak upon is a man I have known for more than ten years.

I know his character. I know how he treats his family. I know the responsibilities he has voluntarily carried. I know the people who depend on him.

It is deeply painful to watch Michael and his family carry the weight of this situation. My sincere hope is that this letter does not simply become another page in a file. I hope that whoever reads it will pause long enough to see the person behind the case, the father, husband, best friend, son, son-in-law, godfather, provider, and friend that those of us who actually know.

I respectfully ask that, when decisions are made regarding Michael and his future, the totality of the man standing before you be considered, as well as the profound effect incarceration would have upon the innocent family members who depend upon him.

I stand behind Michael's character without hesitation, and I sincerely hope he is given the opportunity to continue being the father, husband, provider, and man his family needs him to be.

Thank you for taking the time to read my words and, more importantly, for considering the human being and the family behind this case.

Respectfully,

**Monica DeMaio**

To The Honorable Judge,

I am writing on behalf of my cousin, Michael Vasconcellos, a man I have known my entire life and someone I hold in the highest regard.

When I think about who Michael is at his core, I don't think about this moment— I think about the way he has lived his life every day up until it. I think about a man who gets up early, works hard, and carries the weight of responsibility without complaint. I think about a father who has built his life around providing for and protecting his three children, making sure they have not only what they need, but what they deserve.

Michael is the kind of man who shows up. Not just when it's easy, but when it's hard. He is steady, dependable, and present in his children's lives in a way that truly matters. He teaches them through his actions—how to work hard, how to treat people with respect, and how to stand by your family no matter what. His role as a father is not just something he takes pride in—it is who he is.

In our family, he has always been someone others can rely on. He is protective, loyal, and generous with his time and support. When someone needs help, he does not hesitate. He steps in quietly, without looking for recognition, simply because it is the right thing to do. That is the man I know.

I understand the seriousness of the charges he is facing, and I do not take that lightly. But I also know that a person is more than the worst moment of their life. Michael has spent years building a life defined by hard work, responsibility, and dedication to his family. Those qualities are real, and they have shaped the lives of the people around him—especially his children, who look up to him and depend on him every day.

He is not a man who runs from responsibility. He is someone who faces it, carries it, and learns from it. I believe in his character, and I believe in his ability to move forward with integrity.

Most importantly, I believe in the role he plays as a father and husband and son. His children, wife and mother need him. They rely on his guidance, his presence, and his strength. Removing him from their lives would not just impact him—it would deeply affect three young lives who depend on him as their foundation.

Thank you for taking the time to consider this letter and the full character of the man I know. I hope it provides a clear and honest picture of who Michael truly is.

Sincerely,
James Weinheimer

# Reference for Michael Vasconcellos

**FROM:**

Diana Delgado
Diana.delgado.996@gmail.com
Phone: 718-200-0390

**03/13/2026**

To whom this may concern:

I am writing to you today to introduce myself. My name is Diana Delgado, and I have worked with Michael Vasconcellos on multiple occasions.

I first met Mr. Vasconcellos in 2015 at Certified Testing Laboratory, where he was a colleague. We worked together there for approximately three years. I have consistently found Mr. Vasconcellos to be highly responsible and meticulous in his reports, and his work never generated client complaints. Mr. Vasconcellos is exceptionally dependable; he was always willing to answer questions, even outside of normal business hours.

Furthermore, I worked with Mr. Vasconcellos again at Vibranalysis starting in 2023 until his last day with the company, and I can assure you that his professional qualities remained constant. He significantly assisted me in learning and understanding Special Inspection procedures and general jobsite inquiries at Vibranalysis. He is an excellent teacher, demonstrating both patience and comprehensive knowledge from which one can learn a great deal.

Sincerely,

Diana Delgado

Rusty Bajaña
Stamford, CT

April 12, 2026

The Honorable Judge
US District Court
300 Quarropas St
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos Dear Honorable Judge,

My name is Rusty Bajaña. I am 52 years old, a small business owner, and a lifelong resident of this region. I am writing this letter to provide a character reference for my younger cousin, Michael Vasconcellos, whom I have known and cared for throughout his entire life—a span of 43 years.

Growing up together, I watched Michael's parents and our extended family instill in him the core values that define our heritage: a relentless work ethic and the belief that family is the foundation of everything. I have seen Michael carry these traits forward into his own life. Even starting a family at a young age, he embraced his responsibilities with maturity, working tirelessly to support his household just as our elders did when they first arrived in this country.

Throughout the last four decades, Michael and I have shared a bond built on open communication and mutual respect. I have always tried to be a steady presence for him and his wife, Debbie, offering the kind of support and perspective that comes with being the "big cousin." In every interaction, I see a man who is compassionate, giving, and deeply devoted to the peace and security of his home.

Michael is a central pillar of our family, particularly as he provides daily care for his elderly mother and uncle. His presence is also vital to his children as they reach significant life stages. His daughter is graduating from the eighth grade this year and preparing for high school, while his 16-year-old son is just two years away from his own high school graduation. Furthermore, his eldest daughter is celebrating her wedding this summer—a milestone that means the world to our family.

Our family holds a deep respect for the United States and the values this country stands for, which is reflected in our history and the fact that Michael's future son-in-law currently serves in the military.

The thought of Michael being absent for his children's graduations, his daughter's wedding, or the care of his aging relatives is a tragedy that our family finds difficult to bear. To lose his

presence during such a pivotal year for his children would be a devastating blow to the family unit he works so hard to maintain.

I truly appreciate the Court's willingness to read my letter and consider the essential role Michael plays in our lives. I hope my perspective provides a clear picture of the dedicated family man I know him to be.

Respectfully,
Rusty Bajaña

**The Honorable Judge Cathy Seibel**

**United States District Court**

**300 Quarropas Street**

**White Plains, NY 10601**

**August 11, 2026**

**Re: Michael Vasconcellos Sentencing Hearing**

My name is **Timothy Demaio.** I am submitting this letter as both a character reference for **Michael Vasconcellos** and a statement regarding matters within my personal knowledge that relate to the allegations presently before the Court.

I understand the seriousness of these proceedings and am providing the information contained in this letter based upon my own personal observations, professional experience, and direct interactions with Mr. Vasconcellos over many years.

**Professional Background**

I have worked in the construction inspection, testing, and non-destructive testing industry for more than twenty years.

From 2004 through 2017, I was employed by Certified Testing Laboratories, where I ultimately served in a senior management capacity overseeing daily operations. From February 2017 through March 2025, I served as Vice President of Vibranalysis, where my responsibilities included oversight of inspection and testing laboratory operations, project management, personnel supervision, and quality assurance functions.

Throughout my career, I have been involved in projects requiring compliance with New York City Building Code requirements, infrastructure inspection programs, special inspections, non-destructive testing, and quality control services for both public and private clients.

I have known Michael for more than twenty years as his supervisor, colleague, friend, mentor, and family friend, and the opinions expressed in this letter are based on thousands of hours of personal and professional interaction.

"I want to make clear that I am not writing to dispute Michael's guilty plea or to suggest that he should not be held accountable for his own conduct. My purpose is simply to provide the Court with truthful information based upon my personal knowledge and observations so that Michael's individual role, character, and circumstances may be considered as accurately and completely as possible."

**Michael Vasconcellos' Career Progression and Professional Development**

I believe it is important for the Court to understand the professional path that Michael Vasconcellos followed throughout his career, as it provides important context regarding both his character and his role during the period relevant to these allegations.

I first hired Michael in approximately 2011 at Certified Testing Laboratories as an entry-level Concrete Laboratory Testing Assistant. At that time, his responsibilities were primarily limited to processing concrete samples, maintaining laboratory operations, and performing the routine tasks typically assigned to an employee entering the industry. He began at the lowest level of the profession and did not possess any special status, authority, or advanced certifications.

From the outset of his employment, Michael distinguished himself through an exceptional work ethic, reliability, and a genuine desire to learn the industry. He consistently reported to work on time, accepted additional responsibilities when offered, and actively sought opportunities to develop new skills and advance professionally. As a result of these qualities, he quickly progressed into positions of greater responsibility.

One opportunity that particularly interested Michael was industrial radiography. At that time, the company's radiographic operations were being managed by an experienced Level II Radiographer. Michael expressed a strong interest in entering that field and repeatedly sought opportunities to learn the trade. Initially, those efforts were met with resistance, and the employee responsible for the department showed little interest in training a successor. Nevertheless, Michael remained persistent. Through his continued dedication, professionalism, and work ethic, he eventually earned the opportunity to become a radiography assistant and begin learning the discipline firsthand.

Once given that opportunity, Michael fully committed himself to mastering the profession. He attended radiation safety courses, completed formal training requirements, accumulated the necessary field experience, and successfully obtained his Level I Radiography certification. He continued advancing his qualifications through additional education, testing, and practical experience until he achieved his Level II Radiography certification and was ultimately entrusted with increasing responsibilities within the department.

Following the retirement of his predecessor, Michael assumed the role of lead radiographer and Radiation Safety Officer. In that capacity, he was responsible for managing radiation safety requirements, maintaining regulatory compliance, and performing radiographic examinations on utility infrastructure projects. During this period, he earned a strong reputation among clients and project personnel for his technical competence and reliability. According to my observations, his work was routinely well received and contributed to increased demand for the services being provided.

Over the next several years, Michael performed thousands of X-rays for welds on Con Edison projects. Michael dedicated himself to expanding his technical knowledge and qualifications. He obtained additional Level II Non-Destructive Testing certifications and accumulated substantial experience in the radiography field. Between the years 2018-2020, he effectively reached the highest practical level of advancement available within the radiographic department absent pursuing an entirely different professional track.

Recognizing limited opportunities for further advancement in radiography, Michael began pursuing certifications that would allow him to transition into higher-level inspection and quality assurance roles. He invested significant effort into obtaining credentials through organizations such as the American Concrete Institute (ACI), the International Code Council (ICC), and the American Welding Society (AWS). These certifications represented a more advanced career path, carried greater professional recognition throughout the construction industry, and offered substantially greater long-term opportunities.

Following that transition, Michael's role in radiography became largely limited to regulatory and radiation safety functions associated with his Radiation Safety Officer responsibilities. These responsibilities were limited to performing leak tests on equipment containing radioactive sources. While still being responsible for the Handling and removal of the old type 2 Iridium source contained in the X Ray Cameras, in which he would package as per regulations. Schedule the approved carrier to retrieve the package from the shop and ship to the approved vendor. Wait for the new iridium source to arrive. Then install it into the X ray camera. Perform diagnostics to ensure leakage was not occurring. Fill out all supporting documentation and put the equipment back into service. These duties were extremely dangerous, and the required supporting paperwork is very extensive. Which were reviewed by the New York State Health Department regularly.

**Michael Vasconcellos and His Role as a Father**

While I have discussed Michael's professional career and accomplishments, I believe it is equally important for the Court to understand the person I have known outside of work for more than twenty years.

Over the course of our friendship, I have come to know Michael not only as a coworker and industry professional, but as a devoted husband, dedicated father, and family-oriented man whose life revolves around providing for and supporting the people he loves.

Throughout the many years I have known him, one consistent trait has always stood out: Michael has always put his family first. Every career move he made, every overtime shift he accepted, every certification he pursued, and every sacrifice he made professionally was done with the goal of creating opportunities and stability for his wife and children.

Michael is the father of three children, and I have personally witnessed the extraordinary amount of time, effort, and energy he has invested in raising them. His identity has never been defined solely by his career. More than anything, he has always taken pride in being a father.

His oldest son, M.V. Jr., is approaching high school graduation and has developed into a talented student-athlete with tremendous potential both academically and athletically. What I find particularly remarkable is that Michael's involvement in his son's life was never limited to simply attending games or offering occasional support. He has been actively involved throughout every stage of M.V. Jr.'s baseball career, beginning with youth baseball and continuing through travel teams, showcases, tournaments, and competitive

programs.

I personally watched Michael dedicate countless hours to helping his son pursue his goals. No matter the circumstances, he always found a way to ensure that M.V. Jr.'s travel baseball expenses, tournament fees, private instruction, specialized coaching, and training programs were covered so that his son would have every opportunity to succeed. Michael invested a significant portion of his hard-earned income into his son's development and routinely traveled long distances to games, showcases, and tournaments, often spending entire weekends on the road simply to be there. More importantly, he was never just a parent writing checks from the sidelines. He was a mentor, coach, teacher, and constant source of encouragement who remained personally invested in every stage of his son's growth, celebrating the successes, helping him through disappointments, and guiding him both as a young athlete and as a young man.

As someone who has watched this relationship develop over many years, I can say without hesitation that M.V. Jr.'s growth, confidence, discipline, and athletic achievements have been heavily influenced by his father's involvement. The bond they share is exceptionally close, and Michael has been one of the primary guiding influences in his son's life.

For that reason, I believe the impact of Michael's absence would extend far beyond the consequences imposed upon him personally. It would have a profound effect on his family, particularly on a young man who is approaching one of the most important transitional periods of his life. M.V. Jr. stands at a point where decisions regarding graduation, higher education, athletics, and his future are becoming increasingly important, and his father has been one of the central sources of guidance and support throughout that journey.

The devotion Michael has shown to his children over the course of their lives provides, in my opinion, one of the clearest reflections of his character and the values by which he has always lived.

**Michael's Relationship with His Daughter, M.V.**

Michael's devotion as a father extends equally to his daughter, M.V. Over the years, I have had the opportunity to observe their relationship closely, and it is clear to me that he is one of the most important figures in her life.

Like many young daughters, M.V. views her father as her hero. Whether it is a school event, cheerleading competition, soccer game, dance recital, or any of the many activities she participates in throughout the year, Michael makes it a priority to be there. I have personally seen him spend countless hours in bleachers, auditoriums, gymnasiums, and athletic fields simply to support and encourage her.

What stands out most is that Michael's involvement goes far beyond attendance. He takes a genuine interest in M.V.'s accomplishments, celebrates her successes, helps her work through challenges, and consistently provides the guidance, stability, and

encouragement that every child needs. His presence in her life is not occasional; it is constant.

As M.V. enters her teenage years, she is developing into a kind, respectful, and well-rounded young woman with tremendous potential. Much of that reflects the values, support, and example Michael has provided as her father. During a stage of life when young people face increasing social, academic, and personal pressures, Michael continues to be a source of reassurance, protection, and direction.

I have no doubt that his absence would have a significant impact on M.V. Beyond the emotional hardship, she would lose the daily guidance, encouragement, and sense of security that her father has always provided. Their bond is exceptionally close, and I believe his continued presence in her life remains important to her confidence, development, and overall well-being as she transitions into adulthood.

**Michael's Relationship with His Daughter, Jassiana**

I had the privilege of attending her wedding in Maryland at the end of July with my family. Watching Michael on that day provided another example of how important family is to him. It was evident how much pride he felt seeing his daughter begin her future with her husband. Like many newly married couples, they hope to establish a home, build a future together, and eventually raise children of their own. Michael looks forward to being part of those milestones as a father and, one day, as a grandfather. I believe his presence, guidance, and support will continue to be important as Jassiana navigates adulthood, marriage, and future parenthood.

As someone who has known Michael for many years, I believe his daughter still relies upon his advice, guidance, and support. While she is now an independent adult beginning her own family, the bond between them remains strong. I have no doubt that she wants her father present as she navigates the challenges and joys that accompany marriage, parenthood, and the responsibilities of adult life.

**Michael's Marriage to Debbie and His Commitment to His Family**

Perhaps the greatest testament to Michael's character is the life he has built with his wife, Debbie, and their children.

I have known Michael and Debbie for more than twenty years and have had the unique opportunity to witness their relationship from the very beginning. I was present during the early stages of their courtship, watched their relationship grow, saw them marry, build a home together, and raise a family. Having observed their relationship over the course of more than two decades, I can say without hesitation that Michael's devotion to his wife and family has been one of the defining characteristics of his life.

Throughout their marriage, Michael embraced the role of provider and worked tirelessly to ensure his family was cared for. He routinely accepted overtime assignments, worked long hours, obtained additional certifications, and advanced his career not for personal

recognition, but for the benefit of his wife and children. The sacrifices he made professionally allowed Debbie to remain home and devote herself fully to raising their family.

Because of Michael's hard work and commitment, Debbie was able to be present for every stage of their children's lives. She was able to drive them to school each morning, prepare their lunches, attend school functions, support their activities, and provide the daily care and stability that every child deserves. She was able to create a home where family dinners were shared together, where the children always had a parent available when needed, and where family remained the central focus of everyday life.

It is important to understand that this lifestyle did not occur by chance. Michael willingly accepted the responsibility of working additional hours, weekends, nights, and overtime assignments so Debbie could remain at home and focus on raising their children. The family benefited tremendously from that arrangement. Their children grew up with a parent available each day to transport them to school, prepare meals, attend school functions, supervise activities, and provide the stability that every child deserves. Michael never complained about the burden of being the primary financial provider because he viewed supporting his family as his most important responsibility.

In many ways, Michael and Debbie built their family as a true partnership. Michael carried the burden of providing financially, often through demanding hours and significant personal sacrifice, while Debbie devoted herself to raising their children and creating a loving home environment. Together they created the foundation that allowed their children to grow into the remarkable young adults they are becoming today.

Over the years, I have witnessed a marriage built upon mutual respect, loyalty, trust, and genuine love for one another. Michael has always spoken about Debbie with admiration and appreciation. He has never viewed his role as merely earning a paycheck. Rather, he has consistently viewed himself as responsible for protecting, supporting, and providing for the people he loves most.

What has been particularly difficult to witness is the tremendous emotional toll that these proceedings have taken on Debbie. While Michael has undoubtedly suffered professionally and personally, I believe Debbie has carried an enormous burden of her own throughout this ordeal.

Over the past several years, I have seen firsthand the fear, anxiety, uncertainty, and emotional exhaustion that she has endured. I have watched her struggle through countless sleepless nights, overwhelming stress, recurring worry, and the constant fear of losing the man who has been her husband, partner, and best friend for more than two decades.

The emotional impact on Debbie cannot be measured solely by legal consequences or financial hardship. For years she has lived with uncertainty about the future of her family and the possibility of losing the person she relies upon most. Anyone who knows Debbie can see how deeply she loves her husband and how profoundly this situation has affected

her.

**Michael's Support of His Mother, Extended Family, and Caregiving Responsibilities**

Another aspect of Michael's life that I believe is important for the Court to understand is the level of responsibility he has carried for members of his extended family for many years.

I have personally witnessed Michael provide ongoing financial, emotional, and practical support to his mother, Elissa Vasconcellos, his uncle, Juan Carlos, and his mother-in-law, affectionately known within the family as "Big Deb." These are not occasional acts of kindness. Rather, they represent a longstanding commitment that has become a regular and significant part of his daily life.

Michael's home has long served as more than a residence for his immediate family. It has also been a place of stability and security for extended family members who depend on him. In many respects, Michael serves as the financial foundation for those who rely upon him, ensuring that their needs are met and that they have the support and resources necessary to live comfortably and with dignity.

I have personally observed Michael takes responsibility for many of the tasks that others might overlook. He transports family members to doctor's appointments, assists them with navigating healthcare issues, communicates with physicians when necessary, and helps coordinate medical care. Because both his mother and uncle have limited English proficiency, Michael frequently serves as their advocate and interpreter, ensuring they understand medical instructions, appointments, and important decisions affecting their health and well-being.

His support extends far beyond medical matters. Michael regularly drives them to church, assists with errands, carries groceries, handles household needs, takes out garbage, and performs countless other tasks that have become part of his routine for many years. During the winter months, I have watched him shovel walkways and clear entrances so that family members can safely enter and leave home. These are simple acts, but they reflect the consistent care and attention he gives to the people who depend on him.

What makes these efforts particularly meaningful is that Michael never treats them as burdens or obligations. He performs these acts willingly and without complaint because, in his view, family members take care of one another. That principle has guided his actions throughout the entire time I have known him.

His relationship with his mother, Elissa Vasconcellos, is especially moving. Following the passing of his father, Michael became one of the primary sources of support and stability in her life. For years, he has been her protector, advocate, caregiver, and source of strength. I have witnessed him provide a level of care, attention, and devotion that goes far beyond what many people would reasonably be expected to do.

His mother is one of the kindest and most genuine people I have ever met, and it is clear how proud she is of the man her son has become. It is equally clear how much she depends upon him. Their relationship is built on love, trust, and mutual respect, and Michael has continuously demonstrated his commitment to ensuring that she is cared for and supported in every way possible.

I have also witnessed the impact that these proceedings have had on his extended family. The stress, uncertainty, and emotional burden have not been limited to Michael alone. His mother, uncle, and mother-in-law have all experienced the hardship associated with these circumstances. They worry deeply about the future and about the possibility of losing someone who plays such an important role in their lives.

What stands out to me is that Michael never viewed caring for these family members as an inconvenience. Even while balancing a demanding career, supporting his wife, raising three children, and meeting countless other obligations, he always found time to take care of the people who depended on him. That level of commitment says a great deal about his character.

When evaluating Michael as a person, I believe it is important to recognize that he is not only a husband, father, and provider, but also a devoted son, grandson, brother, son-in-law, caregiver, advocate, and source of support for multiple generations of family members. Throughout the more than twenty years that I have known him, I have consistently observed him place the needs of others before his own and willingly shoulder responsibilities that many people would avoid.

In my opinion, the way Michael has cared for his mother, his uncle, his mother-in-law, and the many people who rely upon him provides some of the strongest evidence of his true character. His actions over the course of decades have demonstrated compassion, loyalty, selflessness, and a deep sense of responsibility toward the people he loves. Those qualities are not reflected by isolated allegations or accusations; they are reflected by a lifetime of consistent conduct and service to his family.

**My Families Relationship with Michael and my personal relationship with him**

One of the reasons I feel qualified to speak about Michael's character is because our friendship has extended far beyond the workplace. Over the course of more than twenty years, Michael has been one of the most loyal and dependable friends I have ever had.

No matter what challenge I faced in life, whether personal, family-related, or professional, Michael was always there. If I needed advice, support, or simply someone to listen, I knew I could call him, and he would answer. That reliability is something I have experienced consistently throughout the entire time I have known him.

Some of my fondest memories involve the countless hours Michael and I spent together both inside and outside of work. We often talked for hours about our families, careers, and our shared passion for New York Giants football. Those conversations reflected a friendship built on trust, mutual respect, and a genuine investment in one another's lives. Over time, that friendship grew into something much larger. Our families became deeply connected through backyard barbecues, pool parties, holiday gatherings, birthdays, and countless family celebrations. Our children grew up around one another, and we shared many of life's most important moments side by side. What began as a professional relationship developed into a lifelong friendship and a bond between our families that has lasted for more than two decades.

What also stands out to me is how much Michael and I pushed one another to become better men, husbands, fathers, and professionals. There were countless mornings when we would be on the phone before sunrise, sometimes as early as five o'clock in the morning, discussing the challenges that awaited us at work that day, sharing advice, troubleshooting problems, and encouraging one another to continue progressing in our careers and in life.

Many of those conversations had little to do with work itself. More often, they centered around our responsibilities as fathers, our goals as husbands, the futures we wanted for our families, and how we could continue improving ourselves. We continuously challenged and encouraged one another to be better providers, better role models, and better people.

Over the years, Michael has embraced that responsibility exactly as I knew he would. He has been a positive presence in Gianna's life and has always treated her as if she were one of his own children. His relationship with her demonstrates the same kindness, patience, and encouragement that he shows to his own family.

Likewise, Michael has developed an equally special relationship with my other daughter, Isabella. She has always gravitated toward him, and he has always taken a genuine interest in her life, her accomplishments, and her well-being. Anyone who has spent time around our families can immediately recognize the affection and mutual respect they share.

The level of trust my family has placed in Michael is perhaps best reflected by my decision to ask him to become the Godfather of my daughter, Gianna. As a father, there are few more meaningful decisions than determining who you trust to help guide and influence your children's lives. Michael has consistently lived up to that responsibility. Both Gianna and Isabella know him not merely as my friend, but as a trusted, dependable, and caring figure in their lives. That type of trust is earned through decades of consistent actions, integrity, and reliability.

**Final Words and Respectful Request for Consideration**

Your Honor,

I understand that this Court has the responsibility of evaluating the facts, applying the law, and determining an appropriate sentence based upon the evidence before it. I write this letter not to challenge that process, but to provide the Court with insight into the individual I have known personally and professionally for more than twenty years.

Throughout this statement, I have attempted to share the facts and observations that I personally know to be true. I have witnessed Michael build a career through hard work, determination, education, and perseverance. I watched him start at the lowest level of our industry and work his way into highly respected positions through years of dedication and sacrifice. I watched him become a devoted husband, a loving father, a trusted son, a caregiver to family members who rely upon him, and one of the most loyal friends I have ever known.

The Court has heard allegations and reviewed evidence pertaining to a specific period in Michael's life. I can only speak to the totality of the man I have known for more than two decades. That man is not defined solely by a single chapter of his life. He is defined by the thousands of decisions he made before these proceedings ever began, decisions that consistently placed his family, friends, employees, and loved ones ahead of himself.

While I fully recognize that individuals must be held accountable for their actions and decisions, I respectfully ask the Court to consider the difference between a man whose entire life was devoted to wrongdoing and a man who spent decades building a respectable life, supporting his family, helping others, and contributing positively to those around him.

The Michael Vasconcellos I know is not a danger to society. He is a husband whose wife depends upon him, a father whose children look to him for guidance, a son who cares for his elderly mother, a family member who supports multiple generations under one roof, and a friend whose loyalty has never wavered. The people described throughout this letter are not abstract considerations. They are real people whose lives have already been profoundly affected by these proceedings.

If faith, fairness, and the principles of justice mean anything, I hope Michael is ultimately judged by the whole of his life rather than the worst moments associated with it. I respectfully ask that the Court consider the extraordinary impact his absence would have on his wife, children, mother, extended family, and the many people who depend upon him each day.

I declare under penalty of perjury that the statements contained in this letter are true and correct to the best of my knowledge, information, and belief, and are based upon my personal observations and experiences.

**Thank you for your time, consideration, and service to the administration of justice.**

**Respectfully submitted,**

**Timothy Demaio**

**Former Senior Project Manager: Certified Testing Laboratories (2004-2017)**

**Former Vice President: Vibranalysis Inc (2017-2025)**

**President/Chief Operating Officer: American Construction Testing Services (2025 to Present)**

**Cell:9179684286**

**Email: tdemaio@americancts.com**

**3842 Cordwood Lane**

**Seaford, NY 11783**

Karima Bajaña
Stamford, CT

April 12, 2026

The Honorable Judge
US District Court
300 Quarropas St
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos Dear Honorable Judge,

My name is Karima Bajaña, and I am a First Grade Special Education Teacher at PS 132 in the Bronx. I am writing this letter to respectfully provide a character reference for Michael Vasconcellos. Michael is my husband Rusty's younger cousin, and I have had the privilege of knowing him personally for the past 27 years.

Having watched Michael grow up over nearly three decades, I have seen firsthand the incredible dedication he has to his family. He is a deeply loyal, giving, and family-oriented man who has always prioritized the well-being of his loved ones. Michael consistently goes above and beyond to provide care; he currently lives with and helps care for his mother and his uncle, just as he steadfastly supported his father when he was alive.

Furthermore, he shares his home with his wife and two of his three children, while also splitting his time to reside with and support his mother-in-law. He is an intricate, indispensable pillar of his family's daily life.

As an educator, I place a high value on parental involvement, and Michael is an exemplary, supportive father. He is a hardworking community man who is highly active in every aspect of his children's education and athletic lives. From consistently attending their sporting events to supporting their daily routines, he is always present, offering guidance, love, and unwavering encouragement.

Beyond his profound devotion to his family, Michael has grown into a well-rounded, outgoing, and deeply dependable individual. I know him to be someone who takes his responsibilities to those around him incredibly seriously. He approaches his commitments—whether at home, supporting his children, or helping his extended family—with a steadfast sense of loyalty and a strong work ethic.

Based on the 27 years I have known him, I wholeheartedly stand by Michael's character as a loyal husband, dedicated father, devoted son, and steadfast family man. I respectfully ask that the Court take my perspective of his life and character into consideration.

Thank you for your time and thoughtful consideration.

Respectfully submitted,
Karima Bajaña

Brendan O'Connor
312 11th Ave, Apt # 24 D
New York, NY 10001

10 Aug 2026

To the Honorable Judge Cathy Seibel

RE: Character reference for Michael Vasconcellos

Dear Judge Seibel,

I am pleased to write this letter on behalf of Michael Vasconcellos. I worked with Michael for several years at Vibranalysis/VTI, which gave me the opportunity to observe his professionalism, work ethic, and character over an extended period. As a CFO, I could always count on Michael for the correct details, timely data and appropriate input to make the company better and provide value to our clients.

Michael has always held himself to a very high standard. In a professional environment, he was responsible, trustworthy, and committed to doing things the right way. He approached his work with seriousness and integrity and consistently demonstrated the kind of professional standards that earn the respect and confidence of the people around him.

What stands out equally, however, is Michael's character outside of his professional responsibilities. He is a devoted family man who places enormous value on his relationships and responsibilities to his family. His loyalty to the people in his life and his willingness to be there for others have always been evident to those who know him.

Over the years, I have found Michael to be principled, respectful, and sincere. He is someone I have trusted both personally and professionally, and I consider him to be a man of strong moral character. As a former Marine myself, I value integrity and honesty and believe Michael has these characteristics and is a great asset to our community. I would welcome him into my platoon any day / for any mission.

I understand the seriousness of providing a character statement, and I would not offer this assessment lightly. Based upon the years I have known and worked alongside Michael, I have a great deal of respect for him and believe his longstanding character, professionalism, and commitment to his family are important considerations.

I appreciate your time and consideration. I am certainly available to discuss further with yourself or others.

Sincerely,

Brendan O'Connor
(917) 642 9095
Oconnor917@gmail.com

Character Reference for Michael Vasconcellos

United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Carlos Bajana. I am a retiree and the uncle of Michael Vasconcellos. I am writing this letter to respectfully provide a character reference for Michael.

I have been living with Michael for the past 15 years, and during that time I have seen firsthand the kind of person he is. He is a caring, responsible, and respectful man who always puts his family first.

Michael has always been there for me, providing both emotional and financial support, and making sure I am taken care of. He also supports his mother financially and ensures that her needs are met. He shows the same level of care and dedication to everyone in his household. He is a hardworking individual who takes pride in providing for his family and being present for them every day.

He treats everyone with kindness and respect, and he is someone you can always depend on. His strong character, compassion, and sense of responsibility are clear in the way he lives his life.

Based on my personal experience, I can confidently say that Michael is a good and trustworthy person. I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Carlos Bajana

Christina Echandy
21 Varna Lane
Mahopac, NY 10541
516-497-9029
Cechandy425@yahoo.com

March 31, 2026

To the Honorable Judge,

I am writing to you in support of Michael Vasconcellos. I have known Michael for several years as a close friend of his wife, and through that relationship I have had the opportunity to observe his character and the way he lives his life, particularly in his role as a husband, father, and member of his family.

Michael is a devoted father to his three children—Jasianna, M.V. Jr., and M.V. He is deeply involved in their lives and consistently demonstrates what it means to be a present and supportive parent. I have personally witnessed the dedication he has shown to his son M.V. Jr.'s passion for baseball, always making the effort to attend games, practices, and support his growth.

He is equally involved in his daughters' lives. Michael makes it a priority to attend his daughter's cheer competitions and games, showing up with encouragement and pride. He is also a strong source of guidance and support for his older daughter, Jasianna, consistently providing her with the care, encouragement, and stability she needs as a young woman. His presence in their lives reflects a deep commitment to helping each of his children grow with confidence and support.

Michael is also a hardworking provider who has consistently put his family first. He has worked long and often late hours to ensure that his family is cared for and supported. His work ethic and sense of responsibility are evident in the way he prioritizes the well-being and stability of those who depend on him.

Beyond his immediate family, Michael has shown remarkable compassion and generosity. He opened his home to both his mother and his uncle, providing them with a safe, stable, and comfortable place to live. This speaks volumes about his sense of responsibility and willingness to care for others in times of need.

Michael also creates a warm and welcoming environment for those around him. My own children have spent time in his home under the care of his wife, and they have always been treated as if they were part of the family. That kind of kindness and inclusion reflects the values that Michael and his household live by every day.

I understand the seriousness of the circumstances before the Court, and I do not take this letter lightly. However, I believe it is important to share that Michael is a caring, responsible, and family-oriented individual who has consistently demonstrated love, support, and generosity toward others. He has strong ties to his family and plays a significant role in their lives.

Thank you for taking the time to consider my perspective. I respectfully ask that you take Michael's character, his dedication to his family, and his positive impact on those around him into consideration. Please feel free to contact me if any additional information is needed.

Respectfully,

Christina Echandy

03/23/2026

12 Delmar Rd, Jersey City, New Jersey 07305

The Honorable Judge US District Court

Re: Character Reference for Michael Vasconcellos

My name is Lorenzo Reyes, and I have been a construction special inspector since 2016. I met Mike Vasconcellos around 2020. Since then, we have worked together as coworkers at Vibranalisys Inc. and American Construction Testing Services, conducting various special inspections across medium to high-rise buildings throughout New York City.

During the time I have known him, Mike Vasconcellos has consistently demonstrated qualities including reliability, hard work, respectfulness, integrity, and more. He is truly the type of person that any company would value and retain as an employee.

I have personally observed Mike Vasconcellos performing his duties during work hours. Whenever a job has been done incorrectly, he brings it to the attention of the person in charge to ensure it is fixed or restarted. He never allows poor job performance to go unaddressed.

We all this been said, I consider Mike V. as a value person for this industry and for the society.

Lorenzo reyes

Marcos Gonzalez
861 Revere Ave 2FL
Bronx New York 10465
(917) 471-7206
Mg8292@gmail.com

03/26/2026

Dear Honorable Judge,

My name is Marcos Gonzalez and I am writing this letter to respectfully provide a character reference for my brother-in-law, Michael Vasconcellos. I understand this letter may be reviewed by the Court, and I am providing it as a truthful statement based on my personal knowledge and long-term relationship with him.

I have known Michael Vasconcellos for 14 years when I first met my wife ,Gabrielle Gonzalez. And during that time I have had the opportunity to witness his character and have him become a part of my extended family.He is a hardworking, responsible, and respectful man who has always prioritized his family and the well-being of those around him.

One of the most important qualities I can speak on is his generosity and willingness to help others. Michael has always been the type of person who gives without being asked and who steps up when someone is in need. He has never hesitated to offer support, guidance, or help in any way possible. When I needed help he was always the first person to offer me a helping hand especially when others turned me down.

From early on, Michael consistently made sure that I was okay. He treated me like his own family, not just by words but through his actions. He offered mentorship and guidance, and he always encouraged me to stay focused and work toward building a better future for me and my wife. He pushed me to pursue my education and to make decisions that would lead to stability and success. There were many times in my life where his support and direction made a real difference in my life.

In addition to emotional support, Michael has also been someone who has stepped in to help provide when needed. Whether it was helping with advice, or simply making sure I had what I needed. Michael has always offered me a friendship and generosity that I could count on no matter what.

Most importantly, Michael is a devoted husband and father. He loves his wife and children deeply and is actively involved in their lives. He provides stability, support, and structure for his family and leads by example. He also has a strong bond with my sons (his nephews) he always goes out of his way to make sure they're happy, every holiday we spend together as a family is the best of memories they will always cherish.

Based on everything I have personally seen and experienced, I can confidently state that Michael Vasconcellos is a man of strong character. He is generous, loyal, hardworking, and committed to his family. He has had a positive influence on my life and on the lives of many others, and I respectfully ask that the Court take his character and dedication into consideration.

Thank you for your time and consideration. If the Court requires any additional information, I am willing to provide it.

Respectfully submitted,

Marcos Gonzalez

Gabrielle Gonzalez
861 Revere Ave 2FL
Bronx, New York 10465
347-366-5668
Email: Gabriellegonzalez109@gmail.com

03/26/2026

Dear Honorable Judge,

My name is Gabrielle Gonzalez and I am writing this letter to respectfully provide a character reference for my brother in law Michael Vasconcellos. I understand that this letter may be considered by the Court, and I am providing it from the heart and my experience of his character

I have known Michael Vasconcellos since I was about 11 years old when he became a part of our family. Throughout that time, he has consistently demonstrated strong character, responsibility, and dedication to his family. He has played a significant role in my life and has been one of the most dependable and supportive individuals I have ever known. He is a brother to me truly and has always showed me so much kindness and compassion.

From a young age, Michael has always encouraged me to stay on a positive path. He has motivated me to take my education seriously, to make better decisions, and to work toward building a better future for myself and my family. His guidance and support have had a major impact on the person I am today, and I truly believe I would not have made the progress I have in life without his influence. He has always pushed me to become a better person and has been a consistent source of support. In addition to his support for me personally, Michael is an extremely caring man to everyone around him. He has always shown a strong sense of humility. He takes pride in working honestly and supporting his family.

Most importantly, Michael is a devoted husband and father. He is very involved in the lives of his wife and children, and it is clear that his family is his top priority. He is loving and supportive, he takes his role as a father seriously. He provides emotional support, guidance, and structure for his children, and he sets an example of responsibility and dedication in the home but it doesn't just end there. He is also a positive and meaningful presence in the lives of his nephews. My children, he has always shown love and concern for them and has consistently been someone they can look up to as a God Father and Uncle.

Based on my personal experience with Michael Vasconcellos, I can confidently say that he is a respectful, caring, and family-oriented individual who has contributed positively to the lives of those around him. I respectfully ask the Court to consider the strong character, big heart and commitment to family that he has consistently demonstrated over the many years I have known him.

Thank you for your time and consideration. If the Court has any questions or needs any additional information, I am willing to provide further clarification.

Respectfully submitted,

Gabrielle Gonzalez

Rosie Scavello-Palazzo
5 Farmor Lane
Carmel, N.Y. 10512
March 11, 2026

To the Honorable Judge,

Michael Vasconcellos is a dear friend of mine. We became friends thirteen years ago. We were introduced to each other by a mutual friend and over the years I have had the opportunity to know him very well. Throughout the years, Mike has always been someone who goes out of his way to help others. There were times when he offered to take my children to their sports practices when I was unable to get them there myself. That kind of generosity and willingness to help others is simply part of who he is.

During the Covid pandemic, when I lost my grandmother, I was going through an extremely difficult time. Mike was there for me and my family when we needed support the most. He spoke with sincere empathy, kindness, and genuine compassion, helping us to find the strength to get through that difficult time.

Mike is also a devoted father who takes great pride in his family. I often saw this when my husband coached his son's baseball team. Mike was always present, encouraging his son and the other players, and showing the kind of patience and positivity that makes him a great role model for children.

Based on all the years I have known him, I can confidently say that Mike is a kind, dependable, and compassionate person who truly cares about others. I hope the Court will take into consideration the character and integrity he has consistently demonstrated throughout the time I have known him. Whoever knows him personally would say what a great guy he is. He is a family man with a big heart.

Respectfully and most sincerely,

Rosie Scavello-Palazzo

Lisa Gomes

1425 Troy Ave.

Brooklyn, NY 11203

Email: lisaagomes@yahoo.com

(917) 889-1443

August 7, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Judge Seibel:

I am writing this letter on behalf of my dear friend, Michael Vasconcellos, to share my personal experience with him and the kind of person I have known him to be, despite the serious allegations he is currently facing.

I have known Michael for approximately ten years. During that time, I have come to know him as a true gentleman who is kind, respectful, dependable, and sincere. He is a person who stands by his word, and his enthusiasm for helping others has led him to make many positive contributions to those around him and to our community.

I am aware of the charges Michael is facing and understand the seriousness of the circumstances before the Court. I also understand that his actions have had serious consequences. With respect for the Court and the legal process, I humbly ask that you consider Michael's character, his history of helping others, and his willingness to take responsibility and learn from this experience when determining the appropriate sentence.

Michael is a well-mannered and caring person, and I sincerely believe that he has the capacity to learn from this experience and make better choices moving forward. I believe he is capable of making amends and continuing to contribute positively to his family, his community, and society.

I respectfully ask that you take this character reference into consideration before making your decision. I hope Michael will have the opportunity to demonstrate through his future actions that he has learned from this experience and is committed to making a positive difference.

Thank you for your time and consideration.

Respectfully,

**Lisa Gomes**

Marlon Gomes
1425 Troy Ave.
Brooklyn, NY 11203
Email: marlontgomes@yahoo.com
(347) 533-3475

August 7, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Judge Seibel:

My name is Marlon Gomes, and I am writing on behalf of Michael Vasconcellos, whom I have had the privilege of knowing for more than ten years. During that time, I have come to deeply respect Michael for his character, integrity, and commitment to those around him.

Michael is an honest, responsible, and compassionate person. As a neighbor and friend, I have witnessed his dedication to his family, friends, and community. In particular, I have seen his commitment to volunteering at our local food bank, where his efforts have earned him the respect and appreciation of those he has helped.

Over the years, I have also seen Michael grow as a person and demonstrate resilience when facing life's challenges. He actively seeks to improve himself by listening to mentors, participating in community workshops, and reflecting on his actions. His genuine desire to better himself is evident in the way he approaches both his responsibilities and his relationships with others.

Your Honor, I recognize the gravity of the circumstances before the Court and fully respect the seriousness of the legal process. I humbly ask that you also consider the positive qualities that have defined Michael throughout the years I have known him. He has expressed genuine remorse for his actions and is committed to making amends, learning from this experience, and moving forward in a positive direction.

I sincerely believe that Michael has the ability to grow from this experience and continue making meaningful contributions to his family and community, as he has done in the past.

Thank you for your time and consideration.

Respectfully,

**Marlon Gomes**

August 12, 2026

The Honorable Judge Cathy Seibel
United States District Court
300 Quarropas Street
White Plains NY 10601

Dear Judge Seibel:

I am writing in support of Michael Vasconcellos and to provide my personal perspective on his character. I had the opportunity to work closely with Michael for several years at Vibranalysis, and during that time, I came to know him not only as a colleague, but as a person whose character and values I greatly respect.

Throughout the years I worked with Michael, he consistently demonstrated extremely high moral and professional standards. He is honest, dependable, hardworking, and someone who takes his responsibilities seriously. Michael has always conducted himself with integrity, and I have known him to treat coworkers, clients, and others around him with respect and consideration.

Beyond his professional character, Michael is an exceptionally family-oriented person. His family has always been extremely important to him, and the way he speaks about and prioritizes the people he loves has always reflected the type of person he is. He is loyal, caring, and deeply committed to those closest to him.

In my experience, Michael is the type of person others can rely upon. I have always regarded him as someone of extremely high character, strong values, and sound judgment. The Michael I have known over the years is a good person who cares deeply about his family, his work, and the way he treats other people.

I am grateful for the opportunity to share my experience with Michael and respectfully ask that my perspective on his character be taken into consideration.

Sincerely,

Corey E. Rossman
Corey Rossman

**Phillip Chevasco**

**1056 River RD, New Milford NJ 07646**

**08/06/2026**

Honorable Judge,

I am writing this letter on behalf of my cousin Michael A. Vasconcellos in support of his character. I have known him my entire life, and throughout the years I have come to know him as a kind, respectful, and dependable person who genuinely cares about his family and the people around him.

While I understand the seriousness of the matter before the Court, I also know that this situation does not define who he is as a person. He has always treated others with respect, shown compassion when people needed help, and demonstrated a strong sense of responsibility toward those he loves.

Our family has always been able to rely on him. He is someone who is willing to lend a helping hand without expecting anything in return, and he has consistently shown good character through his actions. I believe he has learned from this experience and is committed to making positive choices moving forward.

I respectfully ask the Court to consider the person I have known for so many years. I truly believe he has the character, integrity, and support system necessary to continue being a productive member of the community.

Thank you for taking the time to read my letter and for considering my perspective.

Respectfully,

Phillip Chevasco

March 30, 2026

To whom it may concern,

Between the years of 2014 - 2020, I had the privilege of working with Michael Vasconcellos. During this time, I witnessed him act as a senior inspector, a lab leader and a mentor. Michael was an integral part of my own growth as an inspector and an overall professional. He always promoted an environment of constant learning among the team and encouraged the sharing of knowledge between the inspection disciplines. I believe we all became better inspectors because of it. On a personal note, I consider Michael Vasconcellos a friend. He is a dedicated husband and father and will always have my respect.

Sincerely,

Stephen Winley

Frank Fanelli
100 Diplomat Drive 1M
Mount Kisco NY 10549

Dear Honorable Judge,

My name is Frank Fanelli and I have been an employee for the Village of Scarsdale for 18 years.

I have been friends with Micheal Vasconcellos for 10 years. In this time I have become very good friends with him and his family. Mike is a respectful, genuine and kind person. He not only takes care of his family, as well his mother and mother in law.

I met Mike because our sons played baseball together. We quickly became friends and I learned the type of person Mike was. He showed great interest in his children, family and friends. He always helped our son and other children on the team. He became a good friend of mine and I have had many opportunities to observe his character. Mike is a kind and helpful person that puts forth great effort in all he takes part in. He has become a very close friend of mine and has helped me out on numerous occasions.

I think Micheal is a very good and genuine person. He is honest and hardworking. He puts forth great effort in all he does, including providing for his family. Please take my observations and opinion of Micheal into consideration.

Thank you for your consideration.

Regards,

Frank Fanelli

From: **Lisa Cafarelli <lcafarelli4@gmail.com>**
Date: Thu, Mar 12, 2026 at 6:47 PM
Subject: Mike
To: Lisa Cafarelli <lcafarelli4@gmail.com>

To the Honarable Judge,
I am writing this letter to provide my strong character reference for Michael Vasconcellos. I have known Mike since 2016, when he and his wife moved to this area with their three children. I had known his wife previously when we lived in the Bronx, and when we relocated here, we reconnected. From that point forward, my husband and I developed a close friendship with their family, and we have remained close ever since.
Over the past several years, our families have spent a great deal of time together. We have shared holidays, supported one another through life events, and trusted each other with the care of our children. Through these experiences, I have had the opportunity to see firsthand the type of person Mike truly is in both his family life and his relationships with others.
Mike is a devoted father, a supportive husband, and a dependable friend. He is the type of person who consistently shows up for the people in his life and goes above and beyond when someone needs help. I have personally witnessed how involved he is with his children, particularly with their sports and activities. He takes great pride in being present for them and supporting their growth and development.
In our own family, Mike has always been someone we could rely on. Whether it was helping with our children, offering support during busy times, or simply being there when a friend needed assistance, he has consistently demonstrated integrity, responsibility, and a strong moral character.
Having known Mike for nearly a decade, I can say without hesitation that he is a hardworking and dedicated family man who cares deeply about his children and his community. His character, reliability, and commitment to his family are qualities I have observed consistently over the years.
I respectfully offer my full support for Mike and hope that this letter provides some insight into the kind of person he truly is. If any additional information is needed, I would be happy to provide it.

Sincerely,
Lisa Cafarelli
917-921-8951
Lcafarelli4@gmail.com

STAINLESS STEEL WELDING SERVICE, CORP.
Gerald H. Weiner, Owner
P. O. Box 506
High Falls, N. Y. 12440
Cell: 917-836-4687
Fax: 845-687-8972
Email: gerald@nyccertifiedwelding.com

The Honorable Judge Cathy Seibel

RE: MICHAEL VASCONCELLOS

June 8, 2026

Dear Judge Seibel,

I have been acquainted on a professional level with Mr. Michael Vasconcellos for close to 20 years. I am a professional, self employed, licensed welder. Primarily I weld pipe (gas and steam) and structural steel. My welds must be flawless and of the highest quality.

Over the course of those 20 years Mr. Vasconcellos x-rayed many of my pipe welds and ultrasonically inspected many of my structural steel welds.

I have always found him to be the consummate professional in his work. If he were to discover a flaw in the weld, no matter how minor, he would have me grind out the flaw and re-weld the area and he would then re-inspect to be sure that the weld was in compliance with industry standards. I knew that I had to be at the top of my game if he were going to inspect me as another inspector might give me a pass on a minor flaw. But not Mr. Vasconcellos.

I also know that on a personal level he was a very loving and caring son, especially when dealing with his ailing father. I believe that his father was ill for an extended period of time and that Michael was always there for him.

As a parent, I know that Michael has been very involved with his son's baseball. I think that his son might be a baseball prodigy and Michael could not be more

supportive. I believe that his son will probably go on to be a great major league star, due in large measure to his father's support.

I can not honestly say that I know much else about his family life but I would have to assume, based upon what I do know of him, that he would be a caring parent to any other children he might have, as well as a devoted and caring husband.

Sincerely,

Gerald H. Weiner

US District Court
300 Quarropas St
White Plains NY, 10601

Honorable Judge

My name is Giovanni Vasconcellos writing to this court on the behalf of my Cousin Michael Vasconcellos .
My cousin and I grew up as first generation
Americans in the Bronx NY. Our parents are hard working, loving, honest people who taught us to follow their great example. Growing up in the Bronx was not easy. You see a lot of suspicious people, things and situations. But having great family support helped us navigate these early years. Now as adults we carry the same attributes of our parents in raising our children.
We have strived to show them love, respect and honesty.
Michael is a great Husband. He and his wife Debbie have a marriage that everyone should pray for.
They are happy, humble and loving.,
Michael is a fantastic father. His eldest daughter from a previous relationship has lived with him her whole life. Recently finished college. Not only her but her maternal siblings lived with him for many years becoming my family also. His two children with Debbie are also well rounded good kids. Michael and Debbie are hands on, present parents. The kids are both into sports and school activities. Very time consuming.
Practice, games, travel, choir & performances.
Michael and Debbie don't miss any opportunity to see their kids happy.
Michael is also a big part of our whole family. Growing up his parents' house was where most family gatherings happened. Birthdays, holidays and BBQs.
Michael keeps this tradition alive. He and Debbie open their home to all of us. Parties, holidays or just pop up visits are always welcomed. His home is just that a home. They remodeled the basement for his Mother and Uncle to have their own space. His mother in law lives with them also.
In short Michael is a great husband, an amazing father, a loving son and a fantastic family man.
I hope this court takes these fine attributes in to account when listening to Michael's case.
Thank you for your time and attention.

Sincerely
Giovanni Vasconcellos

March 11, 2026

Dear Honorable Judge,

I have had the pleasure of knowing Michael Vasconcellos in a personal and professional manner over the last 25 years. Initially, I met him as a partner to my cousin, Debra, in the early 2000s. Then, I had the pleasure to be co-worker with him at Certified Testing Laboratories, Inc. for approximately 5 years during 2009-2014.

As a friend and family man, Mike has always been loyal and trustworthy. I have seen him be a dutiful husband to Debra and a loving father to his three children, Jasianna, M.V. Jr, and M.V. There has been more than one occasion in my life where I called on Mike for help, whether it be to help tend to a flat tire or in need of a friend's listening ear.

I was glad to get to join him as a co-worker at CTL for about 5 years – during this time he was performing compressive strength tests on concrete specimens in the laboratory, and I was the driver who picked up these specimens daily. Because of our roles, I often witnessed him perform these tests and maintain the equipment to perform them. He was always very accurate and precise in his testing and reporting; he maintained the lab and its equipment immaculately and upheld very high safety and housekeeping standards. Mike was often the person a new inspector would turn to for training or if they had any issues. Onsite Mike carried himself with integrity and professionalism and held true to his high standards as an inspector and upheld all requirements set forth by the local agencies.

It is my pleasure to call Mike a friend and I can attest that he is a great man, with high moral standards. Should you have any questions regarding this letter, please do not hesitate to contact me at 917-731-2520.

Thank you,

James Schollhamer

March 7, 2026

RE: Character Letter for Michael Vasconcellos

To Whom it May Concern,

I have known Michael Vasconcellos for almost 10 years. We have been co-workers together with two different construction testing and inspection agencies since approximately 2016. During this time, I have noticed he is a good worker, very professional in his role as an inspector and the training he provided to me has helped me to develop into a better inspector, which has improved my career.

I have also had the pleasure of sharing social time with him, his family and friends at his home and other outings. I have seen him to be a devoted family man – always taking care of his wife and children.

Michael has shown nothing but strong character and integrity over the years, and I am proud to have him as a friend and co-worker.

Should you have any questions regarding this letter or which to speak directly, I can be contacted at 917-774-8647.

Sincerely,

Dioris Duarte

August 10, 2026

The Honorable Judge Seibel
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge Seibel,

My name is Karina Bajana, and I am writing this letter on behalf of my cousin, Michael Vasconcellos, whom I have known his entire life. Michael is my little cousin, and because our family has always been very close, I have had the opportunity to know him not simply as a relative, but as a son, father, husband, and caregiver to the people he loves.

I understand the seriousness of the circumstances that have brought Michael before the Court, and I do not write this letter to minimize those circumstances. Rather, I respectfully hope to offer the Court a fuller picture of the person I have known throughout my life and the family that depends so heavily upon him.

Family has always been at the center of Michael's life. He was raised by a father who was an honest and hardworking man and who took tremendous pride in his family. His father instilled in both of his children the importance of family, hard work, honesty, and being there for the people who depend on you. Although his father is sadly no longer with us, I believe those values have remained an important part of the foundation of Michael's life.

This was especially evident during his father's battle with Alzheimer's disease. Michael was there for his father during an incredibly difficult and painful period for our entire family. He also provided strength and support to his mother as she faced the heartbreaking decline and eventual loss of her husband. His willingness to take on those responsibilities demonstrated to me how deeply committed he is to his family.

Today, that responsibility continues. Michael is the primary caregiver and provider for his elderly mother and his senior uncle. They rely on him not only financially, but for the everyday support, assistance, and sense of security that comes from knowing someone is there to care for them. His absence would therefore affect not only Michael, but two older members of our family who have come to depend greatly upon him.

Michael is also a devoted father who loves his children deeply. Whatever mistakes have led him to this moment, I sincerely believe that those mistakes do not represent the entirety of the man I have known throughout my life. I have known Michael as someone who loves his family, accepts responsibility for those who depend on him, and has been present during some of our family's most difficult moments.

I respectfully ask the Court to consider Michael as a whole person when determining his sentence—the mistakes that brought him before the Court, certainly, but also the many years of his life that preceded

them, the family values with which he was raised, the people who depend upon him today, and his ability to move forward from this experience and live according to those values.

I know that Michael must face the consequences of his actions. At the same time, I respectfully ask the Court, to the extent it deems appropriate, to show him compassion and leniency. I truly believe Michael has the capacity to learn from this experience, rebuild his life, and continue being a source of love, care, and support to his children, his mother, his uncle, and the rest of our family.

Thank you for taking the time to read my letter and for considering my perspective as someone who has known and loved Michael for his entire life.

Respectfully,

Karina Bajana

**Karina Bajana**

Kristi A. Fanelli
100 Diplomat Drive 1M
Mount Kisco NY 10549

Dear Honorable Judge,

My name is Kristi Fanelli and I have been an educator in the Clarkstown Central School District for over 20 years.

I am writing to you as a character witness for Mr. Micheal Vasconcellos. My family and I have been acquainted with Micheal, his wife and family for approximately 10 years. We initially met through baseball, which our sons played together on the same team. From that, we became close friends with the Vasconcellos family.

Throughout our friendship with Micheal, he has shown nothing but the utmost respect and devotion to those around him and his family. He is a dedicated father and husband. Micheal is an honest and trustworthy friend and we consider him to be an important part of our lives.

Micheal is a devoted and caring father. He is present at all events as well as practices. He has been a positive role model for our son as well. He has been kind and helpful to our son and family.

We socialize with him and his family often and he has shown respect, care and kindness to us at all times. Micheal is a fun loving individual that truly cares about those that he surrounds himself with. His devotion to his family and friends is remarkable. He is a hard worker and puts forth the greatest effort in all he does and takes part in.

I am asking that you take my observations and interaction with Michael into consideration.

He is a very positive person and deserves to be recognized for his trustworthiness, kindness, devotion and caring.

Best Regards,
Kristi Fanelli

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Leonidas Rodriguez, and I have been employed by the West Side Federation for the past 23 years. I am writing to respectfully provide a character reference for Michael Vasconcellos, whom I have known for over 23 years.

During this time, I have had the opportunity to closely observe Michael's character, both within his family and in the community. He is a devoted husband and father who treats his wife and children with love, respect, and care. He is also deeply committed to his extended family, including his mother, uncle, and mother-in-law, all of whom live with him. He consistently shows them kindness, patience, and support.

I have also personally seen how he interacts with my two grandchildren, who are his niece and nephew. He treats them with genuine affection and care, as if they were his own children. At every family gathering or event, Michael is present, bringing a positive attitude, respect for others, and a warm smile.

In addition to his strong family values, Michael is a hardworking individual who takes his responsibilities seriously. He works diligently to provide for his family and is always there to support them emotionally and financially.

Based on my long relationship with Michael, I can confidently say that he is a person of integrity, compassion, and strong moral character. I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,
Leonidas Rodriguez

To: The Honorable Judge

From: Luis Melendez
17 Greenway Terrace North
Mahopac N.Y 10541

Date: March 14, 2026

Subject: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

I am writing this letter to provide a formal character reference for my close friend and relative, Michael Vasconcellos. I have known Michael for 30 years; he is my wife's cousin, but over the decades, he has become much more like a brother to me.

Michael is the definition of a "family man." His commitment to his household is unparalleled. Currently, he manages a multi-generational home, providing daily care and support for his mother, his uncle, and his mother-in-law, all of whom live under his roof. It takes a person of immense patience and selflessness to shoulder that level of responsibility, and Michael does so without complaint.

Our relationship was further strengthened through our shared time in the Mahopac, NY community. We served together as coaches for our children's baseball teams. Through years of practices and games, I watched Michael mentor young athletes with a very specific philosophy. He didn't just teach them how to play the game; he taught them how to navigate life with:

Integrity: Doing the right thing even when no one is watching.

Respect: Treating teammates, opponents, and officials with dignity.

Discipline: Understanding that hard work and consistency are the keys to success.

Having watched our children grow up together, I can say with certainty that Michael is a man of high moral character. He is dependable, hardworking, and deeply rooted in his values. He is the type of person who shows up when things get difficult and leads by example.

I recommend Michael Vasconcellos without reservation. If you require any further information regarding his character or our history together, please feel free to contact me.

Sincerely,

Luis Melendez
(718) 415-7952
B19L1919@gmail.com

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Mak.V. I am 16 years old, and I am writing to provide a character reference for my uncle, Michael Vasconcellos.

My uncle Michael means a lot to me. He is always there for me, and I can always count on him. He is loving, caring, and makes me feel supported. Whenever I visit, he goes out of his way to make me feel happy and welcome, even doing small things like making s'mores for me.

He is also always there for my cousins, supporting them in anything they need. He shows love and patience to everyone in our family. In addition, he takes care of my grandmother and my grand-uncle, which shows how responsible and caring he is.

To me, he is the best uncle I could ask for. I truly believe he is a good person with a kind heart, and I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Mak.V.

March 31, 2026

To Whom It May Concern,

"I am pleased to provide this character reference for Michael Vasconcellos. Michael has long been known within our community as a person of integrity, reliability, and generosity. He is truly a pillar of society and someone who consistently demonstrates strong moral character.

Michael has devoted a great deal of his personal time volunteering within the local school system, particularly through coaching youth sports. In doing so, he has served as a positive role model for many young people, teaching them not only the fundamentals of the sport but also the values of teamwork, discipline, respect, and perseverance. His willingness to give back to the community and support the development of children speaks volumes about his character.

On a personal level, Michael has also been a trusted friend of our family for many years. He is dependable, supportive, and always willing to lend a helping hand when someone is in need. His kindness, honesty, and sense of responsibility make him someone that others naturally look up to and rely on.

Without hesitation, I can say that Michael Vasconcellos is an asset to our community and a person whose character reflects the very best qualities of integrity, compassion, and dedication."

Sincerely,

Karen Caramihai

20 Albert Lane

Mahopac, NY 10541

# Character Reference Letter

April 01, 2026

To Whom It May Concern,

I am writing this letter in support of my long-time friend, Michael Vasconcellos. I have had the privilege of knowing Michael for over ten years, and during that time he has consistently proven himself to be a person of strong character, honesty, and integrity. Throughout our friendship, Michael has always been a dependable and trustworthy individual. He places great value on family, friendships, and community, and he demonstrates those values through his actions every day. Michael has always shown kindness, loyalty, and a willingness to help others whenever they are in need. Over the years I have seen firsthand the respect he shows to those around him and the positive impact he has on the people in his life. He is someone who leads by example and carries himself with responsibility and compassion. I can confidently say that Michael Vasconcellos is a person of excellent character and I am proud to call him a friend. I strongly support him and recommend him without hesitation. Sincerely,

Naidi Caramihai
20 Albert Lane
Mahopac, NY 10541

The Honorable Judge
United States District Court

300 Quarropas Street

White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Mario Vasconcellos, and I have been a plumber with Local Plumbers No. 1 for the past 29 years. I am writing to respectfully provide a character reference for my brother, Michael Vasconcellos, whom I have known for 44 years.

Michael is an exceptional father, husband, and son. He is also my closest friend. As a father and

husband, he is deeply committed to his family and consistently supports his wife and three children in every way he can. He always makes time for them and works hard to provide for their needs.

Michael is also very devoted to our extended family. He helps take care of our mother, our uncle, and his mother-in-law whenever they need support. He has always been someone I can turn to for advice and help during difficult times.

In addition, Michael is a hardworking individual. Our parents instilled in us the importance of hard work from a young age, and Michael has carried that value throughout his life. He is also a wonderful and caring uncle to my two children.

I respectfully ask the Court to consider Michael's strong character, dedication to his family, and work ethic.

Sincerely,

Mario Vasconcellos

M.V. JR
43 Rodcris drive
Mahopac NY 10541

To the Honorable Judge,
Us District Court
300 Quarropas St
White Plains NY 10601

My father has always been an incredible man and the biggest role model in my life. My name is M.V. Jr., and I am proud to be the son of Michael Vasconcellos. From the time I was young, he made it clear that nothing would ever come before his family. No matter how busy life became, he was always there for me. Whether I needed help, advice, or simply someone to listen, he never hesitated. I have always known I could count on him, and that sense of security is something that means more to me than I can fully put into words.

One of the things that means the most to me is that he never missed the moments that mattered. Every single baseball game, every important moment in my life—he was there. I could always look into the stands and see him, cheering me on with pride. Just knowing he was there gave me confidence, comfort, and strength. It reminded me that no matter what I faced, I was never alone. I always had someone in my corner who believed in me unconditionally.

But my dad is more than just a supportive father—he is my best friend. He has taught me, through his actions, what it truly means to be a good person. He has shown me how to work hard, how to care for others, and how to stand by the people you love no matter what. The lessons he has given me and the time he has invested in me have shaped who I am today, and they will stay with me for the rest of my life.

As I look ahead, I think about the moments that are still to come. I will be graduating in June 2027, and that is one of the most important milestones in my life. The thought of my father not being there to see me walk across that stage, not being there to share that moment with me, is truly devastating. It is something that weighs heavily on my heart every day. He has never missed the moments that mattered—and I cannot imagine having to face the most important one of all without him there beside me.

I am deeply grateful for everything my father has done for me and continues to do. He is not only a great man, but my greatest source of strength, love, and guidance. He is the foundation of my life.

Without him, there is a void that nothing and no one could ever fill.

I respectfully ask that you see him not only for the situation before the court, but for the father, mentor, and man he has always been to me. The impact of his absence would not just be difficult—it would be life-changing in a way I struggle to even put into words. My father is everything to me, and I am asking from the deepest part of my heart that you allow him to remain in my life.

Respectfully,
M.V. Jr.

James R. Sullivan Jr.

1331 Grand St. Apt 609

Hoboken, NJ 07030

Email: jimsullivan80@gmail.com

(508) 740-2658

March 16, 2026

The Honorable Judge

US District Court

300 Quarropas St.

White Plains, NY 10601

Re: Character Reference for Michael Vasconellos

Dear Honorable Judge,

My name is James Sullivan Jr, and I am writing this letter to provide a character reference for Michael Vasconcellos. I have known Michael for approximately 5 years, initially as a colleague at Vibranalysis dba VTI Labs and subsequently as a close personal friend. Having worked alongside him in a high-pressure professional environment, I have had ample opportunity to observe his integrity and his dedication to those around him.

**Professionalism and Integrity**
In my experience, Michael defines professionalism. During our time at VTI Labs, he was often the person colleagues turned to when faced with inspection dilemmas or complex projects. I personally observed his honesty during my time at the company, when he offered mentorship and training to other inspectors and engineers as well as volunteering while the firm was understaffed. His commitment to doing the right thing while having a full and high-pressure schedule earned him the respect of the entire team.

**Mentorship and Leadership**
Beyond his individual tasks, Michael has always been a natural mentor. He consistently went out of his way to guide junior staff members, including myself. He did this without expectation of reward, simply because he believes in helping others reach their full potential. His patience and willingness to share his knowledge speak volumes about his selfless character.

**Current Character and Growth**
Since the onset of the current legal matter, I have seen Michael handle the situation with the same level of responsibility and integrity he brings to his work. He continued to work hard daily and be there for his family, friends and coworkers every single day.

**Conclusion**
I know for a fact that Michael Vosconcellos is a man of exceptional character—someone who is honest, dependable, and deeply invested in the success of others. I remain fully supportive of him and am confident that he will continue to be a valuable asset to his profession and his community.

Thank you for your time and for considering my perspective. Please do not hesitate to contact me at **(508) 740-2658** if you have any further questions.
Sincerely,

James R. Sullivan Jr.

Stacey Martinez

7 Columbus Drive

Carmel, NY 1051

Email: stabrianthai@yahoo.com

(914)329-7303

March 6, 2026

The Honorable Judge

US District Court

300 Quarropas St

White Plains NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Stacey Martinez, and I have been an educator in the Yonkers Public School District for the past 30 years. I am writing this letter to respectfully provide a character reference for Michael Vasconcellos, whom I have known for approximately nine years.

I first met Michael when my family moved to Mahopac and our sons played Little League baseball together. Over the years, our families became close friends, which allowed me to observe Michael in many aspects of his daily life.

During the time I have known him, Michael has consistently demonstrated that he is a devoted husband, father, and family member. He is deeply committed not only to his wife and children but also to his extended family. Michael regularly helps care for his mother as well as his wife Debbie's mother, showing a strong sense of responsibility, compassion, and dedication to family.

I have personally witnessed the way Michael interacts with his children. He is a loving, supportive, and involved father who plays an active role in their lives. Whether attending travel baseball games, cheerleading events, or other activities, he consistently prioritizes being present for his children and supporting their interests and achievements. He

provides both guidance and encouragement while teaching them the importance of responsibility and respect.

Michael is also a hardworking and dependable individual who takes great pride in supporting his family. He is someone who can always be relied upon and consistently demonstrates loyalty, integrity, and generosity with his time. He is the type of person who willingly helps others and stands by friends and family when they need support.

In addition to being a dedicated family man, Michael maintains a positive outlook and encourages those around him to do the same. His kindness, character, and willingness to help others have made him a valued friend to my husband, my children, and me.

Based on the years that I have known Michael, I strongly support him and stand by his character as a man, husband, father, son, and friend. I respectfully ask that the Court take my perspective of his character into consideration.

Thank you for your time and consideration.

Respectfully submitted,

Stacey Martinez

April 4, 2026

To the Honorable Judges,

I am writing to you on behalf of my cousin, Michael Vasconcellos, with a full and genuine heart. It is hard to put into words the kind of man he is, because he means so much to so many people, especially to his family.

Most importantly, Michael is a devoted father to his three children. Everything he does begins and ends with them. He is the kind of father who has always and continues to show up, whether it's for baseball games, graduations and now the wedding of his oldest daughter. He provides not only financially, but emotionally, offering love, stability and guidance. He takes care of his elderly mother as well as his mother in law. He is the epitome of a family man. His children adore him, and it is clear to anyone who knows him that they feel safe, supported, and deeply loved by him.

Beyond his role as a father, Michael has always been a pillar of strength in our family. He would give the shirt off his back to help anyone, family or friends, who need him. He is dependable, compassionate, and generous with his time and energy. When someone is in need, he is one of the first people to step in without even a question. He has always taken pride as a provider, not just in the financial sense but as someone others can lean on.

While I understand the seriousness of the situation he is facing at the moment, I feel that it is important that his character be seen in its entirety. The man I know is kind-hearted, hardworking, and deeply committed to doing right by the people he loves. He has always carried himself with integrity in his personal life and has worked tirelessly to create a stable, structured and loving environment for his children and wife.

This situation does not define who he is as a person, a father, or member of this family. He is so much more than this moment. He is someone who deserves understanding, compassion and the opportunity to continue to be present for his family, who need him immensely.

Thank you for taking time to read this letter and consider the full character of Michael Vasconcellos. I hope it offers a meaningful glimpse into the man we all know and love.

Sincerely,
Samantha Snyder Weinheimer
Special Education Teacher

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is N.V., and I am 14 years old. I am writing this letter to provide a character reference for my uncle, Michael Vasconcellos.

My uncle is the greatest uncle I could ever ask for. He is always there for me, whether we are playing sports together or going on trips. My favorite memories with him are when we go fishing. No matter what I need, he is always there to support me. He shows the same love and care to my cousins and my grandmother as well.

He is a kind, caring, and dependable person, and I am grateful to have him in my life.

Thank you for your time and consideration.

Sincerely,
N.V.

Oliver Luke

1175 Dean Street

Brooklyn, NY 11216

Oliverluke9@gmail.com

(718) 812-4517

August 2, 2026

The Honorable Judge Seibel

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge Seibel:

I am writing to you today as a personal character reference for Michael Vasconcellos. I understand that the Court is now considering Michael's sentencing, and I believe it is important for the Court to understand his character from my perspective as a friend who has known him for eight years.

Over the time I have known Michael, I have witnessed him to be a person of good moral character. He has consistently shown himself to be hardworking, trustworthy, and reliable.

Despite the charges Michael is facing, I firmly believe that his actions are not a true reflection of his overall character or the person I have come to know over the past eight years.

Thank you for your time and consideration.

Respectfully,

Oliver Luke

John Valentino
1432 Narragaset Rd
Mohegan Lake, NY 10547
March 17, 2026

To the Honorable Judge,

I am writing in support of my friend, Michael Vasconcellos, to offer some perspective on his character, the person I have come to know, and the qualities that I believe are important to consider.

Mike and I are both fathers committed to supporting our children. We met about three years ago because both our sons play baseball. Throughout this time, I have known Mike to be a good, hardworking guy, loyal to his family and the people around them – whether they are close friends or acquaintances. He's always willing to help and support others. When I first met Mike, I was hosting an event for my DJing business. Even though we hadn't known each other for long, he came out with his wife to show support. That's just one example of how Mike is.

I respectfully ask that you consider Mike's character and how this will impact his family. Happy to provide any additional information as needed.

Sincerely,
John Valentino
646-523-2139
Jvalentino237@aol.com

The Honorable Judge

United States District Court

300 Quarropas Street

White Plains, NY 10601

**Re: Character Reference for Michael Vasconcellos**

Dear Honorable Judge,

My name is Sari Pena, and I am 47 years old. I am writing this letter to provide a character reference for my brother-in-law, Michael Vasconcellos, whom I have known for 23 years.

Michael is a caring, loving, and supportive person to his entire family. I have personally seen the way he cares for his mother, his uncle, his mother-in-law, his wife, and his three children. He is both financially and emotionally supportive, always putting his family first.

I also see how he treats my children—with kindness, patience, and genuine care. He is always there for them, just as he is for everyone in his family.

Michael is a dependable and compassionate man, and I am grateful to know him as part of my family.

Thank you for your time and consideration.

Sincerely,

Sari Pena

# To the Attorney at Law

My name is Debbie DiCairano and Mr. Michael Vasconcellos is the father of my daughter in law Jasianna. I first met Mr. Vasconcellos approximately two years ago.

I would describe him as an honest, hard working man who puts his family first. He fixed his house up so that his elderly mom, uncle and mother in law can live with him. He also has his wife Debbie and young kids M.V. Jr. and M.V. living there and makes sure they are always well taken care of.

While I haven't known Michael that long I can tell he's a good man who we enjoy spending time with and glad to have him as part of our family.

Sincerely,
Debbie DiCairano

The Honorable Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: Character Reference for Michael Vasconcellos

Dear Honorable Judge,

My name is Valery Cabrera. I am a stay-at-home mother, and I am writing to provide a character reference for Michael Vasconcellos, whom I have known for 23 years. He is my step-uncle.

Over the years, I have had the opportunity to see Michael's character both within our family and in everyday life. He is a caring, respectful, and dependable person who always puts his family first.

Michael is deeply devoted to his family and is always present at family gatherings, treating everyone with kindness and respect. He is especially supportive of those around him and is someone you can always count on in times of need.

He is also a hardworking individual who takes pride in providing for his family. His strong values, compassion, and sense of responsibility are evident in everything he does.

Based on my experience, I can confidently say that Michael is a person of good character, and I respectfully ask that you take this into consideration.

Thank you for your time and attention.

Sincerely,

Valery Cabrera